

# RESIDENTIAL ENGINEERING SERVICES, LLC

77 MEADOWVIEW LANE, VERNON, CT 06066
(860) 871-1830 • FAX (860) 871-1393 • E-MAIL ResEng88@gmail.com

INSPECTIONS: HOME • COMMERCIAL • STRUCTURAL • TERMITE • RADON • WATER & WELL
DESIGN SERVICES: STRUCTURAL

## WILLIAM F. NEAL, PE, CONSULTING ENGINEER

October 5, 2015

Mr. Christopher Lester
24 laurel Drive
Willington, CT

Dear Mr. Lester:

I visited your home at this address today for the specific purpose of conducting a visual examination of the concrete foundation. Based on our conversation at the time, the house was built in 1998 and you have occupied the home for nine years. You very recently noticed cracks in the concrete foundation. The basement is unfinished which gave us virtually unlimited visual access to the interior of the foundation. Most of the visible interior concrete foundation has hairline spider-web cracks and the exterior foundation has several vertical hairline cracks.

Based solely on my visual observations, the most likely cause of the foundation distress is Alkali-Silica-Reaction (ASR). ASR is a chemical reaction between alkaline Portland cement and silica in the concrete mix. It typically causes this type of distress to be visible 15 to 20 years after the foundation is poured, and I believe the cracks are the first visible signs of this condition. The ASR will continue to deteriorate the concrete until it may structurally fail. There is no way to arrest the process and there is no way to repair the existing damage. I do not recommend testing to determine if ASR is in fact causing the deterioration. Testing is very expensive and will not indicate a different solution to the problem. It is my recommendation that the basement walls be replaced. It is not possible to predict how quickly the foundation will deteriorate to the point it is structurally dangerous. I therefore urge you to develop a corrective plan with a licensed contractor as soon as possible. All work must be done with a Building Permit issued by the Town of Willington Building Department. Photos are attached.

With your permission I am sending a copy of this report to Attorney Brenda Draghi. Please let us know if there are any questions or if we can help in any other way. If the condition of the foundation noticeably changes, it is imperative you contact me for further evaluation. Thank you. We appreciate and value your business and your trust, and I sincerely hope this problem comes to a successful and appropriate resolution very soon.

Sincerely,

William F. Neal

William F. Neal, PE

EXHIBIT 3



PHOTO 1

PHOTO 2

PHOTO 3

PHOTO 4

PHOTO 5

PHOTO 6

EXHIBIT 3



PHOTO 7

PHOTO 8

PHOTO 9

PHOTO 10

PHOTO 11

PHOTO 12

EXHIBIT 3



PHOTO 13

PHOTO 14

PHOTO 15

PHOTO 16

PHOTO 17

PHOTO 18

EXHIBIT 3