# CLAIM INVESTIGATION

at

## 24 LAUREL DR.
## WILLINGTON, CT

Insured: Lester

Claim: 032764122

Prepared by:

**Carl S. Cianci, P.E.**, **President**
**Paul A. Cianci, P.E., Vice President**



53 Hurlbut Street
West Hartford, CT 06110-1912
(860) 527-6415
FAX (860) 249-1918

Prepared for:
**Ms. Chataignier "Tanya" Red**
**Liberty Mutual Insurance**

Chataignier.red@libertymutual.com

CNC Project No. 15 020 154                January 20, 2015

EXHIBIT 4

**24 Laurel Dr.**
Willington, CT                                                                                   Page 1

# INTRODUCTION

It is our understanding that the owner and insured of the residence located at the referenced address has filed a claim for damages to the residence's concrete foundation. Cianci Engineering, LLC was retained by Ms. Chataignier Red of Liberty Mutual Insurance to perform an engineering investigation of the claim in order to render a professional opinion as to the cause and origin of the claimed condition of the foundation.

# DOCUMENTS REVIEWED

We were forwarded and have reviewed the following:
- Residential Engineering Services, LLC report, authored by Mr. William Neal, P.E. dated October 5, 2015.

# OBSERVATIONS

On November 19, 2015, Mr. Paul A. Cianci, P.E. made a site visit and met with Mr. Chris Lester, the owner and insured. Ms. Caitlyn Lester was also present during our visit. At the site, Mr. Lester reported that the residence was constructed circa 1998 and that the insureds purchased the property in or around 2005. Mr. Lester was not certain of the name of the concrete company utilized during the construction of the residence at the time of our site visit.  Mr. Lester also reported that he first noticed cracks in the foundation approximately two months prior to our site visit.

Photograph 1 shows a general exterior front view of the residence. As seen in the photograph, the subject residence is a two story structure with an attached garage located on the left side of the residence. Photographs 2 and 3 show highlighted vertical cracks that were observed in various locations around the perimeter of the residence's foundation.

We gained access to the basement area where we observed various thin cracks that had been marked prior to our visit. Photograph 4 shows a relatively vertical crack on the interior face of the foundation. Other cracking emanating from the corner of a window opening was also observed, as seen in photograph 5. This crack was measured to be generally on the magnitude of approximately 0.075 inches wide, as shown with a scale in photograph 6. These vertical cracks are indicative of normal and expected shrinkage and settlement cracks that are observed in residences of this type of construction and vintage.

We also documented evidence of map cracking within the foundation that is not normal and expected. Photographs 7, 8 and 9 show representative views of the map cracking on the interior face of the foundation, which were measured to be generally on the magnitude of approximately 0.005 inches in width, as shown with a scale in photograph 10. It is noted that many of the interior cracks within the foundation were highlighted with a black marker prior to our visit in order to visually make the hairline cracks more evident. The type of map cracking observed and documented within the interior face of the foundation is indicative of early stages of an expansive reaction in the concrete resulting from a material defect.

**24 Laurel Dr.**
Willington, CT                                                                                                          Page 2

## Terminology

FOUNDATION

The currently adopted residential code is the 2009 International Residential Code (IRC), as amended. Figures R405.1 (1) and R404.1.7 of the 2009 IRC and Commentary (shown below) specifically refer to the vertical element between the footing and the wood sill plate as part of the foundation.



**Figure R405.1(1)**
**FOUNDATION DRAINAGE FOR HABITABLE SPACE BELOW GRADE**



**Figure R404.1.7**
**BEARING FOUNDATION WALLS AGAINST LATERAL EARTH PRESSURE**

**24 Laurel Dr.**
Willington, CT                                                                                  Page 3

The support system of a typical residential structure consists of several components including, but not limited to, a foundation, a footing and a slab on grade.  Structures can contain a basement space, a crawlspace (open or closed), be constructed over a concrete slab on grade (with neither a basement nor crawlspace below), or a combination of the above. Chapter 4 of the currently adopted residential building code (the 2009 IRC, as amended) is titled Foundations and addresses the requirements for residential concrete foundations and footings.

Cianci Engineering, LLC has been involved in the design, rehabilitation and/or investigation of thousands of structures in our firm's three generation history. It is our experience, as well as the standard of the industry, that the claimed conditions of the subject matter are to the dwelling's foundation.

<u>WATER</u>

*Rainwater*;
- Precipitation that falls from the sky and comes into contact with a structure's roof, exterior facade and exposed surfaces of a foundation. Based on the referenced adopted building code in the State of Connecticut, rain loads are used when designing roofing systems.

*Surface Water*;
- Precipitation that comes into contact with the surface of the grade, including soils, patios, pavement, etc.

*Groundwater*;
- Precipitation that is absorbed into the soils. Groundwater pressures are used in reference to the design of foundation and/or retaining walls, and relates to water on or below grade level

*Groundwater Elevation (or Table)*;
- By definition, any water that is at or below the surface of grade level is called groundwater, until it reaches the ground-water elevation, or ground water table. The ground water elevation fluctuates seasonally and is located at various depths below the surface in various areas and regions.

