

April 12, 2016


Tolisano & Danforth LLC
P.O Box 676
Ellington, CT 06029


Christopher D Lester
Monica G Lester
24 Laurel Dr
Willington, CT 06279-2247


Claim Number:  032764122-01
Date of Loss:    10/5/2015
Policy Number:  H3221807433970


Dear Mr. & Mrs. Lester,

Liberty Mutual Insurance appreciates the opportunity to be of service to you, especially during this time.  Our goal is to provide you with exceptional customer service to ensure we are meeting your specific needs.

As we recently discussed, we have completed our investigation of your homeowner's claim, which revealed map cracking in some of your property's foundation walls. Other properties in the general area of your property which were constructed at approximately the same time have experienced similar map cracking of varying degrees to their foundation walls.  According to our retained engineer, Carl Cianci, map cracking is caused by an expansion reaction which gradually takes place within the concrete over a long period of time.  Mr. Cianci has opined that its progression is dependent on the amount of exposure to water. As noted by Mr. Cianci, foundation walls exposed to lower levels of water or no water exhibited significantly lessened progression of cracking or no cracking at other properties in the area which also have map cracking in their foundation walls. He further opined that the observed map cracking is indicative of a material defect within the original concrete used to pour your foundation.

After a careful investigation of your claim, we have determined that your policy does not afford coverage for your claim.

The applicable policy provisions are as follows:


**SECTION I—PROPERTY COVERAGES**

. . . .

**ADDITIONAL COVERAGES**



CONTACT US

**By phone**
Tel: (407) 504-9732

Fax: (877) 202-4646

**By E-mail**
Chataignier.Red@libertymutual.com

**Liberty Mutual Fire Insurance Company**

New England Region
PO Box 1053
Montgomeryville, PA 18936-1053
Office: (800) 566-0323
Fax: (866) 479-8438


**Visit us online**
LibertyMutual.com

**About Claims Process**
Libertymutual.com/claims-insurance/about-claims-process

. . . .



8.    **Collapse.**  We insure for direct physical loss to covered property involving collapse of a building or any part of a building caused only by one or more of the following:

 a. Perils Insured Against in COVERAGE C—PERSONAL PROPERTY.  These perils apply to covered buildings and personal property for loss insured by this additional coverage;

 b. Hidden decay;

 c. Hidden insect or vermin damage;

 d. Weight of contents, equipment, animals or people;

 e. Weight of rain which collects on a roof; or

 f. Use of defective material or methods in construction, remodeling or renovation.

Loss to an awning, fence, patio, pavement, swimming pool, underground pipe, flue, drain, cesspool, septic tank, foundation, retaining wall, bulkhead, pier, wharf or dock is not included under items b., c., d., e., and f. unless the loss is a direct result of the collapse of a building.

Collapse does not include settling, cracking, shrinking, bulging or expansion.

This coverage does not increase the limit of liability applying to the damaged covered property

. . . .

## SECTION I—PERILS INSURED AGAINST

**COVERAGE A—DWELLING and COVERAGE B—OTHER STRUCTURES**

We insure against risk of direct loss to property described in Coverages A and B only if that loss is a physical loss to property.  We do not insure, however, for loss:

. . . .

2. Caused by:

 . . . .

 b. Freezing, thawing, pressure or weight of water or ice, whether driven by wind or not, to a:

  . . . .

  (2) Foundation, retaining wall, or bulkhead; or

   . . . .

 e. Any of the following:

  . . . .

  (1) Inherent vice, latent defect, mechanical breakdown;

   . . . .

(6)     Settling, shrinking, bulging or expansion, including resultant cracking, of pavements, patios, foundations, walls, floors, roofs or ceilings;



## SECTION I—EXCLUSIONS

1.     We do not insure for loss caused directly or indirectly, by any of the following.  Such loss is excluded regardless of any other cause or event contributing concurrently or in any sequence to the loss.

. . . .

b.     **Earth Movement,** meaning earthquake, including land shock waves or tremors before, during or after a volcanic eruption; landslide; mine subsidence; mudflow; earth sinking, rising or shifting;  . . .

c.     **Water Damage,** meaning:

(1)     Flood, surface water, waves, tidal water, overflow of a body of water, or spray from any of these, whether or not driven by wind;

(2)     Water which backs up through sewers or drains or which overflows from a sump; or

(3)     Water below the surface of the ground, including water which exerts pressure on or seeps or leaks through a building, sidewalk, driveway, foundation, swimming pool or other structure.

. . . .

## SECTION I—EXCLUSIONS

. . . .

2.     We do not insure for loss to property described in Coverages A and B caused by any of the following.  However, any ensuing loss to property described in Coverages A and B not excluded or excepted in this policy is covered.

. . . .

c.     **Faulty, inadequate or defective:**

. . . .

(2)     Design, specifications, workmanship, repair, construction,     renovation, remodeling, grading, compaction;

(3)     Materials used in repair, construction, renovation or   remodeling; or

(4)     Maintenance;

of part or all of any property whether on or off the "residence premises."

. . . .



Our coverage position is premised upon our investigation, presently known facts and the terms of your policy.  If you have any questions or have other information which might be used to reconsider our coverage decision, please feel free to contact me or my supervisor, Kevin Lamb, at (508) 813-4143.  If you prefer to communicate by email, my address is listed above.  When contacting me by email, please include your claim number in the subject line.

Liberty Mutual specifically reserves the right to assert any and all other policy language, wording, exclusions, endorsements, amendments, conditions and/or other grounds that also may be applicable.  Furthermore, any failure to quote or refer to a particular policy provision in the body of this letter or otherwise is not deemed to be a waiver of such provision.  Please be advised that any action taken by Liberty Mutual to date should not be construed as a waiver of any of its rights.


Sincerely,



Chataignier Red
Claims Department



---

**Important Policy and/or State Specific Information**

Please be advised that your policy contains the following language:

*This letter should not be construed as a waiver or estoppel of any of the possible coverage defenses afforded by the policy or applicable law.*

**If you do not agree with this decision, you may contact the Division of Consumer Affairs within the Insurance Department.  The address is:**
**State of Connecticut Insurance Department**
**Consumer Affairs Division**
**P.O. Box 816**
**Hartford, CT. 06142-0816**
**800-203-3447 (Connecticut Only)**
**860-297-3900 ( Hartford area or outside of Connecticut)**
**The e-mail address is ctinsdept.consumeraffairs@po.state.ct.us**

---