REPORT NO. P-1003

ON

**PETROGRAPHIC EXAMINATION
OF FOUR CONCRETE CORES
REMOVED FROM THE LESTER RESIDENCE
IN WILLINGTON, CONNECTICUT
(H&L FILE NO.: 342-12484)**

TO

**HOWD & LUDORF, LLC
HARTFORD, CONNECTICUT**

**FEBRUARY 8, 2017**



EXHIBIT 12

REPORT NO. P-1003

ON

**PETROGRAPHIC EXAMINATION
OF FOUR CONCRETE CORES
REMOVED FROM THE LESTER RESIDENCE
IN WILLINGTON, CONNECTICUT
(H&L FILE NO.: 342-12484)**

## <u>INTRODUCTION</u>

Four concrete cores were received from Carl Cianci of Cianci Engineering (CNC) on December 28, 2017.  The cores were taken from the Lester residence located at 24 Laurel Drive in Willington, Connecticut.  The house was constructed in 1998.

The poured concrete walls of the foundation currently exhibit cracking distress, including vertical cracks and other more random cracking.  Concrete Research & Testing (CRT) was requested by Kieran Leary of Howd & Ludorf to perform petrographic examinations on the cores to characterize the condition of the concrete and to determine the cause of the cracking distress.

In preparation of this report, I have reviewed the following documents:

1) Claim Investigation report prepared by Carl Cianci of Cianci Engineering, LLC: CNC Proj. 15 020 154 dated January 20, 2015.

2) Expert Report prepared by William Neal of Residential Engineering Services, LLC, dated October 5, 2015.

3) The Christopher and Monica Lester Complaint prepared by Brian Danforth, Esq. dated May 2, 2016.

EXHIBIT 12

## CORE DESCRIPTIONS

The as-received cores were labeled "S-1," "C-1", "C-2" and "C-3." Core S-1 was removed from the basement floor slab, and Core C-1 through Core C-3 were removed from the foundation walls. The cores each have a diameter of 3.6 in. and were taken through the full depth of the structure. Photographs of the cores in the as-received condition are shown in Figure 1 through Figure 4 of Appendix A. The cores were not taken through cracks and do not exhibit visible cracking distress.

Core S-1 was removed from the floor slab near the front foundation wall. The core has a length of 2.2 to 2.7 in. One end surface of the core represents the wearing surface of the floor slab. The wearing surface exhibits a flat, smooth, hard-trowel finish. The other end of the core represents the bottom of the slab, which was cast against plastic sheeting.

Core C-1 was removed from the front foundation wall. The core has a length of 10.2 in. The end surfaces of the core are formed and represent the interior and exterior surfaces of the wall. A bituminous waterproofing coating material is present on the exterior end surface of the core.

Core C-2 was removed from the back foundation wall. The core has a length of 10.2 in. The end surfaces of the core are formed and represent the interior and exterior surfaces of the wall. A bituminous waterproofing coating material is present on the exterior end surface of the core.

Core C-3 was removed from the back foundation wall. The core has a length of 10.2 in. The end surfaces of the core are formed and represent the interior and exterior surfaces of the wall. A bituminous waterproofing coating material is present on the exterior end surface of the core.

EXHIBIT 12
2

## EXAMINATION AND TEST METHODS

A preliminary stereomicroscopic examination was performed on the cores.  Epoxy was applied as-needed to the cores to protect and preserve both the integrity of the cores and features of the near-surface concrete during specimen preparation.  The cores taken from the walls were saw cut in half parallel to the end surfaces.  The resultant core portions and the floor core were then saw cut perpendicular to the end surfaces.  Two parallel saw cuts were made to obtain a 0.75 in.-thick section from the center of each core portion.  The depth of carbonation was measured on the cores following the exposure of a fresh saw-cut surface to phenolphthalein solution.

The saw-cut sections were prepared for microscopic examination by lapping on a steel wheel with progressively-finer diamond and silicon carbide abrasives.  The lapped sections were then examined under a stereomicroscope having a magnification range of 3.5X to 144X.  Visual and microscopic examinations were also performed on fresh fractured surface of the cores.  The microscopic examinations were performed following the relevant guidelines outlined in ASTM C856, "Standard Practice for Petrographic Examination of Hardened Concrete."

