UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

CHRISTOPHER D. LESTER AND                    3:16-cv-00909-JAM
MONICA G. LESTER                         :

v.                                       :

LIBERTY MUTUAL FIRE INSURANCE
COMPANY                                  :        OCTOBER 25, 2017

## NOTICE OF MANUAL FILING

Please take notice that the defendant, Liberty Mutual Fire Insurance Company, has manually filed the following exhibit to the defendant's Local Rule 56(a)1 Statement of Material Facts in Support of Motion for Summary Judgment, dated October 25, 2017.

Exhibit 14 –Property blueprints

These documents have not been filed electronically because the documents are too large to be converted to a readable electronic format.

The documents have been manually served on all parties.

EXHIBIT 14

DEFENDANT,
LIBERTY MUTUAL FIRE INSURANCE
COMPANY


By  /s/ Kieran W. Leary _____
    Kieran W. Leary (ct29484)
    Howd & Ludorf, LLC
    65 Wethersfield Avenue
    Hartford, CT  06114-1121
    (860) 249-1361
    (860) 249-7665 (Fax)
    E-Mail:  kleary@hl-law.com


## CERTIFICATION

This is to certify that on **October 25, 2017**, a copy of the foregoing **Notice of Manual Filing** was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

Brian D. Danforth, Esq.
Tolisano & Danforth, LLC
P.O. Box 676
Ellington, CT  06029
**860 871-2422**
**bdanforth@tanddlaw.com**


            /s/ Kieran W. Leary _____ _____
            Kieran W. Leary


2


EXHIBIT 14