

DEFENDANT'S
EXHIBIT NO. 2
FOR IDENTIFICATION
9-7-17-lual
DATE:       RPTR:

RE DISC Rev. 6/02

# STATE OF CONNECTICUT
# DEPARTMENT OF CONSUMER PROTECTION
## 165 Capitol Avenue ✦ Hartford, CT 06106



### RESIDENTIAL PROPERTY CONDITION DISCLOSURE REPORT

| | |
|---|---|
| Seller's Name: | *Christopher D. & Monica M. Lester* |
| Property Street Address: | *105 Farmstead Rd,* |
| Property City: *East Hartford* | State: *C T.*   Zip Code: *06118* |

The Uniform Property Condition Disclosure Act <u>Connecticut General Statutes Section 20-327b</u> requires the seller of residential property to provide this disclosure to the prospective purchaser prior to the prospective purchaser's execution of any binder, contract to purchase, option or lease containing a purchase option. These provisions apply to the transfer of residential real property of four dwelling units or less made with or without the assistance of a licensed broker or salesperson. The seller will be required to credit the purchaser with the sum of $300.00 at closing if the seller fails to furnish this report as required by this act.

**Please note that Connecticut law requires the owner of any dwelling in which children under the age of 6 reside to abate or manage materials containing toxic levels of lead**

Pursuant to the Uniform Property Condition Disclosure Act, the seller is obligated to disclose here any knowledge of any problem regarding the following:

| YES | NO | UNKN | I. GENERAL INFORMATION |
|---|---|---|---|

1. How long have you occupied the property? __21__ Age of structure __?__

☐ ☒ ☐  2. Does anybody other than yourself have any right to use any part of your property or does anybody else claim to own any part of your property? If yes, explain _____

☒ ☐ ☐  3. Is the property in a flood plain area or an area containing wetlands? *no flooding issues* _____

☐ ☒ ☐  4. Do you have any reason to believe that the municipality may impose any assessment for purposes such as sewer installation, sewer improvements, water main installation, water main improvements, sidewalks or other improvements? _____

☐ ☒ ☐  5. Is the property located in an historic village or special tax district? Explain _____

EXHIBIT 15

| YES | NO | UNKN | | II. SYSTEM/UTILITIES | |
|-----|-----|------|--|------------------|--|

☐ ☒ ☐ 6. HEATING SYSTEM problems?  Explain_____
                      a.  Heating System and Fuel Type___G A S_____
                      b.  Is there an underground fuel tank?  If yes, location and age_____
_____

☐ ☒ ☐ 7. HOT WATER HEATER problems?  Explain
           Type of hot water heater_____ Age _____

☐ ☒ ☐ 8. PLUMBING SYSTEM problems?  Explain_____
_____

☐ ☒ ☐ 9. SEWAGE SYSTEM problems?  Explain_____
                      a. Type of sewage disposal system
                         (central sewer, septic, cesspool, etc.)_____
                      b.  If private:  (a) Name of service company_____
                                  (b) Date last pumped _____ Frequency _____
                      c.  If public:
                         (1)  Is there a separate charge made for sewer use? yes___ no _____
                         (2)  If separate charge, is it a flat amount or metered? _____
                         (3)  If flat amount, please state amount and payment dates
_____
                         (4)  Are there any unpaid sewer charges, and if so state
                             the amount _____

☐ ☒ ☐ 10. AIR CONDITIONING problems? Explain_____
           Air Conditioning type:  Central _____Window __✓__ Other_____

☐ ☒ ☐ 11. ELECTRICAL SYSTEM problems?  Explain_____

☐ ☒ ☐ 12. DRINKING WATER problems?  Quality or Quantity?  Explain_____
_____
           If public drinking water:
           a.  Is there a separate charge made for water use?  Yes_✓_ No_____
           b.  If separate charge, is it a flat amount or metered?__metered____
           c.  If flat amount, please state amount and payment dates
_____
           d.  Are there any unpaid water charges, and if so state the amount __NO____

☐ ☒ ☐ 13. ELECTRONIC SECURITY SYSTEM problems?  Explain_____

☐ ☒ ☐ 14. CARBON MONOXIDE OR SMOKE DETECTOR problems?  Explain_____

☐ ☐ ☐ 15. FIRE SPRINKLER SYSTEM problems?  Explain___N/A_____

EXHIBIT 15

| YES | NO | UNKN | | III. BUILDING/STRUCTURE/IMPROVEMENTS |
|-----|----|----|----|----|

☐ ☒ ☐    16. FOUNDATION/SLAB problems/settling? Explain_____

☐ ☒ ☐    17. BASEMENT Water/Seepage/Dampness? Explain amount, frequency and location. _____

☐ ☐ ☐    18. SUMP PUMP problems? If yes, explain___*NA*_____

☐ ☒ ☐    19. ROOF leaks, problems? Explain _____
      Roof type _____ Age _____

☐ ☒ ☐    20. INTERIOR WALLS/CEILING problems? Explain_*Cosemetec interior garage wall*_

☐ ☐ ☐    21. EXTERIOR SIDING problems? Explain_____

☐ ☒ ☐    22. FLOOR problems? Explain_____

☐ ☒ ☐    23. CHIMNEY/FIREPLACE/WOOD OR COAL STOVE problems? Explain:_____
      *Cosmetic Chipping top of Chimnel*

