DEFENDANT'S
EXHIBIT NO. 4
FOR IDENTIFICATION
9-7-17 WTL
DATE:        RPTR:

Rev 6/02

### CONNECTICUT DEPARTMENT OF CONSUMER PROTECTION



## RESIDENTIAL PROPERTY CONDITION DISCLOSURE REPORT

SELLER'S NAME: Loretta Budkofsky            Property Address: 24 Level DR Willington CT 06279

    The Uniform Property Condition Disclosure Act Connecticut General Statutes Section 20-327b requires the seller of residential property to provide this disclosure to the prospective purchaser prior to the purchaser's execution of any binder, contract to purchase, option or lease containing a purchase option. These provisions apply to the transfer of residential real property of four dwelling units or less made with or without the assistance of a licensed broker or salesperson. The seller will be required to credit the purchaser with the sum of $300.00 at closing if the seller fails to furnish this report as required by this act.

    **Please note that Connecticut law requires the owner of any dwelling in which children under the age of 6 reside to abate or manage materials containing toxic levels lead.**

    **Pursuant to the Uniform Property Condition Disclosure Act, the seller is obligated to disclose here any knowledge of any problem regarding the following:**

| YES | NO | UNKN | I. GENERAL INFORMATION |
|-----|-----|------|------------------------|
| | | | 1. How long have you occupied the property? 24 yrs  Age of structure 64 yrs |
| ☐ | ☑ | ☐ | 2. Does anybody other than yourself have any right to use any part of your property or does anybody else claim to own any part of your property? If yes, explain_____ |
| ☐ | ☑ | ☐ | 3. Is the property in a flood plain area or an area containing wetlands?_____ |
| ☐ | ☑ | ☐ | 4. Do you have any reason to believe that the municipality may impose any assessment for purposes such as sewer installation, sewer improvements, water main installation, water main improvements, sidewalks or other improvements?_____ |
| ☐ | ☑ | ☐ | 5. Is the property located in an historic village or special tax district? Explain_____ |

| YES | NO | UNKN | II. SYSTEM/UTILITIES |
|-----|-----|------|----------------------|
| ☐ | ☑ | ☐ | 6. HEATING SYSTEM problems? Explain_____ <br> a. Heating System and Fuel Type_____ <br> b. Is there an underground fuel tank? If yes, location and age_____ |
| ☐ | ☑ | ☐ | 7. HOT WATER HEATER problems? Explain_____ <br> Type of hot water heater_____ Age_____ |
| ☐ | ☑ | ☐ | 8. PLUMBING SYSTEM problems? Explain_____ |
| ☐ | ☑ | ☐ | 9. SEWAGE SYSTEM problems? Explain_____ <br> a. Type of sewage disposal system (central sewer, septic, cesspool, etc.)_____ <br> b. If private: (a) Name of service company_____ <br> (b) Date last pumped_____ Frequency_____ <br> c. If public: <br> (1) Is there a separate charge made for sewer use? yes____ no____ <br> (2) If separate charge, is it a flat amount or metered?_____ <br> (3) If flat amount, please state amount and_____ <br> (4) Are there any unpaid sewer charges, and if so state the amount_____ |

EXHIBIT 17

Rev 6/02

☐ ☐ ☐ 10. AIR CONDITIONING problems? Explain_____
Air Conditioning type:  Central _____ Window _____
Other_____

☐ ☑ ☐ 11. ELECTRICAL SYSTEM problems?  Explain_____

☐ ☑ ☐ 12. DRINKING WATER problems?  Quality or Quantity?  Explain_____

If public drinking water:
a.  Is there a separate charge made for water use?  yes_____  no_____
b.  If separate charge, is it a flat amount or metered?_____
c.  If flat amount, please state amount and payment dates

d.  Are there any unpaid water charges, and if so state the
amount_____

☐ ☐ ☐ 13. ELECTRONIC SECURITY SYSTEM problems?  Explain_____

☐ ☑ ☐ 14. CARBON MONOXIDE OR SMOKE DETECTOR problems?  Explain_____

☐ ☐ ☐ 15. FIRE SPRINKLER SYSTEM problems?  Explain_____

| YES | NO | UNKN | III.  BUILDING/STRUCTURE/IMPROVEMENTS |
|-----|----|------|--------------------------------------|
| ☐ | ☑ | ☐ | 16. FOUNDATION/SLAB problems/settling?  Explain_____ |
| ☐ | ☑ | | 17. BASEMENT Water/Seepage/Dampness? Explain amount, frequency and location. |

☐ ☐  18. SUMP PUMP problems?  If yes, explain_____

☐ ☑ ☐ 19. ROOF leaks, problems?  Explain _____
Roof type _____ Age _____

☐ ☑ ☐ 20. INTERIOR WALLS/CEILING problems?  Explain_____

☐ ☑ ☐ 21. EXTERIOR SIDING  problems?  Explain_____

☐ ☑ ☐ 22. FLOOR problems?  Explain_____

☐ ☑ ☐ 23. CHIMNEY/FIREPLACE/WOOD OR COAL STOVE problems?  Explain:_____

☐ ☑  24. Any knowledge of FIRE/SMOKE damage?  Explain_____

☐ ☑  25. PATIO/DECK problems? _____
If made of wood, is wood treated or untreated?_____

☐ ☑  26. DRIVEWAY problems?  Explain_____

☑ ☐ ☐ 27. TERMITE/INSECT/RODENT/PEST INFESTATION. problems?  Explain Ants
Wilmington Pest Control - August

☑  28. IS HOUSE INSULATED?  Type _____ Location _____

☐ ☑ ☐ 29. ROT AND WATER DAMAGE problems?  Explain_____

☐ ☑ ☐ 30. WATER DRAINAGE  problems?  Explain_____

☐ ☑ ☐ 31. Are ASBESTOS CONTAINING INSULATION OR BUILDING MATERIALS present?_____
If yes, location_____

☐ ☑ ☐ 32. Is LEAD PAINT present?  If yes, location_____

☐ ☑ ☐ 33. Is LEAD PLUMBING present?  If yes, location_____

☐ ☑ ☐ 34. Has test for RADON been done?  If yes, attach copy.
State whether a radon control system is in place_____

EXHIBIT 17