

DEFENDANT'S
EXHIBIT NO. 6
FOR IDENTIFICATION
9-7-7  WJL
DATE:        RPTR:

*Prepared By...*

# Don Childree General Contractor Inc.
### 89 Commerce Way
### South Windsor CT 06074
### (860) 290-9117
### (860) 289- 5853 Fax
*Prepared For...*

# P R O P O S A L

### Christopher & Monica Lester
### 24 Laurel Dr
### Willington CT 06279
### 860-459-0014

### *Items and Description*

Obtain All Necessary permits, ensure all inspections are completed including a

certificate of occupancy.

Remove shrubs and landscaping necessary to access foundation.

Remove front steps and walk.

Disconnect all utilities where needed.

Remove deck and remove debris.

Remove concrete garage floor and excavate inside garage to footings.

Remove stairs to basement.

Remove furnace, condenser and oil tank.

Remove plumbing where needed including well tank and water treatment system.

Remove concrete floor in basement.

Excavate area to prep for lifting house.

EXHIBIT 18

Jack hammer holes in existing foundation for beam placement and bracing.

Lift house and chimney approximately 7' above existing foundation.

Excavate around perimeter of foundation down to footing levels.

Remove existing lally columns and footings.

Demo and remove existing foundation walls and footings.

Form and pour new concrete footings with # 5 rebar.

Form and pour new 10" concrete walls with # 5 rebar and Simpson anchors.

Install Vinyl basement windows to replace existing.

Inspect existing sill for any rot and or damage.

Install sill seal on all sill plates.

Set house down on new foundation.

Install new lally columns.

Remove all steel beams.

Snap all ties and fill holes with hydraulic cement.

Waterproof below grade foundation with Rub R Wall Waterproofing Membrane.

Install stone where needed under basement floor.

Form and pour new concrete floor in basement and garage.

Rebuild base of chimney.

Install 4" PVC pipe, crushed stone, and fabric along perimeter of footing and connect to existing outlet.

Back fill and compact disturbed areas.

Form and pour pockets left in wall leaving 8" to fill with concrete block.

Repair any siding damaged during procedure.

Cement jacket above grade foundation and apply Restore foundation coating.

Reconnect all utilities including furnace, condenser and oil tank.

EXHIBIT 18

Reinstall plumbing that was removed including well tank and water treatment system.

Install precast hatchway with Bilco Door.

Reinstall stairs to basement.

Reinstall granite step.

Rebuild deck to original condition.

Grade and machine rake disturbed areas.

Spread loam and hydro seed disturbed areas.

Re pave areas of driveway where removed.

Install new landscaping to match existing.


$237,470.00


**Payment Method**: See *Schedule of Payments*


All material is guaranteed to be as specified. All work to be completed in a professional manner according to standard practices. Any alteration or deviation from above specifications involving extra costs will be executed only upon written order, and will become an extra charge over above the estimate. All agreements are contingent upon strikes, accidents, or delays beyond our control. Owner to carry fire, tornado, and other necessary insurance. Our workers are fully covered by Worker's Compensation Insurance.


**Acceptance of Proposal**: The above prices, specifications, and conditions are satisfactory and are hereby accepted. You are authorized to do the work as specified. Payment will be made as outlined in *Schedule of Payments*.


*Prepared By* _____ *Date* _____

*Accepted By* _____ *Date* _____

*Accepted By* _____ *Date* _____


EXHIBIT 18

# NOTICE OF CANCELLATION

You, the buyer, may cancel this transaction at any time prior to midnight of the third business day after the date of this transaction. (Saturday is a legal business day in Connecticut). This sale is subject to the provisions of the Home Solicitation Sales Act and the Home Improvement Act. The instrument is not negotiable.

You may cancel this transaction, without any penalty or obligation, within three business days from the transaction date. If you cancel, any property traded in, any payments made by you under the contract or sale, the seller of your cancellation notice will return any negotiable instrument executed by you within ten business days following receipt. Any security interest arising out of the transaction will be cancelled.

If you cancel, you must make available to the seller, any goods delivered to you under this contract or sale, in substantially as good a condition as when received. You may, if you wish, comply with the instructions of the seller regarding the return shipment of the goods at the seller's expense and risk.

If you do make the goods available to the seller and the seller does not pick them up within twenty days of the date of cancellation, you may retain or dispose of the goods without any further obligation. If you fail to make the goods available to the seller, or if you agree to return the goods to the seller and fail to do so, then you remain liable for performance of all obligations under the contract.

To cancel this transaction, mail or deliver a signed and dated copy of this cancellation notice or any other written notice, or send a telegram to: DON CHILDREE GENERAL CONTRACTING, INC. 89 COMMERCE WAY, SOUTH WINDSOR, CT 06074.

Not later than midnight of:


**I hereby cancel this transaction:** _____

                                    *(Buyer's Signature & Date)*

EXHIBIT 18