*Domestic Water*;
- Water that is used, in any type of building, for domestic purposes (including sprinkler systems) and comes from a drilled well or a municipal system.

All of the above contribute to water beneath the surface of the ground.

**24 Laurel Dr.**
Willington, CT                                                                                    Page 4

## ANALYSIS

We have investigated numerous concrete foundations in the general area that have been constructed at approximately the same timeframe as the insured's residence and have experienced similar map cracking problems of varying degrees. Map cracking is caused by a gradual expansion reaction taking place within the concrete that has been occurring over a long period of time (many years).

ALKALI SILICA REACTION (ASR)
Some concerns regarding Alkali Silica Reaction (ASR) have been expressed as a possible cause to the map cracking observed in foundations in the general area that have been constructed at approximately the same timeframe as the insured's foundation.  ASR occurs when some aggregate in the concrete reacts with highly alkaline cement paste. We are aware of at least two properties that contain map cracking within the exterior foundation that have had extensive testing of the concrete, including core samples and a petrographic analysis of the concrete.  In those instances, ASR was ruled out as the cause of the distress (map cracking) to the foundations.

PYRRHOTITE
More recently, pyrrhotite, an iron sulfide material, has been thought to be the cause of the map cracking observed in a significant number of the concrete foundations in the general area. It is our understanding that in the presence of water and oxygen, pyrrhotite oxidizes and ultimately causes a volume increase that creates expansion and map cracking in concrete, such as that observed at the insured's residence.

The expansive reaction has been documented to be dependent on the amount of exposure to oxygen and water; inclusive of water beneath the surface of the ground, water in the ground (ground water and saturation of the soils above the ground water elevation), surface water and exposure to precipitation. We have observed that the degree of map cracking in concrete foundations is proportional to the degree of the foundation's exposure to water and oxygen.

**24 Laurel Dr.**
Willington, CT                                                                                    Page 5

## CONCLUSIONS

With regard to Mr. William Neal's report dated October 5, 2015, we have the following to offer:

1. Mr. Neal indicates that he was retained to conduct a visual examination of the residence's concrete foundation, because cracks were recently noticed in the foundation.

2. Mr. Neal opines that the most likely cause of the foundation distress is Alkali-Silica-Reaction (ASR) with the concrete and that *"The ASR will continue to deteriorate the concrete until it may structurally fail."*

3. Surprisingly, Mr. Neal specifically does not recommend testing to determine if ASR is, in fact, causing the deterioration because *"Testing is very expensive and will not indicate a different solution to the problem."* Instead, Mr. Neal recommended that the basement walls be replaced.

FOUNDATION
Based on the above, combined with our education, training and experience, the subject vertical elements that support the insured's residential structure are considered to be the foundation. The subject elements are predominantly referenced as the foundation in the construction industry including, but not limited to, the model building codes, engineering and architectural drawings, building department records, special inspection forms, residential inspection reports, etc. It is our professional opinion that the claimed condition is to the dwelling's foundation.

FOUNDATION CONDITION
It is also our professional opinion that the cause of the claimed condition at the insured's residence, which consists of map cracking in the foundation, is indicative of a material defect with the original concrete used to pour the foundation. A gradual expansive reaction, which is dependent on the foundation's ongoing exposure to water and oxygen, has resulted in map cracking. None of the cracks observed are due to an isolated or sudden event.

HAS A COLLAPSE TAKEN PLACE?
The insured's foundation is not in imminent danger of collapse, or in a state of collapse. The observed condition of the subject foundation is not a substantial impairment to the structural integrity of a building, as it is adequately supporting the structure with no immediate concern of imminent collapse. The expansive reaction of the foundation has been occurring for some time (years) and is directly dependent on the foundation's ongoing exposure to water and oxygen. The foundation will continue to deteriorate over time due to normal wear and tear, especially if it is exposed to water and oxygen.

The opinions expressed are based on our education, training and experience and all documentation available to us as of the issuance of this report. We reserve the right to amend these findings should additional information become available.

We trust that this meets your needs at this time and will be available to discuss our findings in further detail, if required.
enclosures:      Photographs 1-10

**CIANCI Engineering, LLC** CONSULTING  STRUCTURAL ENGINEERS
EXHIBIT 4

**24 Laurel Dr.**
Willington, CT                                                          Page 6



Photograph 1

Photograph 2



Photograph 3



Photograph 4



Photograph 5



Photograph 6

**CIANCI Engineering, LLC** CONSULTING  STRUCTURAL ENGINEERS
EXHIBIT 4

**24 Laurel Dr.**
Willington, CT                                                                                    Page 7



Photograph 7



Photograph 8



Photograph 9



Photograph 10

**CIANCI Engineering, LLC** CONSULTING  STRUCTURAL ENGINEERS
EXHIBIT 4