The water-cement ratio (w/c) of the concrete was estimated based on observations and qualitative assessments of the cement paste, including hardness, textural features, color, abundance of residual cement particles and rate of water absorption.  The hardness is determined by probing the cement paste with a sharpened metal tool.  The appearance of the probed areas is also used in the w/c assessment.

EXHIBIT 12
3

## EXAMINATION RESULTS

The concrete represented by the examined cores is judged to be similar, and the examination results will be presented together.

Photographs of the lapped sections prepared from the cores are shown in Figure 5 through Figure 8. Photomicrographs of the concrete are shown in Figure 9 through Figure 16.

**Aggregates** – The concrete of the cores contains a 1.0 in. maximum size crushed gravel coarse aggregate. The coarse aggregate in each of the examined cores is judged to be the same lithology. The coarse aggregate is comprised of metamorphic and igneous rock types consisting predominantly of granitic gneiss with small amounts of granite and dioritic gneiss particles and minor amounts of diorite and quartzite particles. The majority of the granitic gneiss particles contain iron sulfide minerals. The iron sulfide minerals are predominantly pyrrhotite $[Fe_{1-x}S]$, although trace amounts of chalcopyrite $[CuFeS_2]$ and pentlandite $[(Fe, Ni)_9S_8)]$ are present. The rock particles typically contain only minor to small amounts of pyrrhotite, however, a small number of particles contain significant amounts with pyrrhotite comprising between 20 to 60 percent of the individual particles. The iron sulfide minerals within some of the granitic gneiss particles are oxidized, causing cracking distress within the rock particles (see Figure 9 through Figure 16). The granitic gneiss rock particles with the oxidized iron sulfide minerals contain quartz, biotite and feldspar as major constituents, but also contain garnet as a significant constituent and are classified as garnetiferous granitic gneiss; the rock also commonly contains sillimanite and graphite. An analysis of the aggregate determined that this rock type comprises roughly 36 percent of the coarse aggregate in the wall cores.

The fine aggregate is a natural sand. The sand is comprised predominantly of quartz particles, although igneous/metamorphic rock and feldspar particles are common constituents of the sand. The sand also contains small amounts of mica, garnet, pyroxene/amphibole and pyrrhotite particles. Minor amounts of magnetite and other iron oxide/hydroxide particles and trace amounts of graphite particles are also present in the sand. Oxidized pyrrhotite was observed within the fine aggregate (see Figure 11 and Figure 14).

**Cement Paste** – The cement paste of the concrete represented by the cores consists of well-hydrated portland cement.

The cement paste in the bulk of Core S-1is judged to be fair to low quality having an estimated water-cement ratio (w/c) in the range of 0.58 to 0.63. The cement paste in the upper 1 to 1.5 mm of the core has been densified by the hard-trowel finishing operation and has a slightly reduced w/c relative to the underlying cement paste.

The cement paste in the concrete represented by the wall cores is judged to be low quality having estimated w/c's in the range of 0.62 to 0.67. The cement paste in the wall cores exhibits variability in quality due to variations in the w/c.

EXHIBIT 12
4

**Air Void Systems** – The concrete represented by the cores is air-entrained with estimated air void contents in the range of 7 to 8 percent. The concrete represented by the cores is generally well consolidated, although the wall cores contain abundant small entrapped air voids in the size range of 1 to 5 mm.

The air void system in the near-surface concrete of Core S-1 has been affected by the finishing operation. The upper 1 mm of the core contains little to no air voids, and the upper 5 mm has a significantly reduced air void content. A small amount of irregular, distorted air voids are present at a depth of 4 to 9 mm.

**Cracking Distress** – All four cores exhibit cracking distress related to the oxidation of the iron sulfide minerals within the aggregates. The cracking is randomly-oriented. The cracks typically extend from aggregate particles containing oxidized pyrrhotite (Figure 9 through Figure 16).

Core S-1 exhibits a very minor amount of cracking. The cracks have a maximum width of 0.02 mm.