☐ ☒ ☐    24. Any knowledge of FIRE/SMOKE damage? Explain_____

☐ ☒ ☐    25. PATIO/DECK problems? _____
      If made of wood, Is wood treated or untreated?_____

☐ ☒ ☐    26. DRIVEWAY problems? Explain_____

☐ ☒ ☐    27. TERMITE/INSECT/RODENT/PEST INFESTATION problems? Explain_____ _____

☒ ☐ ☐    28. IS HOUSE INSULATED? Type _____ Location _____

☐ ☒ ☐    29. ROT AND WATER DAMAGE problems? Explain_____

☐ ☒ ☐    30. WATER DRAINAGE problems? Explain_____

☐ ☐ ☒    31. Are ASBESTOS CONTAINING INSULATION OR BUILDING MATERIALS present?____
      If yes, location_____

☐ ☐ ☒    32. Is LEAD PAINT present? If yes, location_____

☐ ☐ ☒    33. Is LEAD PLUMBING present? If yes, location_____

☐ ☒ ☐    34. Has test for RADON been done? If yes, attach copy.
      State whether a radon control system is In place_____

EXHIBIT 15

The Seller should use this area to further explain any item above.  Attach additional pages if necessary and indicate here _____ the number of additional pages attached.

---

### I. Seller's Certification

To the extent of the Seller(s) knowledge as a property owner, the Seller acknowledges that the information contained above is true and accurate for those areas of the property listed.  In the event a real estate broker or salesperson is utilized, the Seller authorizes the broker or salesperson to provide the above information to prospective buyers, selling agents or buyer's agents.

DATE _11-6-05_ SELLER _Monica Lester_     SELLER _Monica Lester_
                        (Signature)                           (Type or Print)

DATE _11-6-05_ SELLER _Christo___     SELLER _Christopher Lester_
                        (Signature)                           (Type or Print)

---

### II.  Responsibilities of Real Estate Brokers

This report in no way relieves a real estate broker of his or her obligation under the provisions of Section 20-328-5a of the  Regulations of Connecticut State Agencies to disclose any material facts.  Failure to do so could result in punitive action taken against the broker, such as fines, suspension or revocation of license.

### III.  Statements Not to Constitute a Warranty

Any representations made by the seller on this report shall not constitute a warranty to the buyer.

### IV.  Nature of Disclosure Report

This residential disclosure report is not a substitute for inspections, tests, and other methods of determining the physical condition of the property.

### V. Information on the Residence of Convicted Felons

Information concerning the residence address of a person convicted of a crime may be available from law enforcement agencies or the department of public safety.

### VI.  Buyer's Certification

The buyer is urged to carefully inspect the property and, if  desired, to have the property inspected by an expert.  The buyer understands that there are areas of the property for which the seller has no knowledge and this disclosure statement does not encompass those areas.   The buyer also acknowledges that the buyer has read and received a signed copy of this statement from the seller or seller's agent.

DATE _____ BUYER _____ BUYER _____
                                  (Signature)                             (Type or Print)

DATE _____ BUYER _____ BUYER _____
                                  (Signature)                             (Type or Print)

Questions or Comments?  Consumer Problems?
      **Contact the Department of Consumer Protection at (860) 713-6150 or occprotrades@po.state.ct.us**

EXHIBIT 15

## C-21 Classic Homes Property Inclusion/Exclusion

**Personal Property And Fixtures of:** _105 Farmstead Rd, East Hartford, CT 06118_

| ITEMS | WILL REMAIN | WILL NOT REMAIN | NEGOTIABLE |
|---|---|---|---|
| Air Conditioner (s) | yes windows | | |
| Carpeting | | | |
| Dryer/Washer | | NO | |
| Coal/Wood Stove | | | |
| Curtains/Drapes | yes | | |
| Dishwasher | yes | | |
| Rods/Shades & Blinds | yes | | |
| Fireplace Items | | Tools  NO | |
| Garage Door Opener & Controls | yes | | |
| Trash Compactor | | | |
| Garbage Disposal | yes | | |
| Range Hood | | | |
| Kitchen Cabinets/Isle | yes | | |
| Light Fixtures | yes | | |
| Microwave Oven | yes | | |
| Pool & Equipment | | | |
| Range & Oven | yes | | |
| Refrigerator | yes | | |
| Screens/Storms | yes | | |
| Smoke Detector | yes | | |
| Out Buildings | yes (not the small Rubbermaid by deck) | | |
| Storm Doors | yes | | |
| Trees & Shrubs | yes | | |
| TV/Radio Antenna | | | |
| C/V & Attch. | | | |
| Ceiling Fans | yes | | |
| Mirror (s) Med. Cab. | yes | | |
| Playscapes | yes | | |
| Outdoor Garden Ornaments | 0 | | |
| Other | yes | NO dehumidied | |
| Other | | | |

**The above information is true and correct to the best of my knowledge.**

Seller: _Monica Lextin_          Date: _11-6-05_

Seller: _Ohm Lett_               Date: _11-6-05_

Buyer: _____          Date: _____

Buyer: _____          Date: _____

EXHIBIT 15