Core C-1 exhibits a small amount of cracking distress. The cracks in the exterior portion of the core tend to be wider relative to the cracks within the interior portion of the core. The cracks have a maximum observed width of 0.04 mm.

Core C-2 and Core C-3 exhibit minor amounts of cracking. The cracks have a maximum width of 0.02 mm in Core C-2 and 0.03 mm in Core C-3.

**Bituminous Coating Material** – A bituminous coating material is present on the exterior, formed surface of the wall cores (see Figure 2 through Figure 4). Core C-1 and Core C-3 exhibit generally good coverage of the material, although each core exhibits some very small areas with no coating material (see Figure 2 and Figure 3). In Core C-2, roughly 15 percent of the surface does not contain the coating material. In Core C-1 and Core C-3, water drops placed on the coating material bead and do not readily penetrate the material. Over time some absorption was observed. In Core C-2, water drops placed on the coating material initially bead, but then spread out and eventually penetrate the coating material.

**Secondary Deposits** – Minor amounts of white, crystalline secondary deposits judged to be ettringite are present in some air voids throughout the full depth in the concrete represented by the three wall cores. The amount of ettringite is sometimes higher in the vicinity of reactive particles with some small air voids (<0.1 mm) completely filled with ettringite (see Figure 11).

Core S-1 contains minor amounts of calcium hydroxide in some air voids throughout the full depth.

**Carbonation** – The depth of carbonation was measured on the cores following the application of phenolphthalein solution.

The near-surface concrete of Core S-1 is carbonated to depths of 30 to 40 mm (1.2 – 1.5 in.).

The exterior surface of Core C-1 is carbonated to depths ranging from 0 to 2 mm. The interior surface is carbonated to depths of 13 to 23 mm (0.5 – 0.9 in.).

The exterior surface of Core C-2 is carbonated to typical depths of 1 to 2 mm. The interior surface is carbonated to depths of 23 to 28 mm (0.9 – 1.1 in.).

The exterior surface of Core C-3 is carbonated to typical depths of 0.3 to 3 mm. The interior surface is carbonated to depths of 18 to 30 mm (0.7 – 1.2 in.).

EXHIBIT 12

## SUMMARY AND CONCLUSIONS

Four concrete cores were examined petrographically.  The cores were removed from the basement walls and basement floor of the Lester residence located in Willington, Connecticut.  The examination was prompted by cracking distress in the basement walls.  The house was constructed in 1998.

## General Quality of the As-Placed Concrete

The concrete represented by the cores is air entrained with estimated total air void contents in the range of 7 to 8 percent.  The concrete represented by the cores is generally well consolidated.  The aggregates are uniformly distributed throughout the cores.  The cement paste of the concrete represented by the wall cores is judged to be low quality.  The cement paste of the concrete represented by the floor slab core judged to be fair to low quality.

## Cracking Distress

The concrete represented by the cores exhibits very minor to small amounts of cracking distress.  The floor slab concrete represented by Core S-1 exhibits a very minor amount of cracking distress.  The concrete represented by Core C-1 exhibits a small amount of cracking distress, while the concrete represented by Core C-2 and Core C-3 exhibit only minor amounts of cracking distress.

The cracking distress present is judged to be due to the oxidation of iron sulfide minerals (i.e., primarily pyrrhotite) present within some of the aggregate particles.  The rock type involved in the cracking distress is a garnetiferous granitic gneiss (see Figure 9 through Figure 16).  This rock type comprises about 36 percent of the coarse aggregate in the wall cores.

EXHIBIT 12

## Oxidation of Iron Sulfide Minerals

The iron sulfide minerals oxidize under aqueous conditions to form various iron oxide/hydroxide compounds with an accompanying volumetric increase.  This volume increase has resulted in the expansion and cracking of the coarse aggregate particles.  The expansion of the coarse aggregate particles has subsequently resulted in the cracking distress observed within the concrete.

## Source of Water

Based on my experience after examining over 100 cores from distressed residential Connecticut foundations containing pyrrhotite-bearing aggregates, it is clear that a long term exposure to an exterior source of water is necessary for significant cracking distress to occur in relation to the oxidation of pyrrhotite.  This exterior source of water is judged to be from the infiltration of water related to precipitation (rain/snow).  This water saturates the ground around the home and eventually migrates to the foundation wall at or below ground level.

## Exterior Coating Material

The exterior surface of each of the wall cores contains a coating of bituminous material.  The examined cores show that the material is of inconsistent quality and that some areas of the walls may not exhibit complete coverage of the coating material.

## Comments on Supplied Documents

## Residential Engineering Services Report

The report prepared by William Neal of Residential Engineering Services, LLC states that the cracking distress is most likely due to Alkali Silica Reactions (ASR) occurring within the concrete.  The examination of the cores determined that concrete represented by the cores exhibit cracking distress related to the oxidation of pyrrhotite within the aggregates.  The cores exhibit no evidence of ASR.

EXHIBIT 12

7

The report goes on to say "The ASR will continue to deteriorate the concrete until it may structurally fail.  There is no way to arrest the process and there is no way to repair the existing damage."  To the contrary, the progress of the distress can be arrested by cutting off the source of exterior water to the concrete.

**<u>Attachments/Billing Rate</u>**

A copy of my C.V. and a copy of my expert witness experience are attached as Appendix B.  My billing rate for my time involved in this case including testimony is $175/hour.

_____
Nick Scaglione, President & Petrographer
Concrete Research & Testing, LLC

EXHIBIT 12

# APPENDIX A

EXHIBIT 12





**Figure 1.  As-received photographs of Core S-1.  The core was removed from the basement floor slab of the Lester residence located in Willington, Connecticut.**

EXHIBIT 12
A-1

A-2



**Figure 2.  As-received photographs of Core C-1.  The core was removed from the front foundation of the Lester residence located in Willington, Connecticut.  The interior surface of the core is to the left in the photos.**

EXHIBIT 12

A-3



**Figure 3.  As-received photographs of Core C-2.  The core was removed from the back foundation wall of the Lester residence in Willington, Connecticut.  The interior surface of the core is to the left in the photos.**

EXHIBIT 12

A-4



**Figure 4.** **As-received photographs of Core C-3.  The core was removed from the back foundation wall at the Lester residence in Willington, Connecticut.  The interior surface of the core is to the left in the photos.**

EXHIBIT 12





**Figure 5.   Photographs of the lapped surfaces of the section prepared from Core S-1.**

EXHIBIT 12
A-5

A-6



**Figure 6.   Photographs of the lapped surfaces of the sections prepared from Core C-1.  The interior surface of the core is to the left in the photos.**

EXHIBIT 12

A-7



**Figure 7.   Photographs of the lapped surfaces of the sections prepared from Core C-2.  The interior surface of the core is to the left in the photos.**

EXHIBIT 12

A-8



**Figure 8.  Photographs of the lapped surfaces of the sections prepared from Core C-3.  The interior surface of the core is to the left in the photos.**

EXHIBIT 12





**Figure 9.  Photomicrographs showing the aggregate involved in the cracking distress in Core S-1. The pyrrhotite grains (red arrows) are showing signs of oxidation.  Yellow arrows highlight cracking in the concrete.**

EXHIBIT 12
A-9





**Figure 10.  Photomicrographs showing the aggregate involved in the cracking distress in Core S-1. The lower photo is a higher magnification view of the boxed area in the upper photo. Pyrrhotite grains are marked by red arrows; some of the pyrrhotite is oxidized. Yellow arrows highlight cracking in the concrete.**

EXHIBIT 12
A-10





**Figure 11.  Photomicrographs showing the aggregate involved in the cracking distress in Core C-1.  The lower photo is a higher magnification view of the boxed area in the upper photo.  A very large percentage of the aggregate particle consists of pyrrhotite; some of the pyrrhotite is oxidized, particularly at the perimeter of the particle.  Yellow arrows highlight cracking in the concrete.  Blue arrows highlight pyrrhotite-bearing fine aggregate particles.**

EXHIBIT 12
A-11





**Figure 12.  Photomicrographs showing the aggregate involved in the cracking distress in Core C-1.  Pyrrhotite grains are marked by red arrows; some of the pyrrhotite is oxidized.  Yellow arrows highlight cracking in the concrete.**

EXHIBIT 12
A-12





**Figure 13.** Photomicrographs showing the aggregate involved in the cracking distress in Core C-2. The lower photo is a higher magnification view of the boxed area in the upper photo. Pyrrhotite grains are marked by red arrows; some of the pyrrhotite is oxidized. Yellow arrows highlight cracking in the concrete.

EXHIBIT 12

A-13





**Figure 14.  Photomicrographs showing the aggregate involved in the cracking distress in Core C-2.  A very large percentage of the aggregate particle in the lower photo consists of pyrrhotite. Pyrrhotite grains are marked by red arrows; some of the pyrrhotite is oxidized.  Yellow arrows highlight cracking in the concrete.  Blue arrows highlight pyrrhotite-bearing fine aggregate particles.**

EXHIBIT 12

A-14





**Figure 15.  Photomicrographs showing the aggregate involved in the cracking distress in Core C-3.  The lower photo is a higher magnification view of the boxed area in the upper photo.  Pyrrhotite grains are marked by red arrows; some of the pyrrhotite is oxidized.  Yellow arrows highlight cracking in the concrete.**

EXHIBIT 12
A-15





**Figure 16.  Photomicrographs showing the aggregate involved in the cracking distress in Core C-3.  The lower photo is a higher magnification view of the boxed area in the upper photo.  Pyrrhotite grains are marked by red arrows; some of the pyrrhotite is oxidized.  Yellow arrows highlight cracking in the concrete.**

EXHIBIT 12
A-10

# APPENDIX B

EXHIBIT 12

## Nick J. Scaglione
## President, Concrete Research & Testing, LLC

## Education

| | |
|---|---|
| B.Sc., Geology – The Ohio State University, Columbus, Ohio | 1987 |
| Certified Concrete Technician – Ohio Ready Mix Concrete Association | 1988 |
| Concrete Field Testing Technician – American Concrete Institute | 1988 |
| Short Course in Refractory Concrete – Center for Professional Advancement | 1991 |

## Experience

| | |
|---|---|
| Concrete Research & Testing, Columbus, Ohio | 1996 - Present |
| President & Senior Petrographer | |
| Lankard Materials Laboratory, Columbus, Ohio | 1986 - 1995 |
| Petrographer, Research Scientist & Technician | |

## Affiliations

American Concrete Institute (ACI) – Central Ohio Chapter
    Board Member (2008 - present)
    President (2012 - 2014)
    Vice President (2011)

American Society for Testing and Materials (ASTM) – Committee C09
    Subcommittees C09.20, C09.26, C09.65, C09.66
    Subcommittee C09.65 (Petrography)
        Secretary (2010 - 2011)
    ASTM C457 Task Group
        Chairman (2010 - 2016)

Society of Concrete Petrographers
    President (2012 - 2015)
    Vice President (2009 - 2011)
    Treasurer (2007 - 2008)

## Publications

Scaglione, N, Simons, J., Keading, Nestell, J, Frey, M; Boric *Acid Attack of Concrete and Reinforcing Steel in PWR Fuel Handling Buildings,* Prepared for the Electric Power Research Institute, Palo Alto, CA, June 2009

Scaglione, N.S.; *Evaluation of Durability of ODOT Prestressed/Precast Concrete in Ohio,* Prepared for the Ohio Department of Transportation, September 2002.

Lankard, D.R., Bennett, J.E., Scaglione, N.S.; *Petrographic Examination of Reinforced Concrete from Cathodically Protected Structures*, Petrography of Cementitious Materials, ASTM STP 1215, 1994.

EXHIBIT 12

## Presentations

*The CSI of Petrography: How Concrete Petrographic Examinations Are Used,* Presented at the Ohio Concrete Fall Seminar, November 2016.

*In the Eye of the Petrographer: What You Can Learn from Petrographic Examinations of Concrete*, Presented to the Eastern Pennsylvania Chapter of the American Concrete Institute, 2015.

*"What Went Wrong?" The Petrographer's POV: Concrete Surface Issues*, Presented at the Ohio Concrete - Concrete Futures, Summer 2014.

*Case Studies in Concrete Petrography*, Presented at the Annual Meeting of Patriot Engineering and Environmental, Inc., July 2010.

*Concrete under the Microscope*. Presented to the Northeast Ohio Chapter of the American Concrete Institute, 2006.

## Professional Background

Over 30 years of experience in the concrete analysis, research and testing field.  Founded Concrete Research & Testing, LLC in 1996, following 10 years with Lankard Materials Laboratory as a Research Scientist and Concrete Petrographer.  Overall area of expertise is in failure analysis, research, product development and testing of construction materials, including concrete, mortars, stucco, aggregates, cement, supplementary cementitious materials and chemical admixtures.

## Concrete Petrography

Concrete petrography is the laboratory examination of hardened concrete using microscopes and various techniques.  Petrographic examinations of concrete are typically performed due to a problem during construction or the premature failure of an existing concrete structure.  In these instances, the petrographer is retained to determine the cause of the problem and oftentimes to determine the responsible party.  Petrographic examinations are also performed as part of condition studies when older structures are being evaluated for rehabilitation or possible replacement.

Primary investigator in over 1500 petrographic projects involving hardened concrete, mortar and stucco.  Routinely perform petrographic examinations on concrete aggregate samples to determine suitability for use in portland-cement based construction materials.  Equipment used for the petrographic work includes:  stereomicroscopes, polarizing microscope, scanning electron microscope (SEM) and x-ray diffraction (XRD).

Experience with expert witness testimony for petrographic clients.

EXHIBIT 12

**Petrographic examinations performed have covered the following problems:**

- Alkali-Silica Reactions
- Alkali-Carbonate Reactions
- Low Strength Issues
- Freeze/Thaw Scaling Distress
- Freeze/Thaw Popout Distress
- Distress Due to Oxidation of Aggregates
- Delamination of Interior Floor Slabs
- Dusting of Interior Floor Slabs
- Curling of Interior Floor Slabs
- Cracking due to Corrosion of Reinforcing Steel
- Overdose of Supplementary Cementitious Materials
- Debonding of Floor Covering Materials
- Failure of Self-Leveling Underlayment Materials
- Drying Shrinkage Cracking
- Plastic Shrinkage Cracking
- Structural Cracking
- D-Cracking
- Sulfate Attack
- Chemical Attack
- Physical Salt Attack
- Improper Setting Time
- Contamination Issues
- Discoloration Problems
- Debonding of Stucco
- Cracking of Stucco

## Research & Product Development

**Experience working with many types of concrete and concrete materials including the following:**

- High Strength Concrete
- Flowable Fills
- Ultra-High Strength Concrete
- Recycled Glass
- Steel Fiber Reinforced Concrete
- Pozzolanic Materials
- SIFCON (Slurry Infiltrated Fibrous Concrete)
- Gypsum Materials
- Refractory Concrete
- Cellular Concrete
- Lightweight Concrete
- Steel Slag Aggregate
- Heavyweight Concrete
- Wollastonite

**Research projects have covered the following areas:**

- Development and testing of concrete mix designs for the Security Industry, Fireplace Industry, Precast Concrete Industry, Ready Mix Concrete Industry and Heavyweight Concrete Applications.
- Development work on concrete anchor bolt system.
- Development work on the manufacture of nuclear waste storage containers using SIFCON.
- Study on Corrosion Inhibiting Admixtures in concrete.
- Study of D-Cracking in bridge deck structures.
- Study on the permeability of prestressed/precast concrete used for bridge components.
- Study on the use of wollastonite in portland cement products.
- Worked on startup operation for the manufacturing of aluminum impellers using plaster molds.
- Study on the long term affect of boric acid on concrete for the nuclear power industry.
- Study on the use of recycled CRT glass as aggregate for the concrete industry.
- Development of geopolymer concrete using recycled CRT glass.
- Development of innovative test methods for clients particular needs.

## Testing

Experience with most ASTM specifications and tests involving concrete, concrete aggregates, mortars and cement.

EXHIBIT 12