
DEFENDANT'S
EXHIBIT NO. 7
FOR IDENTIFICATION
9-7-17 WJL
DATE: RPTR:

## A HOME INSPECTION REPORT BY

# RESIDENTIAL ENGINEERING SERVICES, LLC

457 Center Street - Manchester - CONNECTICUT
PHONE: 860-643-6247 • FAX: 860-643-8700
E-MAIL rcseng@home.com • HOME PAGE www.residentialengineering.com

### PREPARED FOR

## *Monica Lester*
### *24 Laurel Drive*
### *Willington, CT*
### November 1, 2005



**REALTOR**: Shelby Muraski
**AGENCY**: Century 21 CLassic Homes

EXHIBIT 19

CLIENT # 09402



# RESIDENTIAL ENGINEERING SERVICES, LLC

457 Center Street  Manchester, CT  06040    (860) 643-6247    FAX (860) 643-8700
E-MAIL: w-neal@sbcglobal.net      www.residentialengineering.com

Inspections: Residential • Commercial • Structural  • Septic • Radon
Design Services: Structural • Septic • Electrical • Heat / Air Conditioning

## INSPECTION AGREEMENT (PAGE 1 OF 2)

Client: Monica Lester  Telephone: 569-6041   105 Farmstead Road  • East Hartford, CT 06118
Inspection Location: 24 Laurel Drive          • Willington, CT      Inspection Date: November 1, 2005      Time: 1:00 pm
Building - Style:          Square feet: 3200      Year Built: 1999

### THIS IS OUR AGREEMENT.  PLEASE READ IT CAREFULLY.  IT EXPLAINS WHAT WE ARE AGREEING TO DO AND WHAT YOU ARE AGREEING TO PAY FOR.

**INSPECTION:**  Residential Engineering Services LLC will conduct a general report consisting of a visual inspection of the housing on the inspection location and provide a written report to the client.  The report will detail Residential Engineering's opinion as to the condition of the interior, exterior, plumbing, heating and electrical systems of the housing.  Unless specifically stated in the report this report does not include an inspection of any structures which are not part of the structure or structures used for housing.  This includes, but is not limited to, structures such as detached garages, cabanas, gazebos, and out buildings.

**EXCLUSIONS:**  The general report does not  include any of the extra reports listed below nor does it include examination or testing of buried oil tanks; disassembly of appliances or equipment; moving of any furniture or objects/fixtures attached to the building including pictures, wall hangings, etc.; opening of walls, ceilings, or floors; excavation; determination of the absence of wood destroying insects; moving about on the roof.  The following are not included in the general inspection:  Swimming pools, hot tubs, Jacuzzis, saunas, or spas - household appliances - telephone systems, cable TV systems, security systems - wells and submersible pumps - septic systems - solar heat and hot water systems, active or passive - in ground sprinkler systems - landscaping, soil condition, surface water drainage problems - specialized equipment used in the pursuit of a business that is not found in a typical residential, business, or commercial building.  The following will not be performed: engineering tests, engineering calculations, tests involving the use of electronic equipment, probing of painted or finished surfaces.  Prevailing weather conditions may mask certain problems or by the fact certain systems were not operational or did not have power at the time of inspection.  Residential Engineering will not be responsible for any problem or defect that could not reasonably have been ascertained by a visual inspection.  There is no specific or implied warranty that every feature of the subject property will be inspected or that every defect and problem will be revealed.  Due to the inherent complexity of mechanical systems any appliances, plumbing, heating, electrical, or mechanical systems we have inspected and operated are certified to have run as indicated on the day of our test only.  This inspection is not intended to and does not certify that any codes or other laws regulations have or have not been complied with.

**ITEMS AVAILABLE FOR INSPECTION BY SEPARATE CONTRACT:**

| REPORT TYPE | PRICE | ACKNOWLEDGMENT |
|---|---|---|
| Building Inspection | $450.00 | (✓) Check if requested |
| Wood Boring Insects | $70.00 | (✓) Check if requested |
| Radon in Air | $125.00 | (X) Check if requested |
| Radon in Water | $125.00 | (✓) Check if requested |
| Basic Water Quality | $100.00 x ͻ | (✓) Check if requested |
| Lead in Water | $30.00 | ( ) Check if requested |
| Well Water Quantity Test | $75.00 | ( ) Check if requested |
| Septic System Engineering Evaluation | $275.00 | (X) Check if requested |
| Septic System Dye Test | $100.00 | ( ) Check if requested |
| EMF (Electro Magnetic Fields) | $125.00 | ( ) Check if requested |
| Unattached Structures | $ | ( ) Check if requested |
| Other: | $ | ( ) Check if requested |

**FEE FOR SERVICES:** The fee for this inspection is $1120.00 and includes the fee for all additional reports requested above.  It is due and
*1145.00*

Client's or Represenatives Initials _____

COMMENTS: _____

_____

_____

_____

RESIDENTIAL ENGINEERING SERVICES, LLC  (860-643-6247)     PAGE 1
© 2002 William F. Neal   Residential Engineering Services, LLC   rev 3.00

EXHIBIT 19

CLIENT # 09402

### INSPECTION AGREEMENT (PAGE 2 OF 2)

payable at the time of the inspection.  If the client does not pay the bill when requested no report will be provided and Residential Engineering will be entitled to all costs and expenses incurred as a result of the client's failure to pay including reasonable attorney's fees. A late fee of $20.00 per month will be added to all invoices not paid within 30 days.

**ACCESS TO PREMISES:** It is the client's responsibility to arrange for access to the premises to be inspected.

**USEFUL LIFE OF COMPONENTS AND SYSTEMS: Estimates** of useful life of components and systems may be made based on experience and comparison of similar components or systems but there is no guarantee they will continue to function for a specified period of time.

**INSPECTION WILL BE COMPLETED IN ONE VISIT: If** the client requests additional visits to inspect previously inaccessible items or systems previously non operational, such visits will be made at a fixed hourly rate payable at the time of the additional visit. EXCEPTION: We will return once, at our convenience, to inspect previously inaccessible, not visible, or inoperational features and equipment, if requested to do so by the client.

**DANGEROUS SUBSTANCES: During** its general inspection Residential Engineering will inform you if it finds any exposed material suspected to contain asbestos on the premises.  Additionally, if you specifically request a urea formaldehyde test or a radon gas test in the additional test section indicated above and you pay for that test it will be performed as indicated above.  Under no circumstances will Residential Engineering conduct any other environmental tests, including, but not limited to, tests for dangerous and/or toxic materials, gases, liquids, or solids and/or lead containing paint on the property or tests of the water and/or air quality on the subject property.

**SEPTIC SYSTEMS: There** has not been any attempt to determine if or whether this dwelling is connected to a septic system, cesspool, public sewer, or any other means of waste disposal. The basic inspection *only* examines the condition of the waste disposal plumbing accessible inside the dwelling and its basement.

**ABANDONED WELLS AND/OR BURIED TANKS: Abandoned** wells and/or abandoned buried tanks may be present on any property. Examination of these structures, if present, is not part of this inspection.  This inspection does not include the determination of whether or not any wells or buried tanks either abandoned or in use, are present on the property.

**Any dispute, controversy, interpretation or claim including claims for, but not limited to, breach of contract, any form of negligence, fraud, or misrepresentation arising out of, from, or related to, this contract, or arising out of, from or related to the inspection or inspection report shall be submitted to final and binding arbitration under the Rules and Procedures of the Expedited Arbitration of Home Inspection Disputes of Construction Arbitration Services, Inc. The decision of the Arbitrator appointed thereunder shall be final and binding and judgment on the Award may be entered in any Court of competent jurisdiction. Client agrees and understands that in any such arbitration, all of the provisions of this agreement shall apply.**

**To the extent allowed by law, it is understood and agreed by and between the parties hereto that Residential Engineering Services' LLC, its officers', agents', and employees' LIMITATION OF LIABILITTY for errors or emissions in the inspection report is limited and fixed to a refund of the fee paid for the inspection and inspection report. If, after taking possession of the property, you believe Residential Engineering Services LLC, has made an error in our report, the client agrees to notify Residential Engineering Services LLC, and make arrangements for us to review the situation before any repairs are made.**

**This Agreement is part of the report Residential Engineering is providing the client. This report is prepared for the exclusive use of the person signing below.  Residential Engineering will not be responsible to any other person.**

**Connecticut inspections: Home inspectors are required to abide by the Standards of Practice as promulgated by the Connecticut Home Inspection Licensing Board, Department of Consumer Protection, 165 Capitol Avenue, Hartford, CT 06106. Inquiries and complaints concerning the licensee's work may be directed to the Department in writing. A copy of the Standards is included with this report. Your signature below is proof of receipt of the Standards.**

**THIS REPORT IS NEITHER A WARRANTY NOR A GUARANTY OF THE PREMISES INSPECTED.  IT IS MERELY AN ATTEMPT TO GIVE THE CLIENT A GENERAL IDEA OF THE CONDITION OF THE PROPERTY BEING INSPECTED ON THE DATE OF THE INSPECTION.**

CLIENT  OR REPRESENATIVE: _Monica Festa_     DATE: _11-1-05_

☒ Client  ☐ Represenative

INSPECTOR(S): _____ _TFN_ _____     DATE: _11-1-05_

| William F. Neal | Timothy F. Neal | Eric W. Neal |
| --- | --- | --- |
| CT #HOI-28 | CT #HOI-68 | CT #HOI-67 |

COMMENTS: _____

_____

_____

_____

RESIDENTIAL ENGINEERING SERVICES, LLC   (860-643-6247)     PAGE 2
© 2002 William F. Neal   Residential Engineering Services, LLC   rev 3.00

EXHIBIT 19

CLIENT # 09402

# Table of Contents

**Home Inspection**

General Information & Conditions at the Time of the Inspection ........................................ 4

Site & External Structures ........................................................................................................ 5

Exterior of the Building ............................................................................................................ 7

Central Air Conditioning System (Compressor) ................................................................... 9

Electrical Service ....................................................................................................................... 10

Oil Tank & Lines ....................................................................................................................... 14

Central Heating System ........................................................................................................... 15

Central Air Conditioning System (Evaporator Coils & Air Handler) .............................. 20

Hot Water Service ..................................................................................................................... 21

Water And Waste Disposal Systems ...................................................................................... 24

Unfinished Basement ................................................................................................................ 27

Roof of the Building .................................................................................................................. 31

Garage .......................................................................................................................................... 33

Miscellaneous Interior Features ............................................................................................. 35

Kitchen ........................................................................................................................................ 38

Bathroom(s) ............................................................................................................................... 40

Living Areas ............................................................................................................................... 43

Bedrooms .................................................................................................................................... 45

Attic ............................................................................................................................................. 47

Additional Information Given to Client ................................................................................ 51

**Optional Tests & Inspections (If contracted)**

Radon Measurement Report ..................................................................................................... 52

Well Flow Test ........................................................................................................................... 54

Septic System Inspection ......................................................................................................... 55

Septic System Dye Test ............................................................................................................ 59

Swimming Pool Inspection Report ......................................................................................... 60

EMF Measurement Report ....................................................................................................... 62

Outbuilding Inspection ............................................................................................................. 63

**COMMENTS:** _____

_____

_____

_____

EXHIBIT 19

## EACH ITEM, WHICH IS NOTED AS 'NEEDS ATTENTION' IN THIS REPORT WILL ALSO BE FOLLOWED BY A RECOMMENDED ACTION. A DESCRIPTION OF EACH OF THOSE ACTIONS IS LISTED BELOW:

IMMEDIATE ATTENTION – This refers to a hazardous condition or a condition which if not corrected will cause significant additional damage.

REPAIR – This item does not function as it is intended to. It should be addressed to restore it to proper working condition and to avoid potential additional problems.

MAINTENANCE – This item is of a home maintenance nature and should be addressed in the near future to avoid more extensive repairs or damage.

MONITOR – This item is not in need of repair at the time of the inspection, but should be monitored in an ongoing fashion. Repairs may be necessary in the near future.

FURTHER EVALUATION – This item should be reviewed and/or assessed by a knowledgeable, qualified, certified and/or licensed professional.

IT IS RECOMMENDED THAT ALL REPAIRS BE PERFORMED BY A LICENSED OR CERTIFIED PROFESSIONAL.

A MOISTURE METER TO DETERMINE IF ANY MOISTURE IS PRESENT TESTS ANY WATER STAINS OBSERVED DURING THE INSPECTION. IF THE WATER STAINS ARE DRY AT THE TIME OF THE INSPECTION THE SOURCE(S) OF THE WATER STAINS MAY BE ACTIVE UNDER DIFFERENT CONDITIONS THAN THOSE PRESENT AT THE TIME OF THE INSPECTION, AND MAY BECOME WET AT ANY TIME. IT IS RECOMMENDED THAT ALL WATER STAINS BE MONITORED FOR LEAKAGE IN THE FUTURE. YOU SHOULD DISCUSS THE PAST HISTORY OF ANY WATER STAINS WITH THE HOMEOWNER. ANY AREA OF THE BUILDING THAT HAS WATER STAINS AND/OR DAMAGE MAY HARBOR MOLD, MILDEW, OR OTHER FUNGII. SOME OF THESE MAY CAUSE SERIOUS HEALTH PROBLEMS IN SOME PERSONS. YOU ARE ADVISED THAT SHOULD WE DETECT ANY WATER STAINS OR WATER DAMAGE YOU SHOULD CONSIDER ADDITIONAL TESTING FOR THESE AGENTS BY A PROPERLY QUALIFIED PERSON.

## GENERAL INFORMATION & CONDITIONS AT THE TIME OF THE INSPECTION

☐ This building was constructed prior to 1977 and therefore may have asbestos containing materials. Testing for asbestos containing materials is **not** part of this inspection. Asbestos can be a serious health hazard under certain conditions. For additional information you are urged to call the State of Connecticut Asbestos Control at (860) 566-1260.

☐ This building was constructed before 1978 and therefore may have been painted with lead based paints on the interior and / or exterior. Testing for lead based paint or other lead containing materials is **not** part of this inspection. Under certain conditions lead based paint can be a serious health hazard. For additional information you are urged to call the State of Connecticut Lead Program at (860) 566-5808.

### WEATHER CONDITIONS AT THE TIME OF INSPECTION

THE APPROXIMATE TEMPERATURE WAS *60* F      THE SKY WAS: ☒SUNNY  ☐PARTLY CLOUDY      ☐CLOUDY

PRECIPITATION: ☒NONE   ☐LIGHT RAIN  ☐HEAVY RAIN      ☐LIGHT SNOW  ☐HEAVY SNOW  ☐SLEET   ☐FREEZING RAIN

WINDS: ☐NONE   ☐LIGHT WIND   ☒MODERATE WIND      ☐HEAVY WIND

SNOW COVER:   ☒NONE   ☐PARTIAL   ☐TOTAL   ☐LIGHT   ☐HEAVY   ☐HAZARDOUS

ICE COVER:   ☒NONE   ☐PARTIAL   ☐TOTAL   ☐LIGHT   ☐HEAVY   ☐HAZARDOUS

☐ **DUE TO THE SNOW COVERAGE AT THE TIME OF THE INSPECTION SOME EXTERIOR FEATURES OF THIS HOUSE WERE NOT VISIBLE FOR INSPECTION. THESE ITEMS WILL BE MARKED "NOT VISIBLE".**

COMMENTS: _____

_____

_____

_____

RESIDENTIAL ENGINEERING SERVICES, LLC   (860-643-6247)   PAGE 4
© 2002 William F. Neal   Residential Engineering Services, LLC   rev 3.00

EXHIBIT 19

CLIENT # 09402

## SITE & EXTERNAL STRUCTURES

SITE DRAINAGE          ☒GOOD   ☐NEEDS ATTENTION   ☐NOT VISIBLE   ☐NOT PRESENT   ☐SEE COMMENT # ___ ___

☐ There appear to be one or more low areas near the house. These may collect water and cause damp or wet areas with standing water during and/or after rain and/or during snow melt. If this occurs it is suggested they be filled and the ground recontoured to correct the situation.

☐ The land on one or more sides of the house in general slopes toward the house. There does not appear to be sufficient provision to conduct rainwater away from the foundation. This may cause water to enter the basement or cause the basement walls to be damp during periods of rain. It is recommended these areas be monitored.

FOUNDATION DRAINAGE  ☐GOOD   ☒NEEDS ATTENTION   ☐NOT VISIBLE   ☐NOT PRESENT   ☐SEE COMMENT # ___ ___

☒ The foundation has poor drainage because the soil is sloped toward the house and/or there are depressed areas near the foundation. It is recommended the soil be sloped away from the house in all areas to help prevent rainwater from causing moisture problems in the basement. All depressions and holes within 6 feet of the foundation should be filled. The soil should drop 2" to 4" at a distance of 4' from the foundation. Additional information about basement moisture problems can be found in the basement section of this report.

WALKWAYS             ☐GOOD   ☐NEEDS ATTENTION   ☐NOT VISIBLE   ☒NOT PRESENT   ☐SEE COMMENT # ___ ___

☐ Walkways should provide a smooth, level, and stable surface for walking that is free of slipping and tripping hazards. One or more walks on this property is ☐cracked ☐eroded ☐not level ☐rough and uneven. ☐Deteriorated
Recommended action(s): ☐ Immediate Attention ☐ Repair ☐ Maintenance ☐ Monitor ☐ Further Evaluation

☒ It is suggested one or more walkways be added to one or more entrances to this building.

STEPS / RAILINGS       ☒GOOD   ☐NEEDS ATTENTION   ☐NOT VISIBLE   ☐NOT PRESENT   ☐SEE COMMENT # ___ ___

☐ The hand and/or guardrail on one or more sets of exterior steps is ☐missing ☐not securely fastened ☐deteriorated ☐not safe to use. Immediate attention is required.

☐One or more sets of exterior steps are: ☐ rotted ☐ cracked ☐ deteriorated ☐ structurally unsound ☐ provide unsafe footing ☐Not level and flat ☐Too steep ☐Treads are not wide enough ☐ Missing Immediate attention is required.

☐It is recommended one or more sets of exterior steps be painted. Maintenance is required.

DRIVEWAY             ☐GOOD   ☐NEEDS ATTENTION   ☐NOT VISIBLE   ☐NOT PRESENT   ☐SEE COMMENT # ___ ___

THE DRIVEWAY IS CONSTRUCTED OF: ☐ASPHALT   ☐CONCRETE   ☒GRAVEL ☒DIRT   ☐_____

☐The driveway has one or more cracks or sunken areas that should be repaired as part of a regular maintenance program to prevent further deterioration.

☐ The driveway is severely cracked, sunken, or deteriorated and may need to be replaced in the near future.

EXTERIOR LIGHTING      ☒GOOD   ☐NEEDS ATTENTION   ☐NOT VISIBLE   ☐NOT PRESENT   ☐SEE COMMENT # ___ ___

☐It is suggested exterior lighting be added to: ☐One or more front doors ☐One or more rear doors ☐One or more side doors ☐The front of the garage ☐One or more decks or porches ☐The parking area ☐ _____

☐ Immediate attention is required because one or more exterior lighting fixtures ☐ are in a hazardous condition ☐ have been removed and hazardous exposed wire ends must be removed or properly terminated and protected.

☐One or more exterior lighting fixtures is missing, broken, or otherwise in need of repair.

PATIO                ☐GOOD   ☐NEEDS ATTENTION   ☐NOT VISIBLE   ☒NOT PRESENT   ☐SEE COMMENT # ___ ___

☐The patio is ☐rough ☐cracked ☐deteriorated ☐eroded ☐uneven. ☐_____
Recommended action(s): ☐ Immediate Attention ☐ Repair ☐ Maintenance ☐ Monitor ☐ Further Evaluation

COMMENTS: _____

_____

_____

_____

**RESIDENTIAL ENGINEERING SERVICES, LLC   (860-643-6247)   PAGE 5**
© 2002 William F. Neal   Residential Engineering Services, LLC   rev 3.00

EXHIBIT 19

CLIENT # 09402

DECK/PORCH    ☒GOOD    ☐NEEDS ATTENTION    ☐NOT VISIBLE    ☐NOT PRESENT    ☐SEE COMMENT # _____

Visual access beneath one or more decks was possible for ☐0% ☐0-25% ☐26-50% ☐51-75% ☒76-100% ☐100% of the structure.

☐One or more decks or porches in an extremely hazardous condition. It should not be used until repairs are made. Immediate attention.

☐This deck is not level. The slope of the deck indicates fundamental structural problems. Immediate attention is required.

☐There are no visible supports/footings under the columns of this deck. The footings may be located below grade or may be absent. The condition of this deck at this time indicates there are no structural problems or concerns with support, but this cannot be verified.

☒One or more decks or porches are attached to the structure of the house by nailing. From the visible evidence it is impossible to determine how well the deck or porch is attached. It is recommended lag screws be used to securely fasten the deck or porch to the structure of the house.

☐ The following condition(s) are present in one or more decks or porches: ☐The posts or columns supporting the deck are not plumb (vertical) ☐Rot was found in one or more posts supporting the deck ☐The posts or columns supporting the roof are not plumb (vertical) ☐Rot was found in one or more posts supporting the roof ☐The band (rim) joists are not doubled ☐One or more joists are not properly attached ☐Rot is present ☐Needs to be painted ☐One or more girders are improperly spliced
Recommended action(s): ☐ Immediate Attention ☐ Repair ☐ Maintenance ☐ Monitor ☐ Further Evaluation

☐There is no visible flashing where the deck connects to the house. Water damage that is not visible may be present.

☐Immediate attention is required because the railing on the deck or porch is not adequate for the following reason(s): ☐It is loose ☐It is deteriorated. ☐It is damaged. ☐It is not high enough. ☐It is not "childproof". ☐It is missing.

☐ Immediate attention is required because the hand and/or guardrail on one or more sets of deck/porch steps is ☐missing ☐not securely fastened ☐deteriorated ☐not safe to use. ☐damaged

☐Immediate attention is required because one or more sets of deck/porch steps are: ☐ rotted ☐ cracked ☐ deteriorated ☐ structurally unsound ☐ provide unsafe footing ☐Not level and flat ☐Too steep ☐Treads are not wide enough ☐ Missing

☐One or more cantilevered decks or balconies are present on this house. NONE OF THE SUPPORTING STRUCTURE IS VISIBLE FOR INSPECTION. It is strongly recommended that properly sized and installed supports be installed under the unsupported ends of the balconies to the ground.

SWIMMING POOL FENCES    ☐GOOD    ☐NEEDS ATTENTION    ☐NOT VISIBLE    ☒NOT PRESENT    ☐SEE COMMENT # _____

☐A swimming pool enclosure on this property does not appear to meet currently acceptable standards of protection. You should consult with your local building department to make sure the enclosure meets current safety standards. Immediate attention is required.

RETAINING WALL(S)    ☐GOOD    ☐NEEDS ATTENTION    ☐NOT VISIBLE    ☒NOT PRESENT    ☐SEE COMMENT # _____

☐One or more retaining walls are: ☐ not plumb (vertical) ☐ cracked ☐ deteriorated ☐ hazardous ☐ a guard rail is necessary to prevent accidental falls, especially for children
Recommended action(s): ☐ Immediate Attention ☐ Repair ☐ Maintenance ☐ Monitor ☐ Further Evaluation

FOUNDATION PLANTINGS    ☒GOOD    ☐NEEDS ATTENTION    ☐NOT VISIBLE    ☐NOT PRESENT    ☐SEE COMMENT # _____

Visual access was **not** possible for ☐ 0-25% ☐ 26-50% ☐ 51-75% ☐ 76-100% of the exterior features due to plant growth.

☐ It is strongly suggested the foundation plantings be cut back at least 6" from the house and foundation. This maintenance will let air and sunlight help keep the house dryer, may help to prevent mildew and dry rot, and will assist in making insect problems visible. These conditions may be present and not visible.

PROPANE TANK(S)    ☐GOOD    ☐NEEDS ATTENTION    ☐NOT VISIBLE    ☒NOT PRESENT    ☐SEE COMMENT # _____

☐The filling connection and vent are not at least 10 feet from a source of potential ignition. Immediate attention is required. The source of potential ignition is: ☐ Kitchen vent ☐ Dryer vent ☐ Combustion appliance vent ☐ Electric outlet ☐ _____

☐The propane tank(s) have a total capacity of 300 gallons or more but are not located at least 10 feet from the building. Immediate attention.

GENERAL COMMENTS

COMMENTS: _____

_____

_____

_____

**RESIDENTIAL ENGINEERING SERVICES, LLC   (860-643-6247)    PAGE 6**
© 2002 William F. Neal   Residential Engineering Services, LLC   rev 3.00

EXHIBIT 19

CLIENT # 09402

☐ Firewood and/or lumber and/or wood scraps are stored too close to the house, which is conducive to termite and carpenter ant infestations. All such materials should be removed to a location at least fifteen feet from the house or other structure.

## EXTERIOR OF THE BUILDING

THE EXTERIOR FOUNDATION OF THIS BUILDING IS: ☒CONCRETE  ☐BLOCK  ☐BRICK  ☐MORTARED STONE  ☐DRY STONE  ☐PIERS/COLUMNS  ☐UNKNOWN  ☒_____

FOUNDATION          ☒GOOD  ☐NEEDS ATTENTION  ☒NOT VISIBLE  ☐NOT PRESENT  ☐SEE COMMENT #_____

Visual access of the foundation was possible for ☐0%  ☐0-25%  ☐25-50%  ☐50-75%  ☒75-100%  ☐100% of the foundation. Lack of visibility was due to:
☐plants ☐soil ☐asphalt/concrete ☒stored materials/items ☒Siding ☒Attached Structures ☐Snow ☐Exterior Insulation

☐ Earth contact was noted on the ☐siding ☐trim ☐kick plates ☐Insulation ☐_____. This can cause rot, water damage, and/or provide easy access for termites and other insects. These conditions may be present and not visible at the time of the inspection.. It is recommended that these areas be monitored.

☐One or more cracks were noted in the exterior foundation. These cracks cause no structural problem or concern at this time. It is, however, strongly suggested you repair these cracks to prevent the entry of water and insects.

☐ The foundation has one or more cracks that are a structural concern. Immediate attention and further evaluation are required.

☐The foundation pointing is deteriorated ( mortar between bricks, blocks, and/or stones)
    Recommended action(s): ☐ Immediate Attention ☐ Repair ☐ Maintenance ☐ Monitor ☐ Further Evaluation

☐The foundation is deteriorated.
    Recommended action(s): ☐ Immediate Attention ☐ Repair ☐ Maintenance ☐ Monitor ☐ Further Evaluation

THE SIDING/EXTERIOR FINISH ON THIS BUILDING IS: ☒VINYL ☐ALUMINUM ☐WOOD SHINGLES/SHAKES ☐CLAPBOARD ☐BRICK ☐STONE ☐STEEL ☐T-111 ☐ASBESTOS CEMENT ☐STUCCO ☐PRESSBOARD ☐EIFS ☐_____

SIDING/EXT. FINISH     ☒GOOD  ☐NEEDS ATTENTION  ☐NOT VISIBLE  ☐NOT PRESENT  ☐SEE COMMENT #_____

☐It is recommended ☐all ☐local portions of the siding be painted. Maintenance is required.

☐ One or more sections of siding are: ☐ unsnapped ☐ loose ☐missing ☐damaged ☐rotted ☐cracked  Repairs are necessary.

☐Cracks were found in the exterior brick , stone, stucco, and/or masonry siding. ☐These are not considered to be a structural problem at this time. Repairs are necessary.  ☐These are considered to be a structural problem at this time and immediate attention is required.

☐ The gable vent louvers are damaged and/or missing. Repairs are necessary.

☐ This home has ☐pressboard ☐EIFS (Exterior Insulation & Finish System) siding, which is prone to rot and hidden water damage if not properly installed. It is strongly recommended that a knowledgeable professional who is experienced with this type of siding evaluate it.

TRIM          ☐GOOD  ☒NEEDS ATTENTION  ☐NOT VISIBLE  ☐NOT PRESENT  ☐SEE COMMENT #_____

☐ It is recommended ☐all ☐local portions of the trim be painted. Maintenance is required.

☒One or more sections of trim are: ☐ unsnapped ☐ loose ☐missing ☒damaged ☐rotted ☒cracked  Repairs are necessary.

DOORS          ☐GOOD  ☒NEEDS ATTENTION  ☐NOT VISIBLE  ☐NOT PRESENT  ☐SEE COMMENT #_____

☒ It is recommended one or more ☐doors ☐doorframes ☒door trims ☐doorsills be painted. Maintenance is required.

☐ One or more doors are: ☐loose ☐missing ☐damaged ☐rotted ☐cracked. Repairs are necessary.

☐ One or more door trims/frames is: ☐loose ☐missing ☐damaged ☐rotted ☐cracked. Repairs are necessary.

COMMENTS: _____
_____
_____
_____

RESIDENTIAL ENGINEERING SERVICES, LLC  (860-643-6247)    PAGE 7
© 2002 William F. Neal  Residential Engineering Services, LLC  rev 3.00

EXHIBIT 19

CLIENT # 09402

☐ One or more doorsills are: ☐loose ☐missing ☐damaged ☐rotted ☐cracked. Repairs are necessary.

**WINDOWS**    ☒GOOD    ☐NEEDS ATTENTION    ☐NOT VISIBLE    ☐NOT PRESENT    ☐SEE COMMENT # _____
Note: A more detailed look at a representative number of windows will be done from the interior of the house.

☐ It is recommended one or more ☐windows ☐window trims/frames be painted. Maintenance is required.

☐ One or more windows or doors has cracked or missing glass. Repairs are necessary.

☐ One or more window or door has deteriorated or missing glazing compound that seals the glass to the frame. Repairs are necessary.

☐ One or more windows are: ☐loose ☐missing ☐damaged ☐rotted ☐cracked Repairs are necessary.

☐ One or more window trims/frames is: ☐loose ☐missing ☐damaged ☐rotted ☐cracked. Repairs are necessary.

**WINDOW WELLS**    ☒GOOD    ☐NEEDS ATTENTION    ☐NOT VISIBLE    ☐NOT PRESENT    ☐SEE COMMENT # _____

☐ One or more window wells is filled with debris or otherwise blocked, preventing good drainage. Water entry into the house may occur. Repairs or maintenance are necessary.

☒ You may wish to provide the window wells with transparent rain covers to help prevent water entry.

☐ One or more window(s) are at or below grade and do not have a window well. This may promote rot and/or allow water entry through the window(s). Such conditions may be present but not visible. It is recommended that window wells be installed in these areas.

**GUTTERS**    ☒GOOD    ☐NEEDS ATTENTION    ☐NOT VISIBLE    ☐NOT PRESENT    ☐SEE COMMENT # _____

☐One or more rain gutters are ☐loose ☐damaged ☐missing ☐has loose gutter spikes. Repairs are necessary

☐ The entire house is not guttered. You may wish to extend guttering to the entire house, especially if there are water problems in the basement.

**DOWN SPOUTS**    ☐GOOD    ☒NEEDS ATTENTION    ☐NOT VISIBLE    ☐NOT PRESENT    ☐SEE COMMENT # _____

☒One or more down spouts is ☒loose ☒damaged ☐missing    ☒ missing elbow ☐terminated too high. Repairs are necessary.

☐One or more downspouts have no extensions, splash-blocks, or other provisions to conduct roof water away from the foundation to help prevent potential moisture problems in the basement and/or foundation area. Correction is recommended.

**FASCIA**    ☒GOOD    ☐NEEDS ATTENTION    ☒NOT VISIBLE    ☐NOT PRESENT    ☐SEE COMMENT # _____
Note: Only the portion of the fascia which is not covered by the gutters is visible for inspection.

☐Maintenance is required. It is recommended the fascia be painted.

☐Repairs are necessary. One or more sections of fascia are: ☐loose ☐missing ☐damaged ☐rotted ☐cracked

**SOFFITS (EAVES)**    ☒GOOD    ☐NEEDS ATTENTION    ☐NOT VISIBLE    ☐NOT PRESENT    ☐SEE COMMENT # _____

☐Maintenance is required. It is recommended the soffits be painted.

☐Repairs are necessary. One or more sections of soffit are ☐loose ☐damaged ☐ has missing screen(s) ☐ has open gaps ☐rotted

**BULKHEAD**    ☒GOOD    ☐NEEDS ATTENTION    ☐NOT VISIBLE    ☐NOT PRESENT    ☐SEE COMMENT # _____

☐Maintenance is required. It is recommended the bulkhead be painted.

☐Repairs are necessary because the bulkhead door ☐is rusted through ☐is rotted ☐does not open and close properly ☐appears to be leaking water into the basement ☐is not securely attached ☐ has open gaps ☐ has a cracked or deteriorated foundation

**HOSE BIBB(S)**    ☒GOOD    ☒NEEDS ATTENTION    ☐NOT VISIBLE    ☐NOT PRESENT    ☒SEE COMMENT # ___1___

☒One or more hose bibb(s) (outside water faucets) were ☒not on ☐ not readily accessible and could not be inspected.

**COMMENTS:** *#1 - FRONT VALVE DOES NOT WORK - REPAIR*

EXHIBIT 19

CLIENT # 09402

☐Repairs are required because one or more hose bibbs ☐ are leaking/dripping ☐ has missing or broken handles.

OIL TANK FILL & VENT   ☒GOOD   ☐NEEDS ATTENTION   ☐NOT VISIBLE   ☐NOT PRESENT   ☐SEE COMMENT # _____

☐The oil tank fill and/or vent line cap is missing and should be replaced. Immediate attention.

☐ The oil fill and or vent pipes are not properly installed. Immediate attention.

☐There is evidence of oil leakage from the fill and/or vent pipes. This is a potentially serious environmental concern and requires immediate attention and further evaluation.

ELECTRICAL OUTLETS,   ☒GOOD   ☐NEEDS ATTENTION   ☐NOT VISIBLE   ☐NOT PRESENT   ☐SEE COMMENT # _____
WIRING AND SWITCHES

☐One or more exterior electric outlets are defective and hazardous for the following reasons. Immediate attention is required. Use may result in electric shock and severe injury. ☐The cover is ☐ missing ☐ defective ☐ not water-resistant. ☐ The outlet is physically damaged. ☐The outlet is a grounding type but there is no ground installed. The outlet should either be grounded or replaced with a non-grounding outlet ☐The outlet is wired with "reversed polarity" (the wires connected to the outlet are reversed) ☐One or more exterior outlets are not securely fastened to a structural component.

☐It is strongly suggested you consider replacing the ungrounded exterior electrical outlets with grounded outlets to improve the safety of these devices. Ungrounded outlets, especially in this location, can be hazardous and result in serious injury or death.

☐Electric wiring that comes out of the house to one or more exterior outlets or fixtures is exposed to possible damage. It must be properly protected for safety. Immediate attention.

☐There are exposed wiring connections on the exterior of the building. Immediate attention.

☐Wiring between the main building and one or more out buildings is hazardous. Immediate attention.

GFCI(S)   ☒GOOD   ☐NEEDS ATTENTION   ☐NOT VISIBLE   ☐NOT PRESENT   ☐SEE COMMENT # _____

☒The GFCI(S) protecting the electric outlets in this area are located in: ☒the outlet (s) ☐a bathroom ☐the electric service panel ☐ garage ☒ kitchen ☐ basement ☐_____

☐The GFCI outlet(s) are defective. Immediate attention is necessary for the following reason(s): ☐When the GFCI was tripped the power to the outlet was not interrupted ☐The GFCI outlet did not trip when tested ☐ The GFCI was tripped and would not reset

☐It is strongly recommended Ground Fault Circuit Interrupters (GFCI's) be installed to protect all exterior, basement, garage, bathroom, and countertop electrical outlets to help prevent electrical shock and possible electrocution. Please see the GFCI brochure included with your inspection packet.

## CENTRAL AIR CONDITIONING SYSTEM (COMPRESSOR)

A CENTRAL AIR CONDITIONING COMPRESSOR IS PRESENT FOR THIS HOME ☐YES ☒NO

☐THE CENTRAL AIR CONDITIONING SYSTEM COULD NOT BE TESTED DUE TO PREVAILING WEATHER CONDITIONS. ATTEMPTING TO OPERATE THE UNIT UNDER THIS CONDITIONS COULD CAUSE PERMANENT AND MAJOR DAMAGE TO THE COMPRESSOR UNIT. ONLY A VISUAL INSPECTION WAS PERFORMED.

☐ The compressor was covered and was not visible for inspection.

UNIT #1 MANUFACTURER: _____

MAX FUSE/CIRCUIT BREAKER _____AMPS   MINIMUM CIRCUIT AMPACITY _____AMPS
☐ Some or all of the above information was not available because the manufacturer information tag is: ☐ missing ☐ not visible ☐ not legible

UNIT #2 MANUFACTURER: _____

COMMENTS: _____

_____
_____
_____
_____

RESIDENTIAL ENGINEERING SERVICES, LLC   (860-643-6247)   PAGE 9
© 2002 William F. Neal   Residential Engineering Services, LLC   rev 3.00

EXHIBIT 19

CLIENT # 09402

MAX FUSE/CIRCUIT BREAKER _____AMPS    MINIMUM CIRCUIT AMPACITY _____AMPS
☐ Some or all of the above information was not available because the manufacturer information tag is: ☐ missing ☐ not visible ☐ not legible

TYPE: ☐AIR COOLED  ☐WATER COOLED  ☐SPLIT  ☐SELF-CONTAINED    ENERGY SOURCE: ☐ELECTRICITY    ☐GAS

EXTERIOR DISCONNECT  ☐GOOD    ☐NEEDS ATTENTION    ☐NOT VISIBLE    ☐NOT PRESENT    ☐SEE COMMENT # _____

☐The exterior electric disconnect is not secured from entry and possible shock hazard. Immediate attention.

☐Immediate attention is required because the disconnect ☐is damaged ☐not water resistant ☐cover is missing ☐not attached to structure

COMPRESSOR MOTOR    ☐GOOD    ☐NEEDS ATTENTION    ☐NOT VISIBLE    ☐NOT PRESENT    ☐SEE COMMENT # _____

☐The compressor motor is noisy or has excessive vibration. Repair and further evaluation is required.

COMPRESSOR MOUNTING☐GOOD    ☐NEEDS ATTENTION    ☐NOT VISIBLE    ☐NOT PRESENT    ☐SEE COMMENT # _____

☐Repairs are necessary because ☐The compressor is not on a stable base.    ☐The compressor is not level within 5 degrees.

EXTERIOR SUCTION LINE ☐GOOD    ☐NEEDS ATTENTION    ☐NOT VISIBLE    ☐NOT PRESENT    ☐SEE COMMENT # _____

☐ Repairs are necessary because ☐The suction line is ☐ not insulated ☐ has deteriorated insulation.

REFRIGERANT LINE    ☐GOOD    ☐NEEDS ATTENTION    ☐NOT VISIBLE    ☐NOT PRESENT    ☐SEE COMMENT # _____

☐Ice was found on the refrigerant line. The air conditioning system is not operating properly. Repair and further evaluation is necessary.

HEAT REJECTION FINS    ☐GOOD    ☐NEEDS ATTENTION    ☐NOT VISIBLE    ☐NOT PRESENT    ☐SEE COMMENT # _____

☐Maintenance is required because the heat rejection fins are ☐ excessively bent or distorted ☐ plugged/dirty ☐ covered by plants/shrubbery ☐ blocked by stored goods. This will interfere with the performance and proper operation of the unit.

---

## ELECTRICAL SERVICE

☐THIS IS A CONDOMINIUM OR OTHER MULTI-FAMILY DWELLING UNIT WHERE PART OF THE ELECTRIC SERVICE INCLUDING THE METER, SERVICE DISCONNECT, AND/OR SOME OR ALL OF THE GROUNDING MAY BE LOCATED AT A REMOTE LOCATION. IT THEREFORE WAS NOT OBSERVED OR INSPECTED AS A PART OF THIS REPORT.

THE ELECTRIC SERVICE IS:  ☐OVERHEAD    ☒UNDERGROUND

SERVICE WIRING    ☒GOOD    ☐NEEDS ATTENTION    ☐NOT VISIBLE    ☐NOT PRESENT    ☐SEE COMMENT # _____

☐The service drop and entrance cable is not securely fastened to the structure of the house. The cable should be fastened no more than 12" from the weatherhead and a minimum of every 4 ½' between the weatherhead and the meter. Immediate attention.

☐The entrance cable (from the weather-head to the electric meter) is deteriorated or otherwise damaged. Immediate attention.

☐The service drop (wires from the street to your house) is being interfered with by trees or shrubbery. Immediate attention
YOU SHOULD NEVER ATTEMPT TO CLEAR TREE LIMBS FROM AROUND THE SERVICE DROP WHILE THE POWER IS ON!

☐The service drop is not installed properly and is therefore hazardous and requires immediate attention for the following reason(s): ☐It should be at least 10' above finished grade ☐It should be at least 3' from doors and windows    ☐It should be at least 8' above flat roofs    ☐It should be at least 3' above pitched roofs    ☐It should be at least 12' above driveways

☐The seal between the ☐ service cable and the electric meter box ☐ entrance cable and the wall is deteriorated. Immediate attention.

ELECTRIC METER    ☒GOOD    ☐NEEDS ATTENTION    ☐NOT VISIBLE    ☐NOT PRESENT    ☐SEE COMMENT # _____

Note: The meter socket was not accessible nor was it inspected.

**COMMENTS:** _____

_____

_____

_____

**RESIDENTIAL ENGINEERING SERVICES, LLC    (860-643-6247)    PAGE 10**
© 2002 William F. Neal  Residential Engineering Services, LLC  rev 3.00

EXHIBIT 19

☐ The electric meter ☐ is not securely attached to the structure. ☐ box is rusted and/or damaged  Immediate attention.

SERVICE CAPACITY ☒ GOOD  ☐ NEEDS ATTENTION  ☐ NOT VISIBLE  ☐ NOT PRESENT  ☐ SEE COMMENT # _____

☐ The main protection of the electric service exceeds the capacity of the system. This is a very hazardous condition that requires immediate attention. See below for details.

THE SERVICE VOLTAGE IS: ☐ 120 VOLTS  ☒ 240 VOLTS

THE SERVICE AMPERAGE IS: ☐ 60 AMPS  ☐ 100 AMPS  ☐ 125 AMPS  ☐ 150 AMPS  ☒ 200 AMPS  ☐ _____ AMPS

THE SERVICE CONDUCTOR IS: ☐ COPPER  AWG: ☐ 8 (60A) ☐ 4 (100A) ☐ 2 (125A) ☐ 1 (150A) ☐ 1/0 (175A) ☐ 2/0 (200A)
☒ ALUMINUM  AWG: ☐ 6 (60A) ☐ 2 (100A) ☐ 1/0 (125A) ☐ 2/0 (150A) ☐ 3/0 (175A) ☒ 4/0 (200A)

COMPONENT AMPACITY: METER  ☐ 100 AMPS  ☒ 200 AMPS
SERVICE PANEL  ☐ 30 AMPS  ☐ 60 AMPS  ☐ 100 AMPS  ☐ 125 AMPS  ☐ 150 AMPS  ☒ 200 AMPS
MAIN PROTECTION  ☐ 30 AMPS  ☐ 60 AMPS  ☐ 100 AMPS  ☐ 125 AMPS  ☐ 150 AMPS  ☒ 200 AMPS

MAIN DISCONNECT(S): ☒ GOOD  ☐ NEEDS ATTENTION  ☐ NOT VISIBLE  ☐ NOT PRESENT  ☐ SEE COMMENT # _____

THE MAIN SERVICE DISCONNECT(S) ARE LOCATED: ☒ AT THE MAIN SERVICE PANEL  ☐ AT ONE OR MORE SUB SERVICE PANELS ☐ AT THE ELECTRIC METER  ☐ IN THE GARAGE  ☐ AT AN UNKNOWN REMOTE LOCATION  ☐ _____

NUMBER OF SERVICE DISCONNECTS: ☒ 1  ☐ 2  ☐ 3  ☐ 4  ☐ 5  ☐ 6  ☐ ____

☐ NOTE: There is more than one disconnect in this electric system. That means throwing the "Main" circuit breaker or pulling the "main" fuse *does not* shut of the power in this dwelling. The number of disconnects is listed above, and you have been shown or had described to you, where they are.

☐ One or more service disconnects requires immediate attention because ☐ it is not labeled ☐ it is not readily accessible ☐ it is missing ☐ it is defective ☐ it is damaged ☐ the cover missing ☐ the panel or cover is not secured  ☐ it is otherwise in a hazardous condition

☐ The main disconnect is located at a remote central location. It is strongly recommended you familiarize yourself with the location and operation of the main disconnect.

☐ There are too many disconnects. This is hazardous and requires immediate attention..

☐ All of the disconnects are not located in one physical location. This is hazardous and requires immediate attention.

☐ Rust ☐ corrosion ☐ water was found inside the main disconnect panel. This is a *very* hazardous condition that can result in a fire. Immediate attention and further evaluation are necessary.

☐ Immediate attention is required because the main disconnect panel cover: ☐ is not securely attached ☐ has improper fasteners ☐ is damaged

## MAIN SERVICE PANEL

IS LOCATED IN THE ☒ BASEMENT  ☐ GARAGE  ☐ EQUIPMENT ROOM  ☐ _____

THE MAIN SERVICE PANEL HAS __21__ 120 VOLT CIRCUITS AND __3__ 240 VOLT CIRCUITS CURRENTLY BEING USED

THE MAIN SERVICE PANEL WIRING IS PROTECTED BY ☒ CIRCUIT BREAKERS  ☐ FUSES  ☐ BOTH

APPROXIMATE PERCENTAGE OF WIRING *AT THIS PANEL* THAT IS:

NON-METALLIC SHEATHED __100__% BX _____% CONDUIT _____% KNOB & TUBE _____% UNKNOWN _____%

MAIN SERVICE PANEL  ☒ GOOD  ☐ NEEDS ATTENTION  ☐ NOT VISIBLE  ☐ NOT PRESENT  ☐ SEE COMMENT # _____

☐ The electric panel was not accessible for inspection
☐ The panel cover could not be removed for inspection.

COMMENTS: _____

EXHIBIT 19

CLIENT # 09402

☐ Some or all of the solid conductor wiring in the main service panel is made of aluminum. Under some circumstances aluminum wiring can be dangerous. It is especially important *all* repair work involving aluminum wiring *including the replacements of outlets, switches, etc.*, be performed by a licensed electrician. Under no circumstances should the homeowner attempt to do *any* work involving aluminum wiring. You may wish to consult with a licensed electrician for further evaluation.

☐ Aluminum wiring is connected to circuit breakers that are not visibly labeled for this use. Further evaluation by a licensed electrician is necessary.

☐ Rust ☐ corrosion ☐ water was found inside the circuit breaker panel or fuse box. This is a *very* hazardous condition that can result in a fire. Immediate attention and further evaluation are necessary.

☐ Evidence of overheating was observed inside the panel. Immediate attention is necessary.

☐ Immediate attention is required because the following improper wiring practice(s) are present in the electric panel: ☐ Main disconnect is double tapped ☐ One or more triple taps is present ☐ One or more two pole circuits is double tapped ☐ One or more wires are loose ☐ two single pole breakers are being used as a double pole breaker ☐ One or more wires is too small for the circuit breaker or fuse it is connected to ☐ exposed terminals ☐ exposed wire connections ☐ shared ground neutral ☐ disconnected wires ☐ improperly clamped wires ☐ evidence of rodents

☐ *GFCI's (Ground Fault Circuit Interrupters) are located in the main service panel. They should be tested each month to insure they continue to provide protection to you and your family.

☐ Immediate attention is required because one or more GFCI circuit breakers are defective for the following reason(s): ☐ The GFCI outlet did not trip when tested ☐ The GFCI was tripped and would not reset

☐ Immediate attention is required because the main service panel cover: ☐ is not securely attached ☐ has improper fasteners ☐ is damaged

☐ One or more uncovered openings exist in the main panel. This presents a potential shock hazard. Immediate attention is required.

☐ A properly sized circuit breaker or fuse does not protect wiring between the main panel and one or more sub panels. This is a dangerous condition. Immediate attention is required.

## SUB PANEL(S)  ☐ YES  ☒ NO

☐ SUB PANEL # 1 IS LOCATED IN THE ☐ BASEMENT  ☐ GARAGE  ☐_____ , IS PROTECTED BY
☐ CIRCUIT BREAKERS  ☐ FUSES, AND HAS _____ 120 VOLT CIRCUITS AND _____ 240 VOLT CIRCUITS

☐ SUB PANEL # 2 IS LOCATED IN THE ☐ BASEMENT  ☐ GARAGE  ☐_____ , IS PROTECTED BY
☐ CIRCUIT BREAKERS  ☐ FUSES, AND HAS _____ 120 VOLT CIRCUITS AND _____ 240 VOLT CIRCUITS

☐ SUB PANEL # 3 IS LOCATED IN THE ☐ BASEMENT  ☐ GARAGE  ☐_____ , IS PROTECTED BY
☐ CIRCUIT BREAKERS  ☐ FUSES, AND HAS _____ 120 VOLT CIRCUITS AND _____ 240 VOLT CIRCUITS

☐ SUB PANEL # 4 IS LOCATED IN THE ☐ BASEMENT  ☐ GARAGE  ☐_____ , IS PROTECTED BY
☐ CIRCUIT BREAKERS  ☐ FUSES, AND HAS _____ 120 VOLT CIRCUITS AND _____ 240 VOLT CIRCUITS

☐ SUB PANEL # 5 IS LOCATED IN THE ☐ BASEMENT  ☐ GARAGE  ☐_____ , IS PROTECTED BY
☐ CIRCUIT BREAKERS  ☐ FUSES, AND HAS _____ 120 VOLT CIRCUITS AND _____ 240 VOLT CIRCUITS

☐ SUB PANEL # 6 IS LOCATED IN THE ☐ BASEMENT  ☐ GARAGE  ☐_____ , IS PROTECTED BY
☐ CIRCUIT BREAKERS  ☐ FUSES, AND HAS _____ 120 VOLT CIRCUITS AND _____ 240 VOLT CIRCUITS

SUB PANEL(S)        ☐ GOOD    ☐ NEEDS ATTENTION    ☐ NOT VISIBLE    ☐ NOT PRESENT    ☐ SEE COMMENT # _____

APPROXIMATE PERCENTAGE OF WIRING *AT THIS PANEL* THAT IS:

NON-METALLIC SHEATHED _____% BX _____% CONDUIT _____% KNOB & TUBE _____% UNKNOWN _____%

☐ One or more sub panels was not accessible for inspection
( SUB PANEL # 1☐ 2☐ 3☐ 4☐ 5☐ 6☐)

☐ One or more sub panel covers could not be removed for inspection.
( SUB PANEL # 1☐ 2☐ 3☐ 4☐ 5☐ 6☐)

**COMMENTS:** _____

_____

_____

_____

EXHIBIT 19

CLIENT # 09402

☐Some or all of the solid conductor wiring in a sub panel is made of aluminum. Under some circumstances aluminum wiring can be dangerous. It is especially important *all* repair work involving aluminum wiring *including the replacements of outlets, switches, etc.*, be performed by a licensed electrician. Under no circumstances should the homeowner attempt to do *any* work involving aluminum wiring. You may wish to consult with a licensed electrician for further evaluation.
( SUB PANEL # 1☐  2☐  3☐  4☐  5☐  6☐)

☐Aluminum wiring is connected to circuit breakers that are not visibly labeled for this use. Further evaluation by a licensed electrician is necessary.
( SUB PANEL # 1☐  2☐  3☐  4☐  5☐  6☐)

☐Rust ☐ corrosion ☐ water was found inside a sub panel. This is a *very* hazardous condition that can result in a fire. Immediate attention and further evaluation are necessary.
( SUB PANEL # 1☐  2☐  3☐  4☐  5☐  6☐)

☐Evidence of overheating was observed inside a sub panel. Immediate attention is necessary.
( SUB PANEL # 1☐  2☐  3☐  4☐  5☐  6☐)

☐Immediate attention is required because the following improper wiring practice(s) are present in a sub panel: ☐ Main disconnect is double tapped ☐ One or more triple taps is present ☐ One or more two pole circuits is double tapped ☐ One or more wires are loose ☐ two single pole breakers are being used as a double pole breaker ☐One or more wires is too small for the circuit breaker or fuse it is connected to ☐exposed terminals ☐ exposed wire connections ☐shared ground neutral ☐disconnected wires ☐improperly clamped wires ☐evidence of rodents
( SUB PANEL # 1☐  2☐  3☐  4☐  5☐  6☐)

☐*GFCI's (Ground Fault Circuit Interrupters) are located in one or more sub panels. They should be tested each month to insure they continue to provide protection to you and your family.
( SUB PANEL # 1☐  2☐  3☐  4☐  5☐  6☐)

☐Immediate attention is required because one or more GFCI circuit breakers are defective for the following reason(s): ☐The GFCI outlet did not trip when tested ☐ The GFCI was tripped and would not reset
( SUB PANEL # 1☐  2☐  3☐  4☐  5☐  6☐)

☐Immediate attention is required because a sub panel cover: ☐ is not securely attached ☐ has improper fasteners ☐is damaged
( SUB PANEL # 1☐  2☐  3☐  4☐  5☐  6☐)

☐One or more uncovered openings exist in one or more sub panels. This presents a potential shock hazard. Immediate attention is required.
( SUB PANEL # 1☐  2☐  3☐  4☐  5☐  6☐)

## GROUNDING

GROUNDING          ☑GOOD    ☐NEEDS ATTENTION    ☐NOT VISIBLE    ☐NOT PRESENT    ☐SEE COMMENT # _____

NOTE: ONLY THE FACT THAT GROUNDING IS OR IS NOT PRESENT IS REPORTED.   WE CANNOT DETERMINE THE LENGTH, SIZE, DEPTH OR ANY OTHER CHARACTERISTIC OF BURIED GROUNDING RODS OR CONDUCTORS.

☐There is no visible ground for this electric service. This is a hazardous condition and immediate attention is required.

☐The ground is in need of attention for the following reason(s) ☐ The ground wire/clamp is loose ☐The ground wire/clamp is deteriorated ☐The ground wire/clamp is disconnected. This is a hazardous condition that requires immediate attention.

☒The electric service is grounded to the earth outside the building.

☐The electric service is grounded to the earth inside the building.

☒The electric service is grounded to the water supply piping.

☐The electric service ground to the water supply system has a jumper across the water meter.

☐The grounding does not meet modern standards of safety. It is recommended the grounding be updated for increased safety.

☐One or more non-metallic components in the plumbing system has interrupted complete grounding of the cold water plumbing. A jumper(s) should be installed to complete the grounding. This requires immediate attention.

## GENERAL ELECTRIC SERVICE OBSERVATIONS

COMMENTS: _____

_____

_____

_____

EXHIBIT 19

CLIENT # 09402

[X] THE ELECTRIC SERVICE APPEARS TO BE OPERATING SATISFACTORILY.

[ ] THE ELECTRIC SERVICE IS NOT IN A SAFE CONDITION AND REPAIRS ARE REQUIRED FOR SAFETY.
(See above electrical sections of the report for specific details)

[ ] The electric service may be undersized for modern living. You may wish to update and / or expand the electric service to this home.

[ ] There does not appear to be 20-amp service provided to the kitchen. If so, this may be an inconvenience you may wish to have corrected.

[ ] The electric system is in general antiquated and not up to modern standards. It is very strongly recommended you update this system for improved performance and safety.

SUGGESTIONS:

IT IS RECOMMENDED THAT THE AREA IN FRONT OF AND AROUND THE MAIN AND SUB ELECTRICAL PANELS BE KEPT CLEAR AND ACCESSIBLE AT ALL TIMES (AN AREA 36" WIDE AND 30" DEEP *MUST* BE KEPT CLEAR IN FRONT OF THE PANEL AT ALL TIMES).

IT IS RECOMMENDED THAT ALL CIRCUITS BREAKERS AND/OR FUSES BE LABELED TO CLEARLY SHOW WHAT ROOMS, APPLIANCES, EQUIPMENT, ETC. ARE SERVICED BY EACH CIRCUIT.

IT IS RECOMMENDED THAT CIRCUIT BREAKERS BE TESTED EVERY SIX MONTHS BY TURNING THEM OFF AND THEN BACK ON AGAIN.

IT IS RECOMMENDED THAT GFCI (GROUND FAULT CIRCUIT INTERRUPTERS) RECEPTACLES & CIRCUIT BREAKERS THROUGHOUT THE HOME BE TESTED MONTHLY TO INSURE THEY CONTINUE TO PROVIDE PROTECTION TO YOU AND YOUR FAMILY

## OIL TANK & LINES

OIL TANK PRESENT? [X] Yes    [ ] No

OIL TANK          [X] GOOD    [ ] NEEDS ATTENTION   [X] NOT VISIBLE   [ ] NOT PRESENT   [ ] SEE COMMENT # _____

[X] The oil tank is not completely visible for inspection – only those parts visible/accessible were inspected.
Approximately [ ] 0-20%   [ ] 20-40%   [X] 40-60%   [ ] 60-80%   [ ] 80-100% of the tank is visible. The remainder is blocked by
[X] walls  [ ] debris  [X] stored goods  [ ] soil  [ ]_____

[ ] This home has an abandoned oil tank in it. It is recommended that the tank and any remaining oil be removed from the home.

[X] The capacity of the oil tank is [X] 275 gallon   [ ] 330 gallon   [ ] 2-275 gallon   [ ] 2-330 gallon   [ ]_____

[ ] The oil tank has been patched or repaired. It is recommended the tank be checked annually by your oil company to insure no leaks occur.

[ ] The oil tank has been patched or repaired. The repair or patch is defective and requires immediate attention.

[ ] The oil tank is leaking or appears to be leaking. This requires immediate attention and further evaluation.

[ ] The fill and/or vent plumbing is leaking an excessive amount of oil. This requires immediate attention.

[ ] The fill and/or vent plumbing show evidence of oil leakage in the past. Monitoring is recommended.

[ ] Oil is present on the floor under the tank. The source of the oil should be identified and all spilled oil cleaned up. This requires immediate attention and further evaluation.

[ ] The oil tank is rusty – it is recommended it be maintained by scraping and painting to prevent deterioration and possible leakage.

[ ] This building  [ ] has   [ ] may have a tank containing fuel oil for the heating system that is buried under the ground. You should be aware that you may be held liable for any environmental damage caused by leaks from this tank. We recommend the tank be removed immediately. You should consult with town officials before doing any work.

OIL TANK GAUGE          [X] GOOD    [ ] NEEDS ATTENTION   [ ] NOT VISIBLE   [ ] NOT PRESENT   [ ] SEE COMMENT # _____

COMMENTS: _____

_____

_____

_____

RESIDENTIAL ENGINEERING SERVICES, LLC   (860-643-6247)    PAGE 14
© 2002 William F. Neal   Residential Engineering Services, LLC   rev 3.00

EXHIBIT 19

CLIENT # 09402

☐The gauge is ☐missing – recommend one be installed    ☐defective and should be repaired    ☐ leaking and requires immediate attention

OIL TANK FILTER    ☒GOOD    ☐NEEDS ATTENTION    ☐NOT VISIBLE    ☐NOT PRESENT    ☐SEE COMMENT # _____

☐The oil filter is missing. One should be installed for better and more reliable operation of the heating system.

☐The ☐ oil filter ☐ fittings appears to be dripping/leaking an excessive amount of oil. Immediate attention is required.

OIL LINE FROM TANK    ☒GOOD    ☐NEEDS ATTENTION    ☒NOT VISIBLE    ☐NOT PRESENT    ☐SEE COMMENT # _____
Note: Only the visible portions of the oil line can be reported on. Those sections that are buried, encased in conduit, or otherwise not visible were not inspected.

☐The oil line from the oil tank to the furnace or boiler should be protected to prevent the oil line from being mechanically damaged. The oil line in this building is **not** protected. Immediate attention is required.

☐The oil line is ☐ damaged ☐ crushed ☐ corroded ☐ leaking  Immediate attention is required.

OIL THERMAL VALVE    ☒GOOD    ☐NEEDS ATTENTION    ☐NOT VISIBLE    ☐NOT PRESENT    ☐SEE COMMENT # _____

☐ One or more valves are leaking. Immediate attention is required.

☐ There is not a thermal valve, which is a safety device, installed in the oil line. It is recommended that thermal valves be installed for safety.

☐ The thermal valve(s) are an outdated type. It is recommended that a modern thermal valve be installed for safety.

## CENTRAL HEATING SYSTEM

**IT IS STRONGLY RECOMMENDED ALL OIL, GAS, WOOD, AND COAL FIRED COMBUSTION APPLIANCES BE CHECKED ONCE A YEAR BY A LICENSED PROFESSIONAL TECHNICIAN. IT IS ALSO VERY STRONGLY URGED THAT CARBON MONOXIDE DETECTORS BE INSTALLED TO PROTECT YOU AND YOUR FAMILY FROM A POTENTIAL DANGER.**

☐ This home is heated by a centrally located heating unit, which is shared with other dwellings. This unit was not evaluated or inspected. Only the peripheral components within this home were observed and reported on.

☐ The central heating system is a multi-fuel appliance. We have made a visual inspection only of the components that use solid fuel (wood, coal, etc.)

UNIT # 1 MAKE ___SLANT FIN___ BTU RATING ___151,000___ BTU/HR

UNIT # 2 MAKE _____ BTU RATING _____ BTU/HR

UNIT # 3 MAKE _____ BTU RATING _____ BTU/HR

UNIT # 4 MAKE _____ BTU RATING _____ BTU/HR

ESTIMATED AGE ☐ 0-5 ☒ 5-10 ☐ 10-15 ☐ 15-20 ☐ 20+ YEARS

PRINCIPAL ENERGY SOURCE: ☒Oil ☐Natural Gas ☐Propane ☐Electric* ☐_____
*The condition and function of electric baseboard or electric radiant heating units is reported on by location later in this report.

OIL PUMP    ☒GOOD    ☐NEEDS ATTENTION    ☐NOT VISIBLE    ☐NOT PRESENT    ☐SEE COMMENT # _____

COMMENTS: _____
_____
_____
_____

RESIDENTIAL ENGINEERING SERVICES, LLC  (860-643-6247)    PAGE 15
© 2002 William F. Neal  Residential Engineering Services, LLC  rev 3.00

EXHIBIT 19

CLIENT # 09402

☐ The oil pump is ☐ excessively noisy and/or vibrating. Repairs are necessary and replacement may be required.

☐ The oil pump is leaking oil. Immediate attention is required.

OIL THERMAL VALVE ☑ GOOD ☐ NEEDS ATTENTION ☐ NOT VISIBLE ☐ NOT PRESENT ☐ SEE COMMENT # _____

☐ One or more valves are leaking. Immediate attention is required.

☐ There is not a thermal valve, which is a safety device, installed in the oil line. It is recommended that thermal valves be installed for safety.

☐ The thermal valve(s) are an outdated type. It is recommended that a modern thermal valve be installed for safety.

GAS SUPPLY PIPING ☐ GOOD ☐ NEEDS ATTENTION ☐ NOT VISIBLE ☑ NOT PRESENT ☐ SEE COMMENT # _____

☐ One or more gas leaks was found. Immediate attention is required.

☐ One or more gas lines is improperly installed. Immediate attention is required.

DRAFT CONTROL ☑ GOOD ☐ NEEDS ATTENTION ☐ NOT VISIBLE ☐ NOT PRESENT ☐ SEE COMMENT # _____

Draft control is provided by: ☐ A draft hood ☑ A barometric damper ☐ A direct vent ☐ A power vent ☐ _____

☐ A draft hood and power vent provides draft control without a spill switch. Immediate attention is required.

☐ The draft control mechanism is damaged or improperly installed. Immediate attention is required.

☐ The direct vent unit is: ☐ noisy ☐ vibrating ☐ corroded ☐ leaking water ☐ not operating properly. Repairs are necessary.

☐ There is no barometric draft damper installed in this oil fired system. It is strongly urged your oil or heating contractor review the installation and add a draft damper if one is required.

☐ The barometric draft damper has been sealed or fixed in the shut position. Repairs are necessary.

VENTING AND FLUE ☑ GOOD ☐ NEEDS ATTENTION ☐ NOT VISIBLE ☐ NOT PRESENT ☐ SEE COMMENT # _____

☐ This heating system does not appear to be venting properly. Spillage of combustion products from the system was observed. Immediate attention is required.

☐ A wood or coal fired appliance is connected to the same flue as an oil or gas fired appliance. Immediate attention is required.

☐ The vent (or smoke) pipe is ☐ rusty ☐ damaged ☐ unsound ☐ too close to combustible surfaces ☐ not supported properly ☐ not mechanically fastened at the joints ☐ improperly pitched ☐ improperly installed ☐ not adequate for the appliance it is installed on Immediate attention is required.

☐ There is active water leakage from the chimney or other venting system. Repairs and further evaluation are required.

☐ There is evidence of past water leakage from the chimney or other venting system. Further evaluation and monitoring is necessary.

THIMBLE CONNECTION ☑ GOOD ☐ NEEDS ATTENTION ☐ NOT VISIBLE ☐ NOT PRESENT ☐ SEE COMMENT # _____

☐ The thimble connection (where the smoke pipe from the heating unit enters the chimney) is in poor condition. It should be resealed to help insure safe and efficient operation of your heating system. Repair is necessary.

COMBUSTION CHAMBER/ ☐ GOOD ☐ NEEDS ATTENTION ☑ NOT VISIBLE ☐ NOT PRESENT ☐ SEE COMMENT # _____
BURNER

NOTE: The presence or absence of cracks, holes, and other defects in a hot air furnace heat exchanger cannot be guaranteed by this type of inspection, which does _not_ include disassembly of the furnace. During the inspection process we looked for common indications of problems with heat exchangers, but cannot guarantee there are no defects.

☐ Gas ignition is by means of ☐ a pilot light. ☐ an electronic device.

COMMENTS: _____

_____

_____

RESIDENTIAL ENGINEERING SERVICES, LLC (860-643-6247) PAGE 16
© 2002 William F. Neal Residential Engineering Services, LLC rev 3.00

EXHIBIT 19

☐The gas flame color is blue, indicating normal operation and proper adjustment of the burners.

☐The gas flame color is yellow.  **A yellow flame is very hazardous. Immediate attention is required.**

☐Excessive rust or other debris is present on the gas burners. An immediate cleaning is strongly recommended.

☐ The combustion chamber is: ☐ rusted ☐ corroded ☐leaking ☐ dirty ☐deteriorated ☐ cracked ☐ burned through
    Recommended action(s): ☐ Immediate Attention ☐ Repair ☐ Maintenance ☐ Monitor ☐ Further Evaluation

COMBUSTION AIR SUPPLY    ☒GOOD    ☐NEEDS ATTENTION    ☐NOT VISIBLE    ☐NOT PRESENT    ☐SEE COMMENT # _____

☐The heating system, water heater, and /or some other combustion appliance in this building are installed in an enclosed space. The absolute necessity of providing enough combustion air to prevent deadly carbon monoxide from entering the living space has been explained to you. You _must_ take care to insure the means of supplying air (ducts, louvers, grills, etc. – which have been shown to you) to this enclosure remain open at all times. Before _any_ modifications are made to this enclosure you should consult with a licensed engineer or the town building department. It is _strongly_ recommended a carbon monoxide detector be installed.

☐The heating system, water heater, and /or some other combustion appliance in this building are installed in an enclosed space. The absolute necessity of providing enough combustion air to prevent deadly carbon monoxide from entering the living space has been explained to you. _**There does not appear to be an adequate supply of air to this enclosure. This is a potentially deadly situation and should be        rectified immediately.**_ Before _any_ modifications are made to this enclosure you should consult with a licensed engineer or the town building department. It is _strongly_ recommended a carbon monoxide detector be installed immediately and remain in place even after appropriate corrections to the air supply have been made. Consult a licensed heating contractor _and_ the town building department for the proper steps to take to rectify this problem.

**PRINCIPAL HEAT TRANFER MEDIUM:** ☒Water  ☐Steam  ☐Air  ☐**Hydro-Air Hybrid**
**PRINCIPAL HEAT TRANSFER MECHANISM:** ☒Convection  ☐Direct Air  ☐Radiant  ☐_____

☐This heating system is a hybrid system using a warm air furnace in combination with a ☐ hot water boiler or a ☐ water heater. Please refer to the appropriate sections of this report for the details and condition of the system components.

☐This heating system is a convection or "gravity" feed system which is very antiquated and no longer used. This type of system is very inefficient, slow to respond, and it is sometimes difficult to provide uniform heat to each room. You may wish to install a new heating system for decreased energy costs, convenience, and comfort.

THIS HEATING SYSTEM HAS ___3___ HEATING ZONES CONTROLLED BY INDIVIDUAL THERMOSTATS

THERE ARE __3__ ZONE VALVES, __1__ CIRCULATOR PUMPS, __0__ AIR DAMPERS, __0__ BLOWERS CONTROLLING THE HEATING ZONES

AUTOMATIC FILL VALVE ☒GOOD    ☐NEEDS ATTENTION    ☐NOT VISIBLE    ☐NOT PRESENT    ☐SEE COMMENT # _____

☐The valve is ☐leaking  ☐corroded  ☐may be defective  ☐lever is missing/broken    Repairs are necessary.

MANUAL FILL VALVE    ☒GOOD    ☐NEEDS ATTENTION    ☐NOT VISIBLE    ☐NOT PRESENT    ☐SEE COMMENT # _____

☐The valve is ☐leaking  ☐corroded  ☐may be defective  ☐handle is missing/broken    Repairs are necessary.

BACKFLOW PREVENTER ☒GOOD    ☐NEEDS ATTENTION    ☐NOT VISIBLE    ☐NOT PRESENT    ☐SEE COMMENT # _____

☐The following condition(s) are present on the backflow preventer: ☐leaking  ☐corroded  ☐may be defective ☐ missing a discharge tube ☐ discharge tube does not extend to within 6 inches of the floor  Repairs are required.

☐ There is no backflow preventer installed on this system. It is recommended that one be installed for safety.

ZONE VALVES    ☒GOOD    ☐NEEDS ATTENTION    ☐NOT VISIBLE    ☐NOT PRESENT    ☐SEE COMMENT # _____

☐One or more zone valve(s) is ☐leaking  ☐corroded   ☐may be defective  Repairs are necessary.

CIRCULATOR PUMP(S)    ☐GOOD    ☒NEEDS ATTENTION    ☐NOT VISIBLE    ☐NOT PRESENT    ☐SEE COMMENT # _____

☒One or more circulator pump(s) is ☐corroded   ☐may be defective ☐ noisy ☐ leaking oil ☒leaking water    Repairs are necessary.

**COMMENTS:** _____

_____

_____

EXHIBIT 19

CLIENT # 09402

EXPANSION TANK  ☒GOOD  ☐NEEDS ATTENTION  ☒NOT VISIBLE  ☐NOT PRESENT  ☐SEE COMMENT # _____

☐The expansion tank is ☐ damaged ☐ leaking ☐rusted ☐ corroded ☐ may be filled with water  Repairs are necessary.

☐The expansion tank is an older type and may need to be replaced in the near future.

LOW WATER CUT-OFF  ☐GOOD  ☐NEEDS ATTENTION  ☐NOT VISIBLE  ☒NOT PRESENT  ☐SEE COMMENT # _____
Note: only a visual inspection of the low water cut-off is performed. It is not operated or adjusted.

☐ The low water cut-off is ☐leaking ☐corroded ☐rusted  Repairs are necessary.

GAUGE GLASS  ☐GOOD  ☐NEEDS ATTENTION  ☐NOT VISIBLE  ☒NOT PRESENT  ☐SEE COMMENT # _____

☐ The gauge glass: ☐is leaking ☐is cloudy ☐water level is too low ☐water level is too high  Repairs are necessary.

RELIEF VALVE  ☒GOOD  ☐NEEDS ATTENTION  ☐NOT VISIBLE  ☐NOT PRESENT  ☐SEE COMMENT # _____
Note: It is recommended that the relief valve be replaced at least every five years.

☐ The pressure relief ☐valve ☐ tag was not visible for inspection.

☐The pressure relief valve is defective for the following reason(s): ☐The discharge tube is too small in diameter ☐The discharge tube is not rigid ☐The discharge tube should extend to no more than 6" from the floor ☐The discharge tube is not self draining ☐The valve is not properly sized – it should be set at 30 PSI. (water) or 15 PSI (steam) ☐The discharge tube is missing ☐ appears to be more than 10 years old  Immediate attention is required.

☐The relief valve is dripping. This may be due to a defective relief valve, a defective water fill valve, or a defective expansion tank. Repair and further evaluation is required.

GAUGE (S)  ☒GOOD  ☐NEEDS ATTENTION  ☐NOT VISIBLE  ☐NOT PRESENT  ☐SEE COMMENT # _____

☐ The boiler ☐ pressure ☐ temperature is too ☐ high ☐ low  Repair and further evaluation is necessary.

☐The gauge on this boiler is defective because: ☐It may not register the proper temperature ☐It may not register the proper pressure ☐The glass is broken or missing ☐The hands are missing ☐It is not readable  Repairs and/or further evaluation is required.

TANKLESS COIL MIXING VALVE  ☒GOOD  ☐NEEDS ATTENTION  ☐NOT VISIBLE  ☐NOT PRESENT  ☐SEE COMMENT # _____
☐ The tankless coil does not have a mixing valve installed. A mixing valve is recommended to provide control of the hot water temperature for safety.
(A mixing valve is only necessary if a tankless coil is providing domestic hot water service to the home.)

☐ The mixing valve is: ☐ leaking ☐ corroded ☐ knob is missing  Repairs are necessary.

TANKLESS COIL FLANGE  ☒GOOD  ☐NEEDS ATTENTION  ☐NOT VISIBLE  ☐NOT PRESENT  ☐SEE COMMENT # _____

☐ The tankless coil flange is: ☐ leaking ☐ corroded ☐_____ Repairs are necessary.

PLUMBING FITTINGS, VALVES, & PIPING  ☐GOOD  ☒NEEDS ATTENTION  ☐NOT VISIBLE  ☐NOT PRESENT  ☐SEE COMMENT # _____
☒One or more leaks were noted in the heating system ☐ piping ☒ plumbing fittings ☐ valves ☒air vents. Repairs are necessary.

☒Corrosion was observed in in the heating system ☐ piping ☒ plumbing fittings ☐ valves ☒air vents. Repairs are necessary.

☐Temporary repairs have been made to the heating system plumbing. It is recommended that proper repairs be made as soon as possible and that these areas be monitored until repairs are made.

☐The heating system pipes are not properly supported. This may cause leaks and other damage to the plumbing system. Repairs are necessary.

FILTER  ☐GOOD  ☐NEEDS ATTENTION  ☐NOT VISIBLE  ☒NOT PRESENT  ☐SEE COMMENT # _____
Note: The filter should be checked monthly. A clean filter will protect the blower unit from damage and significantly reduce your energy costs.

☐The type of filter on this heating system is ☐a mesh or fiber filter ☐an electronic or electrostatic filter

COMMENTS: _____

RESIDENTIAL ENGINEERING SERVICES, LLC  (860-643-6247)  PAGE 18
© 2002 William F. Neal  Residential Engineering Services, LLC  rev 3.00

EXHIBIT 19

CLIENT # 09402

☐ The filter is in need of cleaning or replacement  Maintainence is required.

☐ The filter is not properly mounted and therefore cannot  filter properly.  Immediate attention is required.

☐ The filter is missing and should be added or replaced.  Immediate attention is required.

BLOWER            ☐ GOOD    ☐ NEEDS ATTENTION    ☐ NOT VISIBLE    ☒ NOT PRESENT    ☐ SEE COMMENT # _____

☐ The blower is noisy or has excessive vibration. Repair or replacement is necessary.

☐ The blower  is not operational.  Repair or replacement is necessary.

☐ The blower belt is defective or missing.   Repair or replacement is necessary.

DUCT WORK         ☐ GOOD    ☐ NEEDS ATTENTION    ☐ NOT VISIBLE    ☒ NOT PRESENT    ☐ SEE COMMENT # _____

☐ Portions of the ductwork are  ☐ missing    ☐ damaged    ☐ have open or poorly sealed connections.  ☐ Rusted  ☐ Not properly supported.  Repairs are necessary.

HUMIDIFIER        ☐ GOOD    ☐ NEEDS ATTENTION    ☐ NOT VISIBLE    ☒ NOT PRESENT    ☐ SEE COMMENT # _____
Note:  If you elect to use the humidifier, it must be serviced weekly to avoid health hazards and potential damage to your heating system.  Servicing includes cleaning and sterilization. Humidifiers are not tested as part of a home inspection.

☐ The humidifier was turned off at the time of inspection.
☐ The humidifier is:  ☐ inoperational  ☐ missing components   ☐ corroded  ☐ leaking  ☐ in need of servicing.  Repairs are required.

## GENERAL CENTRAL HEATING SYSTEM INFORMATION

ELECTRIC SERVICE     ☒ GOOD    ☐ NEEDS ATTENTION    ☐ NOT VISIBLE    ☐ NOT PRESENT    ☐ SEE COMMENT # _____

☐ The wiring to or at the heating system is in a hazardous condition.  Immediate attention is required.

☐ One or more electric system boxes are uncovered.  Covers should be provided immediately.

THERMAL SWITCH       ☒ GOOD    ☐ NEEDS ATTENTION    ☐ NOT VISIBLE    ☐ NOT PRESENT    ☐ SEE COMMENT # _____

☐ There is no thermal switch, which is a safety device installed for this system.  It is recommended one be installed for safety.

☐ The thermal switch is not located properly.  Immediate attention is required.

SERVICE SWITCH       ☒ GOOD    ☐ NEEDS ATTENTION    ☐ NOT VISIBLE    ☐ NOT PRESENT    ☐ SEE COMMENT # _____

☐ The service switch ☐ needs a cover  ☐ has exposed wires  ☐ is not working  ☐ is not properly secured. Immediate attention is required.

EMERGENCY SHUT OFF   ☒ GOOD    ☐ NEEDS ATTENTION    ☐ NOT VISIBLE    ☐ NOT PRESENT    ☐ SEE COMMENT # _____

☒ The emergency shut-off for this equipment is located:  ☒ in the stairwell    ☐ Outside the equipment room    ☐ _____

☐ The emergency switch ☐ needs a cover ☐ has exposed wires  ☐ is not working  ☐ is not properly secured. Immediate attention is required.

☐ There is no emergency shut-off switch installed for this oil fired heating system. Immediate attention is required.

☐ The emergency switch is not identified as an emergency switch.  It should have a red switch cover clearly with it's function clearly labeled.  Immediate attention is required.

☐ The emergency switch is not readily accessible or not properly located.  Immediate attention is required.

EXTERIOR             ☒ GOOD    ☐ NEEDS ATTENTION    ☐ NOT VISIBLE    ☐ NOT PRESENT    ☐ SEE COMMENT # _____

☐ Smoke and/or soot marks on the exterior of the heating system indicate current or past drafting problems. Further evaluation is necessary.

**COMMENTS:** _____

_____

_____

_____

EXHIBIT 19

CLIENT # 09402

☐ Heat marks on the exterior of the heating system indicate a potential problem. The heating system may be damaged now or may be damaged in the future. Further evaluation is required.

☐ Rust on the ☐ exterior ☐ interior of the heating system indicates possible internal or external leakage and possible damage to the unit. Further evaluation is required.

☐ Active water leakage is present on the exterior of the heating system. The unit may be damaged or become damaged in the future. Repair and further evaluation are required.

☐ Water is present on the floor beneath the heating system. The unit may now be damaged or become damaged. Further evaluation is required.

GENERAL COMMENTS

☐ Because of its ☐ age ☐ type of equipment ☐ general condition   the life expectancy of the heating system is limited. This system may need to be replaced in the near future.

☐ It is strongly recommended the heating system be serviced as soon as possible. Servicing is required because: ☐ Burning dirty   ☐ Not drafting properly   ☐ Not burning properly   ☐ Leaking water   ☐ Combustion chamber is dirty   ☐ In generally poor condition

☐ Materials that *may* contain asbestos were observed in the following locations: ☐ Thimble connection   ☐ On air ducts   ☐ On pipes ☐ Inside boiler/furnace   ☐ Outside boiler/furnace.   Please note: We are *not* a licensed asbestos abatement company and cannot determine if asbestos is or is not in fact present. No active search for asbestos was conducted nor are we qualified to conduct such a search. We make these observations of *possible* asbestos as a courtesy to you. Please read the asbestos warning at the beginning of this report for additional information.

☒ **THE CENTRAL HEATING SYSTEM OPERATED SATISFACTORILY DURING THIS INSPECTION**

☐ **THE CENTRAL HEATING SYSTEM DID NOT OPERATE SATISFACTORILY DURING THIS INSPECTION**

☐ **WE PERFORMED A VISUAL INSPECTION ONLY BECAUSE THE CENTRAL HEATING SYSTEM WAS NOT OPERATIONAL AT THE TIME OF THIS INSPECTION FOR THE FOLLOWING REASON(S):** ☐ **NO ELECTRICITY**   ☐ **NO OIL**   ☐ **NO GAS SERVICE**   ☐ **HAZARDOUS CONDITION**   ☐ **NO PILOT LIGHT** ☐ **WOULD NOT OPERATE FOR AN UNKNOWN REASON**

## CENTRAL AIR CONDITIONING SYSTEM (EVAPORATOR COILS & AIR HANDLER)

NOTE: THE EVAPORATOR COILS ARE NOT VISIBLE FOR A DIRECT INSPECTION. ONLY ANY EXTERIOR EVIDENCE OF THEIR CONDITION WILL BE REPORTED ON.

☐ This unit is shared with the central heating system. Please refer to that section of the report for additional details.

☐ **THE CENTRAL AIR CONDITIONING SYSTEM COULD NOT BE TESTED DUE TO PREVAILING WEATHER CONDITIONS. ATTEMPTING TO OPERATE THE UNIT UNDER THIS CONDITIONS COULD CAUSE PERMANENT AND MAJOR DAMAGE TO THE COMPRESSOR UNIT. ONLY A VISUAL INSPECTION WAS PERFORMED.**

FILTER                    ☐ GOOD   ☐ NEEDS ATTENTION   ☐ NOT VISIBLE   ☐ NOT PRESENT   ☐ SEE COMMENT # _____ The filter should be changed or cleaned monthly. A clean filter will protect the blower unit from damage and significantly reduce your energy costs. Please note that filters are not checked for proper operation as part of a home inspection.

☐ The type of filter on this heating system is ☐ a mesh or fiber filter   ☐ an electronic or electrostatic filter

☐ The filter is in need of cleaning or replacement  Maintainence is required.

☐ The filter is not properly mounted and therefore cannot filter properly. Repair is required.

☐ The filter is missing and should be added or replaced. Repair is required.

☐ The electrostatic filter: ☐ does not appear to be operating ☐ has no power to it ☐ _____

BLOWER                    ☐ GOOD   ☐ NEEDS ATTENTION   ☐ NOT VISIBLE   ☐ NOT PRESENT   ☐ SEE COMMENT # _____

COMMENTS: _____

_____

_____

_____

**RESIDENTIAL ENGINEERING SERVICES, LLC   (860-643-6247)    PAGE 20** © 2002 William F. Neal   Residential Engineering Services, LLC   rev 3.00

EXHIBIT 19

CLIENT # 09402

☐The blower ☐is noisy ☐has excessive vibration ☐is not operational ☐belt is defective ☐belt is missing. Repairs are necessary.

DUCT WORK          ☐GOOD     ☐NEEDS ATTENTION     ☐NOT VISIBLE     ☐NOT PRESENT     ☐SEE COMMENT #_____

☐Portions of the duct work are ☐missing   ☐damaged   ☐have open or poorly sealed connections. ☐ Rusted ☐ Not properly supported. Repairs are necessary.

CONDENSATE PUMP     ☐GOOD     ☐NEEDS ATTENTION     ☐NOT VISIBLE     ☐NOT PRESENT     ☐SEE COMMENT #_____

☐The condensate pump: ☐ is leaking ☐ is backing up ☐ discharge is not properly located. Repairs are necessary.

INTERIOR SUCTION LINE ☐GOOD   ☐NEEDS ATTENTION     ☐NOT VISIBLE     ☐NOT PRESENT     ☐SEE COMMENT #_____

☐The suction line is ☐ not insulated ☐ has deteriorated insulation. Providing insulation for the suction line will improve the performance and energy efficiency of this unit. Repairs are necessary.

AIR HANDLER          ☐GOOD     ☐NEEDS ATTENTION     ☐NOT VISIBLE     ☐NOT PRESENT     ☐SEE COMMENT #_____

☐ Rust is present on the ☐ interior ☐exterior of the air handler. This indicates a possible leak in the condensate pan or drain. Monitoring and further evaluation is required.

☐The air handler is located in the attic and the condensate pan is defective. Immediate attention is required.

☐The air handler is located in the attic but there is no overflow pan. This may cause water damage to the ceilings below in the event of a malfunction of the condensate drainage system. It is recommended that an overflow pan be installed.

☐The air handler is located in the attic but does not appear to be equipped with shock absorbing mounts. Damage may occur to the ceilings below. It is recommended that shock absorbing mounts be installed.

☐ **THE AIR CONDITIONING SYSTEM OPERATED SATISFACTORILY AT THE TIME OF INSPECTION**

☐ **THE AIR CONDITIONING SYSTEM DID NOT OPERATE SATISFACTORILY AT THE TIME OF INSPECTION**

☐The measured temperature drop across the coil was ☐ less than 14F ☐ greater than 22F, indicating the system is not operating properly. Further evaluation and repair is required.

## HOT WATER SERVICE

☐ **This home's hot water is provided by a centrally located system which is shared with other dwellings. This unit was not evaluated or inspected. Only the peripheral components within this living unit were observed and reported on.**

UNIT #1 MAKE ___*N/A*___     SIZE _____ GALLONS

UNIT #2 MAKE _____     SIZE _____ GALLONS

UNIT #3 MAKE _____     SIZE _____ GALLONS

UNIT #4 MAKE _____     SIZE _____ GALLONS

ESTIMATED AGE ☐ 0-5 ☐ 5-10 ☐ 10-15 ☐ 15-20 ☐ 20+ YEARS

**HOT WATER IS PROVIDED:** ☒By a Tankless Coil   ☐Indirectly by the Boiler ☐Independent Water Heater

INITIAL HOT WATER TEMPERATURE _*147*_F     HOT WATER TEMPERATURE AFTER 5 MINUTES _*142*_F

☒The hot water temperature is more than 120 F and therefore hot enough to cause a scalding. It is very strongly suggested the hot water temperature be lowered to 120 F.

COMMENTS: _____

_____

_____

_____

**RESIDENTIAL ENGINEERING SERVICES, LLC  (860-643-6247)    PAGE 21**
© 2002 William F. Neal   Residential Engineering Services, LLC  rev 3.00

EXHIBIT 19

CLIENT # 09402

☐ There is a significant difference between the initial and final hot water temperature measurements. This indicates there may be a problem with the water heater and/or its temperature control.. Repairs are necessary.

☐ The hot water temperature could not be checked due to the hot water system being out of operation during to the inspection.

**PRINCIPAL ENERGY SOURCE:**    ☐ Oil   ☐ Natural Gas   ☐ Propane   ☐ Electric   ☒ Not Applicable

OIL PUMP                    ☐ GOOD    ☐ NEEDS ATTENTION    ☐ NOT VISIBLE    ☐ NOT PRESENT    ☐ SEE COMMENT # _____

☐ The oil pump is ☐ excessively noisy and/or vibrating. Repairs are necessary and replacement may be required.

☐ The oil pump is leaking oil. Immediate attention is required.

OIL THERMAL VALVE        ☐ GOOD    ☐ NEEDS ATTENTION    ☐ NOT VISIBLE    ☐ NOT PRESENT    ☐ SEE COMMENT # _____

☐ One or more valves are leaking. Immediate attention is required.

☐ There is not a thermal valve, which is a safety device, installed in the oil line. It is recommended that thermal valves be installed for safety.

☐ The thermal valve(s) are an outdated type. It is recommended that a modern thermal valve be installed for safety.

GAS SUPPLY PIPING        ☐ GOOD    ☐ NEEDS ATTENTION    ☐ NOT VISIBLE    ☐ NOT PRESENT    ☐ SEE COMMENT # _____

☐ One or more gas leaks was found. Immediate attention is required.

☐ One or more gas lines is improperly installed. Immediate attention is required.

DRAFT CONTROL            ☐ GOOD    ☐ NEEDS ATTENTION    ☐ NOT VISIBLE    ☐ NOT PRESENT    ☐ SEE COMMENT # _____

Draft control is provided by: ☐ A draft hood  ☐ A barometric damper  ☐ A direct vent  ☐ A power vent  ☐ _____

☐ A draft hood and power vent provides draft control without a spill switch. Immediate attention is required.

☐ The draft control mechanism is damaged, not acceptable for the equipment, or improperly installed. Immediate attention is required.

☐ The direct vent unit is: ☐ noisy ☐ vibrating ☐ corroded ☐ leaking water ☐ not operating properly. Repairs are necessary.

☐ There is no barometric draft damper installed in this oil fired system. It is strongly urged your oil or heating contractor review the installation and add a draft damper if one is required.

☐ The barometric draft damper has been sealed or fixed in the shut position. Repairs are necessary.

VENTING AND FLUE        ☐ GOOD    ☐ NEEDS ATTENTION    ☐ NOT VISIBLE    ☐ NOT PRESENT    ☐ SEE COMMENT # _____

☐ This heating system does not appear to be venting properly. Spillage of combustion products from the system was observed. Immediate attention is required.

☐ A wood or coal fired appliance is connected to the same flue as an oil or gas fired appliance. Immediate attention is required.

☐ The vent (or smoke) pipe is ☐ rusty ☐ damaged ☐ unsound ☐ too close to combustible surfaces ☐ not supported properly ☐ not mechanically fastened at the joints ☐ improperly pitched ☐ improperly installed ☐ not adequate for the appliance it is installed on Immediate attention is required.

☐ There is active water leakage from the chimney or other venting system. Repairs and further evaluation are required.

☐ There is evidence of past water leakage from the chimney or other venting system. Further evaluation and monitoring is necessary.

THIMBLE CONNECTION    ☐ GOOD    ☐ NEEDS ATTENTION    ☐ NOT VISIBLE    ☐ NOT PRESENT    ☐ SEE COMMENT # _____

☐ The thimble connection (where the smoke pipe from the heating unit enters the chimney) is in poor condition. It should be resealed to help insure safe and efficient operation of your heating system. Repair is necessary.

**COMMENTS:** _____

_____

_____

_____

EXHIBIT 19

CLIENT # 09402

COMBUSTION CHAMBER/ ☐GOOD    ☐NEEDS ATTENTION    ☐NOT VISIBLE    ☐NOT PRESENT    ☐SEE COMMENT # _____
BURNER

☐ Gas ignition is by means of ☐ a pilot light. ☐ an electronic device.

☐ The gas flame color is blue, indicating normal operation and proper adjustment of the burners.

☐ The gas flame color is yellow.  **A yellow flame is _very_ hazardous. Immediate attention is required.**

☐ Excessive rust or other debris is present on the gas burners.  An immediate cleaning is strongly recommended.

☐ The combustion chamber is: ☐ rusted ☐ corroded ☐ leaking ☐ dirty ☐ deteriorated ☐ cracked ☐ burned through
Recommended action(s): ☐ Immediate Attention ☐ Repair ☐ Maintenance ☐ Monitor ☐ Further Evaluation

COMBUSTION AIR SUPPLY    ☐GOOD    ☐NEEDS ATTENTION    ☐NOT VISIBLE    ☐NOT PRESENT    ☐SEE COMMENT # _____

☐ The heating system, water heater, and /or some other combustion appliance in this building are installed in an enclosed space. The absolute necessity of providing enough combustion air to prevent deadly carbon monoxide from entering the living space has been explained to you.  You _must_ take care to insure the means of supplying air (ducts, louvers, grills, etc. – which have been shown to you) to this enclosure remain open at all times.  Before _any_ modifications are made to this enclosure you should consult with a licensed engineer or the town building department.  It is _strongly_ recommended a carbon monoxide detector be installed.

☐ The heating system, water heater, and /or some other combustion appliance in this building are installed in an enclosed space.  The absolute necessity of providing enough combustion air to prevent deadly carbon monoxide from entering the living space has been explained to you.  _**There does not appear to be an adequate supply of air to this enclosure.  This is a potentially deadly situation and should be          rectified immediately.**_ Before _any_ modifications are made to this enclosure you should consult with a licensed engineer or the town building  department.  It is _strongly_ recommended a carbon monoxide detector be installed immediately and remain in place even after appropriate  corrections to the air supply have been made.  Consult a licensed heating contractor _and_ the town building department for the proper steps to take to rectify this problem.

## GENERAL HOT WATER SERVICE INFORMATION

ELECTRIC SERVICE        ☐GOOD    ☐NEEDS ATTENTION    ☐NOT VISIBLE    ☐NOT PRESENT    ☐SEE COMMENT # _____

☐ The wiring to or at the water heater is in a hazardous condition.  Immediate attention is required.

☐ One or more electric system boxes are uncovered.  Covers should be provided immediately.

THERMAL SWITCH        ☐GOOD    ☐NEEDS ATTENTION    ☐NOT VISIBLE    ☐NOT PRESENT    ☐SEE COMMENT # _____

☐ There is no thermal switch, which is a safety device installed for this system.  It is recommended one be installed for safety.

☐ The thermal switch is not located properly. Immediate attention is required.

SERVICE SWITCH        ☐GOOD    ☐NEEDS ATTENTION    ☐NOT VISIBLE    ☐NOT PRESENT    ☐SEE COMMENT # _____

☐ The service switch ☐ needs a cover    ☐ has exposed wires    ☐ is not working    ☐ is not properly secured. Immediate attention is required.

EMERGENCY SHUT OFF    ☐GOOD    ☐NEEDS ATTENTION    ☐NOT VISIBLE    ☐NOT PRESENT    ☐SEE COMMENT # _____

☐ The emergency shut-off for this equipment is located: ☐ In the stairwell    ☐ Outside the equipment room    ☐ _____

☐ The emergency switch ☐ needs a cover    ☐ has exposed wires    ☐ is not working    ☐ is not properly secured. Immediate attention is required.

☐ There is no emergency shut-off switch installed for this oil fired heating system. Immediate attention is required.

☐ The emergency switch is not identified as an emergency switch.  It should have a red switch cover clearly with it's function clearly labeled. Immediate attention is required.

☐ The emergency switch is not readily accessible or not properly located.  Immediate attention is required.

PLUMBING FITTINGS,        ☐GOOD    ☐NEEDS ATTENTION    ☐NOT VISIBLE    ☐NOT PRESENT    ☐SEE COMMENT # _____
VALVES, & PIPING

**COMMENTS:** _____

_____

_____

_____

RESIDENTIAL ENGINEERING SERVICES, LLC   (860-643-6247)    PAGE 23
© 2002 William F. Neal   Residential Engineering Services, LLC   rev 3.00

EXHIBIT 19

CLIENT # 09402

☐One or more leaks were noted in the water heater ☐ piping ☐ plumbing fittings ☐ valves ☐air vents. Repairs are necessary.

☐Corrosion was observed in in the water heater ☐ piping ☐ plumbing fittings ☐ valves ☐air vents. Repairs are necessary.

P&T RELIEF VALVE          ☐GOOD    ☐NEEDS ATTENTION    ☐NOT VISIBLE    ☐NOT PRESENT    ☐SEE COMMENT # _____
Note:  It is recommended that the relief valve be replaced at least every five years.

☐ The P&T relief ☐valve ☐ tag was not visible for inspection.

☐The P&T relief valve is defective for the following reason(s): ☐The discharge tube is too small in diameter   ☐The discharge tube is not rigid  ☐The discharge tube should extend to no more than 6" from the floor ☐The discharge tube is not self draining ☐The valve is not properly sized – it should be set at 150 PSI. and 210°F ☐The discharge tube is missing ☐ appears to be more than 10 years old ☐Thermal Probe is too short  Immediate attention is required.

☐The relief valve is dripping. Repair and further evaluation is required.

EXTERIOR          ☐GOOD    ☐NEEDS ATTENTION    ☐NOT VISIBLE    ☐NOT PRESENT    ☐SEE COMMENT # _____

☐The water heater is covered with additional insulation and was therefore not accessible for visual inspection.  No opinion as to the physical condition of the water heater and/or some or all of its components was possible.  It is recommended that this insulation be removed. Insulation on a gas, propane, oil, or other combustion appliance is extremely dangerous and should be removed immediately.

☐Smoke and/or soot marks on the exterior of the water heater indicate current or past drafting problems. Further evaluation is necessary.

☐Heat marks on the exterior of the water heater indicate a potential problem.  The heating system  may be damaged now or may be damaged in the future. Further evaluation is required.

☐Rust on the exterior of the water heater indicates possible internal or external leakage and possible damage to the unit. Further evaluation is required.

☐Active water leakage  is present on the exterior of the water heater.  The unit may be damaged or become damaged in the future. Repair and further evaluation are required.

☐Water is present on the floor beneath the water heater.  The unit may now be damaged or become damaged.  Further evaluation is required.

GENERAL COMMENTS

☐Because of its ☐age ☐type of equipment  ☐general condition the life expectancy of the hot water system is limited.  This system may  need to be replaced in the near future.

☐It is strongly recommended the water heater be serviced as soon as possible.  Servicing is required because: ☐Burning dirty     ☐Not drafting properly    ☐Not burning properly    ☐Leaking water    ☐Combustion chamber is dirty    ☐In generally poor condition

☒THE HOT WATER SERVICE OPERATED  SATISFACTORILY AT THE TIME OF THIS  INSPECTION

☐THE HOT WATER SERVICE  DID NOT OPERATE  SATISFACTORILY AT THE TIME OF THIS  INSPECTION

☐WE PERFORMED A VISUAL INSPECTION ONLY BECAUSE THE HOT WATER SERVICE WAS NOT OPERATIONAL AT THE TIME OF THIS INSPECTION FOR THE FOLLOWING REASON(S):
☐NO ELECTRICITY    ☐NO OIL    ☐NO GAS SERVICE    ☐HAZARDOUS CONDITION
☐NO PILOT LIGHT    ☐NO WATER    ☐WOULD NOT OPERATE FOR AN UNKNOWN REASON

## WATER AND WASTE DISPOSAL SYSTEMS

THE WATER SUPPLY TO THIS DWELLING APPEARS TO BE FROM A:
☐ MUNICIPAL OR "CITY" SERVICE  ☒PRIVATE WELL    ☐ COMMUNITY WELL
Note:  None of the plumbing valves are operated as a part of this inspection, except for sink & bathroom faucets.

COMMENTS: _____

_____

_____

_____

RESIDENTIAL ENGINEERING SERVICES, LLC  (860-643-6247)     PAGE 24
© 2002 William F. Neal   Residential Engineering Services, LLC   rev 3.00

EXHIBIT 19

CLIENT # 09402

SUPPLY PRESSURE    ☒GOOD    ☐NEEDS ATTENTION    ☐NOT VISIBLE    ☐NOT PRESENT    ☐SEE COMMENT # _____

☐The water pressure is between 30 and 80 psi and is therefore within the acceptable range.

☐The water pressure is below 30 psi. It is recommended that the cause be investigated and corrected.

☐The water pressure serving this home exceeds 80 PSI and is therefore higher than allowed. It is strongly recommended a pressure reducing valve be installed at the water service entrance to the home to prevent premature rupturing of pipes and/or damage to plumbing fixtures. Until this is done it is especially important to check items such as washing machine hoses regularly and to shut off both the hot and cold water to the hoses at all times when the washing machine is not in use. Flexible hoses connecting dish washing machines may also be at increased risk and should be checked.

SUPPLY PLUMBING    ☒GOOD    ☐NEEDS ATTENTION    ☐NOT VISIBLE    ☐NOT PRESENT    ☐SEE COMMENT # _____

THE WATER SUPPLY PIPES: ARE MADE OF: ☒COPPER  ☐IRON  ☐POLYBUTYLENE  ☐CPVC  ☐PEX  ☐GALVANIZED  ☐BRASS
_____

ENTRANCE SIZE:    ☐1/2"    ☒3/4"    ☐1"    ☐_____"

☐ A water service entrance line smaller than ¾" may mean you will have poor water flow and/or pressure.

☐Polybutylene or some other nonmetallic plumbing is installed in this home. You should be aware that *none of the plumbing, even if metallic in some places, is electrically grounded.*

☐Polybutylene plumbing is prone to cracking and deterioration. It may start to leak at any time.

☐One or more leaks was noted in the ☐ water service piping ☐ plumbing fittings ☐ valves. Repairs are necessary.

☐Corrosion was observed in one or more locations in the ☐ water service piping ☐ plumbing fittings ☐ valves. Repairs are necessary.

☐Temporary repairs have been made to the plumbing system. It is recommended that proper repairs be made as soon as possible and that these areas be monitored until repairs are made.

☐The water supply pipes are not properly supported. This may cause leaks and other damage to the plumbing system. Repairs are necessary.

☐ Condensation is present on the water supply lines, valves, pressure tank or fittings. This may mask active water leaks. It is recommended that these plumbing components be monitored.

WATER METER    ☐GOOD    ☐NEEDS ATTENTION    ☐NOT VISIBLE    ☒NOT PRESENT    ☐SEE COMMENT # _____

☐One or more leaks was noted at the water meter. Repairs are necessary.

MAIN SHUT-OFF VALVE    ☒GOOD    ☐NEEDS ATTENTION    ☐NOT VISIBLE    ☐NOT PRESENT    ☐SEE COMMENT # _____
Note: The main shut-off valve should be operated several times a year to ensure it is in good operating condition.

☐One or more leaks was noted at the main water shut-off valve(s). Repairs are necessary.

PRESSURE REGULATOR    ☐GOOD    ☐NEEDS ATTENTION    ☐NOT VISIBLE    ☒NOT PRESENT    ☐SEE COMMENT # _____

☐One or more leaks was noted at the pressure regulator. Repairs are necessary.

WATER PUMP    ☐GOOD    ☐NEEDS ATTENTION    ☒NOT VISIBLE    ☐NOT PRESENT    ☐SEE COMMENT # _____

THE WATER PUMP IS LOCATED IN THE: ☒WELL  ☐BASEMENT  ☐ _____

PUMP TYPE: ☒SUBMERGED  ☐JET  ☐*SUCTION  ☐OTHER _____    MANUFACTURER _____

* This home has a suction pump. This may indicate a dug well or another type of shallow well is providing the water supply to this home. Further evaluation is strongly recommended to determine the type, condition, and characteristics of this well.

☐The water pump requires repair: ☐Leaking ☐excessive noise/vibration. ☐ rusted/corroded.

PRESSURE GAUGE    ☒GOOD    ☐NEEDS ATTENTION    ☐NOT VISIBLE    ☐NOT PRESENT    ☐SEE COMMENT # _____

**COMMENTS:** _____

_____

_____

_____

EXHIBIT 19

CLIENT # 09402

☐The pressure gauge ☐ does not work ☐ is damaged ☐ is leaking ☐ is not installed in this system. Repairs are necessary.

WATER CONDITIONING ☒GOOD ☐NEEDS ATTENTION ☐NOT VISIBLE ☐NOT PRESENT ☐SEE COMMENT # _____
NOTE: THE WATER CONDITIONING EQUIPMENT IS ONLY CHECKED FOR LEAKS, NOT FOR PROPER FUNCTION.

☐One or more leaks was noted at the water conditioning system. Repairs are necessary.

☐The water conditioning system is being backflushed into the septic system. This is improper pracitce and should be corrected to prevent damage to the septic system and/or contamination of groundwater and/or the well.

STORAGE TANK     ☒GOOD ☐NEEDS ATTENTION ☒NOT VISIBLE ☐NOT PRESENT ☐SEE COMMENT # _____

☐One or more leaks was noted at the water storage. Repairs are necessary.

☐The well storage tank appears to be waterlogged. Further evaluation and repairs are necessary.

☐The well storage tank is rusted.    ☐This may indicate a limited remaining life of this unit. Monitor.    ☐Immediate repairs are necessary.

## WASTE DISPOSAL PLUMBING

THE WASTE DISPOSAL PIPES ARE MADE OF: ☐COPPER ☐IRON ☐UNKNOWN PLASTIC ☒PVC ☐ABS ☐LEAD
☐ _____

WASTE PLUMBING     ☒GOOD ☐NEEDS ATTENTION ☐NOT VISIBLE ☐NOT PRESENT ☐SEE COMMENT # _____

☐One or more leaks was noted in the waste plumbing ☐ piping ☐ fittings. Repairs are necessary.

☐Corrosion was observed in one or more locations in the waste plumbing ☐ piping ☐ fittings. Repairs are necessary.

☐Temporary repairs have been made to the waste plumbing system. It is recommended that proper repairs be made as soon as possible and that these areas be monitored until repairs are made.

☐The waste plumbing pipes are not properly supported. This may cause leaks and other damage to the plumbing system. Repairs are necessary.

☐The waste plumbing pipes are not properly pitched. This may cause uneccessary blockages in the waste plumbing system. Repairs are necessary.

SEWER CLEAN-OUT     ☒GOOD ☐NEEDS ATTENTION ☐NOT VISIBLE ☐NOT PRESENT ☐SEE COMMENT # _____

☐The sewer clean out was not visible. This may create a problem if the sewer line requires cleaning or maintenance in the future.

☐There is no clean out installed in the sewer line. If the sewer line requires cleaning or maintenance in the future this will be a problem.

☐ One or more sewer clean out covers is ☐ loose ☐ damaged ☐ missing. Repairs are necessary.

BASEMENT SINK/     ☐GOOD ☐NEEDS ATTENTION ☐NOT VISIBLE ☒NOT PRESENT ☐SEE COMMENT # _____
SET TUB

☐ Stored goods beneath the sink prevented complete observation of the sink features.

☐ The following conditions are present beneath the sink: ☐ active water leaks ☐ dry rot ☐ temporary repairs. Repairs are necessary.
                                                        ☐ evidence of past leaks. Monitoring is recommended.

☐ The sink is not securely attached to the wall or counter top or cabinet. Repairs are necessary.

☐The sink has a back-siphon potential. This means the water level in the sink can rise over the spout of the faucet. This should becorrected in order to prevent contamination of the household water supply.

DRAINAGE     ☐GOOD ☐NEEDS ATTENTION ☐NOT VISIBLE ☐NOT PRESENT ☐SEE COMMENT # _____

☐ The sink drainage: ☐ is slow ☐ is leaking ☐ has temporary repairs. Repairs are necessary.

FAUCETS     ☐GOOD ☐NEEDS ATTENTION ☐NOT VISIBLE ☐NOT PRESENT ☐SEE COMMENT # _____

**COMMENTS:** _____

_____

_____

_____

_____

EXHIBIT 19

CLIENT # 09402

☐ The sink faucet(s) are in need of attention for the following reason(s): ☐ The water faucet is leaking ☐ The sink spigot is leaking ☐ The sprayer fixture is leaking. Repairs are necessary.

SHUT-OFFS        ☐ GOOD    ☐ NEEDS ATTENTION    ☐ NOT VISIBLE    ☐ NOT PRESENT    ☐ SEE COMMENT # _____

☐ The shut-off valve(s) beneath the sink: ☐ are leaking ☐ handle is missing. Repairs are necessary.

EJECTOR PUMP        ☐ GOOD    ☐ NEEDS ATTENTION    ☐ NOT VISIBLE    ☒ NOT PRESENT    ☐ SEE COMMENT # _____

☐ The pump chamber vent: ☐ is defective ☐ is missing ☐ is not properly installed. Repairs are necessary.

☐ The pump for the overhead waste discharge system requires repair or replacement.

☐ The check valve for the overhead waste discharge system is ☐ defective ☐ missing. A properly operating check valve should be installed.

☐ The pump chamber is not sealed. Immediate correction is required.

---

## UNFINISHED BASEMENT
This section applies only to unfinished portions of the basement.

☒ A FULL BASEMENT IS PRESENT   ☐ NO BASEMENT    ☐ A CRAWL SPACE IS PRESENT    ☐ A SLAB-ON-GRADE IS PRESENT

THE CRAWL SPACE IS   ☐ 0%   ☐ 0-25%  ☐ 25-50%  ☐ 50-75%  ☐ 75-100%  ☐ 100% ACCESSIBLE.

☐ The crawl space was observed from the access but not entered because: ☐ There was no access    ☐ There was insufficient height ☐ The crawl space was wet or had standing water    ☐ There was an electrical hazard in the crawl space    ☐ There was a structural hazard ☐ Stored goods  ☐ Asbestos  ☐ Unsafe Conditions ☐_____

☐ The crawl space was entered but was not completely accessible because: ☐ There was insufficient height  ☐ Stored goods  ☐ The crawl space was wet or had standing water    ☐ There was an electrical hazard in the crawl space   ☐ There was a structural hazard  ☐ Asbestos ☐ Unsafe Conditions  ☐_____

BASED ON THE VISIBLE STRUCTURAL ELEMENTS, THE TYPE OF CONSTRUCTION VISIBLE FROM THE BASEMENT IN THIS HOME IS: ☒ PLATFORM ☐ BALLOON   ☐ POST & BEAM   ☐ UNKNOWN ☐_____

THE BASEMENT IS   ☒ 0%   ☐ 0-25%  ☐ 25-50%   ☐ 50-75%   ☐ 75-100%   ☐ 100% FINISHED. ONLY THOSE BASEMENT FEATURES WHICH WERE VISIBLE ARE INSPECTED AND REPORTED ON IN THEIS SECTION.

☐ THIS IS AN HISTORIC HOME WITH A VARIETY OF STRUCTURAL MEMBER SIZES, COMPOSITIONS, AND SPACINGS. NO ATTEMPT HAS BEEN MADE TO DETERMINE ALL OF THE POSSIBLE COMBINATIONS OF THESE FACTORS. RATHER, AN ASSESSMENT HAS BEEN MADE AS TO WHETHER OR NOT ANY STRUCTURAL CONCERNS REQUIRING REMEDY ARE VISIBLE.

NOTE:  THE SIZES OF THE STRUCTURAL MEMBERS AND THE MEASUREMENTS OF THE STRUCTURAL SYSTEM LISTED BELOW ARE *APPROXIMATE* MEASUREMENTS MADE FOR REFERENCE PURPOSES. THEY ARE NOT INTENDED TO REPRESENT NOR DO THEY REPRESENT ANY ATTEMPT TO PERFORM ENGINEERING CALCULATIONS TO DETERMINE THE STRUCTURAL ADEQUACY OF THE DESIGN NOR TO REPRESENT ANY ATTEMPT TO DETERMINE IF SOME PARTICULAR CODE IS OR IS NOT SATISFIED BY THE STRUCTURAL MEMBERS.

COLUMNS            ☒ GOOD    ☐ NEEDS ATTENTION    ☐ NOT VISIBLE    ☐ NOT PRESENT    ☐ SEE COMMENT # _____

HEIGHT  7' 1"  SPACING  7'   MATERIAL: ☒ STEEL ☐ WOOD  ☐ BRICK  ☐ BLOCK  ☐ STONE ☐_____

☐ One or more supporting columns is ☐ rusted ☐ warped ☐ cracked ☐ rotted ☐ deteriorated ☐ structurally unsound Recommended action(s):  ☐ Immediate Attention  ☐ Repair  ☐ Maintenance  ☐ Monitor  ☐ Further Evaluation

JOISTS            ☒ GOOD    ☐ NEEDS ATTENTION    ☐ NOT VISIBLE    ☐ NOT PRESENT    ☐ SEE COMMENT # _____ Joists are: ☐ Dimensional lumber  ☒ "I" Joists ☐ Trusses ☐ Glue-Lam ☐_____

☐ SIZE 2 X 6  ☐ 12" o/c  SPAN _____  ☐ 16" o/c  SPAN _____  ☐ 19–¼" o/c  SPAN _____  ☐ 24" o/c  SPAN _____

COMMENTS: _____
_____
_____
_____
_____

RESIDENTIAL ENGINEERING SERVICES, LLC   (860-643-6247)    PAGE 27
© 2002 William F. Neal   Residential Engineering Services, LLC   rev 3.00

EXHIBIT 19

CLIENT # 09402

☐ SIZE 2 X 8  ☐12" o/c  SPAN _____  ☐16" o/c  SPAN _____  ☐19-½" o/c  SPAN _____  ☐24" o/c  SPAN _____

☒ SIZE 2X10  ☐12" o/c  SPAN _____  ☒16" o/c  SPAN *14½*  ☐19-½" o/c  SPAN _____  ☐24" o/c  SPAN _____

☐ SIZE 2X12  ☐12" o/c  SPAN _____  ☐16" o/c  SPAN _____  ☐19-½" o/c  SPAN _____  ☐24" o/c  SPAN _____

☐One or more floor joists are ☐ cracked ☐ deflected ☐warped ☐ rotted ☐improperly cut ☐improperly attached. Repairs are necessary.

SILLS                     ☒GOOD    ☐NEEDS ATTENTION    ☐NOT VISIBLE    ☐NOT PRESENT    ☐SEE COMMENT # _____

☐One or more sills are ☐ rotted ☐ crushed ☐ improperly secured to the foundation. Repairs are necessary.

BEAM(S)                   ☒GOOD    ☐NEEDS ATTENTION    ☐NOT VISIBLE    ☐NOT PRESENT    ☐SEE COMMENT # _____

SIZE *2 - 2X12*  MATERIAL: ☐WOOD  ☐STEEL  ☒GLUE-LAM  ☐STRUCTURAL TRUSS  ☐_____

☐One or more beams are ☐cracked ☐deflected ☐warped ☐rotted ☐improperly cut ☐improperly supported at splices. Repairs are necessary.

SUBFLOORING              ☒GOOD    ☐NEEDS ATTENTION    ☐NOT VISIBLE    ☐NOT PRESENT    ☐SEE COMMENT # _____

☐The sub floor is totally or partially insulated and therefore not accessible for visual inspection.

☐Some sections of the subflooring are ☐ cracked ☐ deflected ☐delaminated ☐ rotted. Repairs are necessary.

GENERAL FRAMING          ☒GOOD    ☐NEEDS ATTENTION    ☐NOT VISIBLE    ☐NOT PRESENT    ☐SEE COMMENT # _____

☐The framing under the ☐ hearth area ☐ stairway penetration ☐ bathtub ☐ toilet is showing signs of distress and should be reinforced with ☐joist hangers ☐beam hangers/connectors ☐additional columns.

☐ One or more openings to interior structural cavities exist. In the event of a fire this can be extremely hazardous. It is recommended that fire stops be installed in the following area(s) for safety: ☐ chimney chase ☐ laundry chute ☐ wall cavities ☐other: _____

FOUNDATION WALLS         ☒GOOD    ☐NEEDS ATTENTION    ☒NOT VISIBLE    ☐NOT PRESENT    ☐SEE COMMENT # _____

MATERIAL ☒CONCRETE  ☐HOLLOW BLOCK  ☐STONE  ☐BRICK  ☐_____

☐Minor cracks were noted in the foundation walls. These are not a structural concern at this time. ☐ Some of these cracks have been repaired.

☐Cracks requiring repair were noted in the foundation walls. These ☐are ☐are not a structural concern at this time.

BASEMENT FLOOR           ☒GOOD    ☐NEEDS ATTENTION    ☒NOT VISIBLE    ☐NOT PRESENT    ☐SEE COMMENT # _____

MATERIAL ☒CONCRETE  ☐STONE  ☐BRICK  ☐GRAVEL  ☐DIRT ☐_____

☐Minor cracks were noted in the basement floor. These are not a structural concern at this time. ☐ Some of these cracks have been repaired.

☐Cracks requiring repair were noted in the basement floor. These ☐are ☐are not a structural concern at this time.

SUMP HOLE                ☐GOOD    ☐NEEDS ATTENTION    ☒NOT VISIBLE    ☐NOT PRESENT    ☐SEE COMMENT # _____

THE SUMP IS ☐OPEN ☐CLOSED      THE DEPTH OF WATER IN THE SUMP WAS APPROXIMATELY _____ INCHES

☐ Water was present in a sump hole which does not have a sump pump. Installation of a sump pump is recommended.

SUMP PUMP (S)            ☐GOOD    ☐NEEDS ATTENTION    ☒NOT VISIBLE    ☐NOT PRESENT    ☐SEE COMMENT # _____

☐ Repair to the sump pump is recommended for the following reason(s): ☐ The float switch is damaged or missing ☐ The discharge for the sump pump is not properly located ☐The sump pump did not turn on when activated. Repairs are necessary.

☐ The electrical outlet for the sump pump is not GFCI protected. It is strongly recommended that GFCI protection be added for safety.

COMMENTS: _____

_____

_____

_____

RESIDENTIAL ENGINEERING SERVICES, LLC   (860-643-6247)    PAGE 28
© 2002 William F. Neal  Residential Engineering Services, LLC  rev 3.00

EXHIBIT 19

CLIENT # 09402

DOORS & KNOB ☒GOOD ☐NEEDS ATTENTION ☐NOT VISIBLE ☐NOT PRESENT ☐SEE COMMENT # _____

☐ Repair to the door(s) is recommended for the following reason(s): ☐The door does not open/close freely in its frame ☐ The door is loose on its hinges ☐ The doorknob is loose/missing ☐ The door is physically damaged ☐The doorframe is physically damaged ☐ The door latch is loose ☐ missing ☐ The door does not latch when closed ☐ Broken glass present in door lite(s). Repairs are necessary.

WINDOW(S) ☒GOOD ☐NEEDS ATTENTION ☐NOT VISIBLE ☐NOT PRESENT ☐SEE COMMENT # _____

☐ Repair to one or more window(s) is recommended for the following reason(s): ☐Crack(s) were noted in one or more window panes ☐Broken or missing glass was noted in windows ☐ The window(s) are painted/swelled closed ☐ Do not open/close correctly ☐ The latch/handle for the window is ☐ loose ☐ missing ☐ broken. ☐ There is chipped or peeling paint on the window frame/sash/sill ☐ There are broken sash cord(s) in one or more window(s) ☐ Do not stay raised when open ☐ Rot is present ☐ _____ . Repairs are necessary.

☐ There is visible moisture between the panes of the insulated glass window(s). This indicates a leak in the seal between the panes of glass.

HEATING ☐GOOD ☐NEEDS ATTENTION ☐NOT VISIBLE ☒NOT PRESENT ☐SEE COMMENT # _____

The heating source for this area is provided by: ☐ a central heating system ☐ a separate heating system installed within this area ☐ This area has no installed heating system

☐ The following comments apply to the heating system in this area: ☐ cover is ☐loose ☐ damaged ☐ missing ☐ has exposed wiring connections ☐ thermostat is damaged ☐ thermostat is missing ☐ plumbing is leaking ☐ fan is noisy ☐ _____ Repairs are necessary.

CABINETS/COUNTERS ☐GOOD ☐NEEDS ATTENTION ☐NOT VISIBLE ☒NOT PRESENT ☐SEE COMMENT # _____

☐ The cabinets in this area are: ☐ not securely attached to the structure ☐ have damaged hardware ☐ have loose hardware ☐ have missing hardware ☐ are water damaged ☐ have cracked/broken glass ☐ are physically damaged ☐_____ Repairs are necessary.

☐ The counters in this area are: ☐ not securely attached ☐ water damaged ☐ backsplash not caulked ☐ caulk deteriorated ☐ delaminating ☐ physically damaged ☐ _____ . Repairs are necessary.

ELECTRICAL OUTLETS ☒GOOD ☐NEEDS ATTENTION ☐NOT VISIBLE ☐NOT PRESENT ☐SEE COMMENT # _____
WIRING AND SWITCHES

☐One or more electric outlets/switches is defective and hazardous for the following reasons. Use may result in electric shock and severe injury: ☐ The outlet is physically damaged. ☐The outlet is a grounding type but there is no ground installed ☐The outlet is wired with "reversed polarity" (the wires connected to the outlet are reversed) ☐Switch is broken ☐Switch does not function ☐ _____ Immediate attention is required.

☐One or more electrical junction boxes, outlet boxes, or switch boxes ☐is uncovered ☐have damaged covers ☐is not properly attached to the structure. Immediate attention is required. ☐One or more electric wires is: ☐ connected outside a junction box ☐ terminated without the ends being properly protected in a junction box

☐ not properly attached to the structure ☐ not properly clamped at boxes ☐frayed or damaged ☐ _____ Immediate attention is required.

☐Electric extension cords are improperly used, are stapled or otherwise fixed to the structure, or are in a poor condition. Immediate attention is required.

☐Knob & tube wiring was noted. This is an old type of wiring that has not been used for many years. There is no ground with this type of wiring. You should consider replacing all knob & tube wiring with modern grounded wiring.

GFCI OUTLET(S) ☒GOOD ☐NEEDS ATTENTION ☐NOT VISIBLE ☐NOT PRESENT ☐SEE COMMENT # _____

☒The GFCI(S) protecting the electric outlets in this area are located in: ☒the outlet (s) ☐a bathroom ☐the electric service panel ☐ garage ☐ kitchen ☐ basement ☐_____

☐The GFCI outlet(s) are defective. Repairs/replacement is necessary for the following reason(s): ☐When the GFCI was tripped the power to the outlet was not interrupted ☐The GFCI outlet did not trip when tested ☐ The GFCI was tripped and would not reset. Immediate attention is required.

COMMENTS: _____

_____

_____

_____

_____

**RESIDENTIAL ENGINEERING SERVICES, LLC (860-643-6247)    PAGE 29**
© 2002 William F. Neal   Residential Engineering Services, LLC   rev 3.00

EXHIBIT 19

CLIENT # 09402

☐It is strongly recommended Ground Fault Circuit Interrupters (GFCI's) be installed to protect all exterior, basement, garage, bathroom, and countertop electrical outlets to help prevent electrical shock and possible electrocution. Please see the GFCI brochure included with your inspection packet.

LIGHTING/CEILING FAN(S) ☒GOOD  ☐NEEDS ATTENTION  ☐NOT VISIBLE  ☐NOT PRESENT  ☐SEE COMMENT # _____

☐ The lighting fixture(s): ☐ not securely attached ☐ have missing bulbs ☐ are missing ☐ have exposed wires ☐ did not operate when tested ☐ are damaged. Repairs are required.

☐ The ceiling fan(s): ☐ not securely attached ☐ have missing bulbs ☐ are missing, leaving exposed wires ☐ did not operate when tested ☐ are damaged ☐ were not balanced properly. Repairs are required.

VENTILATION  ☒GOOD  ☐NEEDS ATTENTION  ☐NOT VISIBLE  ☐NOT PRESENT  ☐SEE COMMENT # _____

☐It is good practice to provide 1 sq. ft. of free ventilation area per 1500 sq. ft. of floor area in a crawl space if a ground vapor barrier is present and 5 sq. ft. of free ventilation area if a vapor barrier is not present. It appears this crawl space will benefit from increased ventilation.

**EVIDENCE OF WATER / MOISTURE PROBLEMS** NOTE: ANY BASEMENT MAY EXPERIENCE WATER ENTRY PROBLEMS, ESPECIALLY DURING UNUSUALLY SEVERE WEATHER CONDITIONS. IT IS IMPOSSIBLE TO PREDICT IF OR WHEN THIS MAY OCCUR.

☐ The basement walls and floors have been recently cleaned and/or painted. Because of this any indications of past water entry have been removed and it is therefore impossible to determine if a chronic water problem exists. It is suggested this be discussed with the owner.

EFFLORESCENCE ON:  WALLS: ☐HEAVY ☐ MODERATE ☐LIGHT ☒LITTLE OR NONE
  FLOOR: ☐HEAVY ☐ MODERATE ☐LIGHT ☒LITTLE OR NONE
Effloresence is a white powdery substance that indicates the presence of current or past moisture penetration through concrete or brick.

WATER STAINS/MILDEW NOTED ON OR NEAR:
☐SUBFLOORING ☐ RAFTERS ☐WALLS ☐FLOOR ☐ CEILING ☐ SILLS ☐ BULKHEAD ☐ FLOOR DRAIN ☐ SUMP HOLE ☐ FORM TIES ☐ CHIMNEY BASE ☐ HEARTH FRAMING ☐ CHIMNEY CLEAN-OUT ☐ WINDOW ☐ DOOR ☐SEWER LINE ☐ WATER SERVICE LINE ☐ BASE OF STAIRS ☐ WATER HEATER ☐ HEATING SYSTEM ☐ WELL SYSTEM

WETNESS FROM ACTIVE WATER LEAKAGE NOTED ON OR NEAR:
☐SUBFLOORING ☐ RAFTERS ☐WALLS ☐FLOOR ☐ CEILING ☐ SILLS ☐ BULKHEAD ☐ FLOOR DRAIN ☐ SUMP HOLE ☐ FORM TIES ☐ CHIMNEY BASE ☐ HEARTH FRAMING ☐ CHIMNEY CLEAN-OUT ☐ WINDOW ☐ DOOR ☐SEWER LINE ☐ WATER SERVICE LINE ☐ BASE OF STAIRS ☐ WATER HEATER ☐ HEATING SYSTEM ☒ WELL SYSTEM

ROT OR OTHER WATER DAMAGE NOTED ON OR NEAR:
☐SUBFLOORING ☐ RAFTERS ☐WALLS ☐FLOOR ☐ CEILING ☐ SILLS ☐ BULKHEAD ☐ FLOOR DRAIN ☐ SUMP HOLE ☐ FORM TIES ☐ CHIMNEY BASE ☐ HEARTH FRAMING ☐ CHIMNEY CLEAN-OUT ☐ WINDOW ☐ DOOR ☐SEWER LINE ☐ WATER SERVICE LINE ☐ BASE OF STAIRS ☐ WATER HEATER ☐ HEATING SYSTEM ☐ WELL SYSTEM

☐BASED ON THE OBSERVABLE EVIDENCE IT APPEARS THIS BASEMENT OCCASIONALLY EXPERIENCES WATER ENTRY. IT CANNOT BE DETERMINED WHETHER OR NOT THIS OCCURS ONLY DURING SEVERE WEATHER CONDITIONS OR IS A MORE FREQUENT OCCURRENCE.

**GENERAL COMMENTS ABOUT THE BASEMENT**

☐Exposed ☐Styrofoam or ☐insulation facing is present. This means the insulation is not properly fire protected. This should be corrected immediately for safety. This comment applies to the ☐walls ☐ceiling

☐The basement insulation needs attention for the following reason(s): ☐two vapor barriers are present ☐the vapor barrier is on the wrong side of the insulation. This comment applies to the ☐walls ☐ceiling. Immediate attention is required.

☐Firewood is stored in the basement. This is conducive to infestation by termites and/or carpenter ants. This wood should be removed to an exterior location at least fifteen feet from the house or other structure.

☒ The basement had ☒ shelving ☐ cabinets ☒ stored goods ☐ debris or was ☒ otherwise in a cluttered condition preventing complete observation of some or all of the basement features.

COMMENTS: _____

_____

_____

_____

_____

EXHIBIT 19

## ROOF OF THE BUILDING

THE ROOF WAS: ☐WALKED    ☒OBSERVED FROM A LADDER    ☒OBSERVED FROM THE GROUND WITH BINOCULARS

☒THE ROOF ☐A PORTION OF THE ROOF WAS NOT WALKED BECAUSE: ☒THE ROOF WAS TOO STEEP   ☐THE ROOF WAS COVERED WITH SNOW/ICE   ☐ THE ROOF WAS WET AND SLIPPERY   ☐THERE WAS POTENTIAL FOR DAMAGE TO THE ROOF ☐UNSAFE CONDITIONS   ☐_____

☐ THE HOME BEING INSPECTED IS A CONDOMINIUM. THE ROOF WAS NOT WALKED, BUT ONLY OBSERVED FROM THE GROUND.

☐THE  ROOF  ☐A PORTION OF THE ROOF  WAS COVERED BY SNOW AND / OR ICE AT THE TIME OF THE INSPECTION.  NO DETERMINATION OF THE CONDITION OF THE NON-VISIBLE PORTIONS OF THE ROOF OR ITS COMPONENTS WAS POSSIBLE.

☐DURING THIS INSPECTION SOME OR ALL OF THE ROOF  FEATURES WERE NOT VISIBLE. ONLY THOSE PORTIONS OF THE ROOF THAT WERE VISIBLE ARE REPORTED ON. THESE AREA(S) WILL BE MARKED NOT VISIBLE IN THIS REPORT.
Visual access was possible for ☐ 0%   ☐ 0-25%   ☐ 25-50%   ☐ 50-75%   ☐ 75-100%   ☐100% of the roof.

☐DURING THIS INSPECTION SOME OR ALL OF THE CHIMNEY(S) FEATURES WERE NOT VISIBLE. ONLY THOSE PORTIONS OF THE CHIMNEY(S) THAT WERE VISIBLE ARE REPORTED ON.  THESE AREA(S) WILL BE MARKED NOT VISIBLE IN THIS REPORT.
Visual access was possible for ☐ 0%   ☐ 0-25%   ☐ 25-50%   ☐ 50-75%   ☐ 75-100%   ☐100% of the chimney

STYLE OF ROOF: ☒GABLE   ☐HIP   ☐FLAT   ☐MANSARD   ☐SHED   ☐_____

ROOF COVERING MATERIAL: ☒ASPHALT OR FIBERGLASS SHINGLES  ☐WOOD SHAKES ☐ SLATE   ☐ TILE   ☐METAL ☐ELASTOMER  ☐ROLL ROOFING   ☐BUILT-UP   ☐ OTHER _____

☐BASED ON THE VISIBLE CONDITION OF THE ROOF COVERING AT THE TIME OF THIS INSPECTION IT IS *ESTIMATED* THE ROOF WILL NEED TO BE REPLACED  ☐IMMEDIATELY    ☐ ANY TIME WITHIN THE NEXT 3 YEARS. THIS IS AN ESTIMATE ONLY AND IS NOT A GUARANTEE OF THE LENGTH OF TIME THE  ROOF COVERING WILL LAST.

NUMBER OF LAYERS OF ROOF COVERING (Based on visual evidence at edge of roof. Other layers may be hidden underneath) ☒1   ☐2   ☐3 ☐___

EVIDENCE OF REPAIRS? ☐YES ☒NO   DESCRIPTION: _____

DEFLECTION? ☐YES ☒NO   DESCRIPTION: _____

ROOF CONDITION   ☒GOOD   ☐NEEDS ATTENTION   ☐NOT VISIBLE   ☐NOT PRESENT   ☐SEE COMMENT # _____

☐ The following condition(s), requiring repair, are present in the roof shingles/covering:   ☐Cracking   ☐Missing   ☐Curling   ☐Deterioration ☐Missing Aggregate   ☐Lifting   ☐Popped nail heads   ☐Ponding   ☐_____

☐ Replacement of the roof is required because a significant portion of the roof covering is defective for one or more of the above  reasons (the roof may be leaking now or may start to leak at any time if repairs are not made):   Immediate attention is required.

☐ Repairs to the roof are required because a portion of the roof covering is defective for one or more of the above  reasons (the roof may be leaking now or may start to leak at any time if repairs are not made):   Immediate attention is required.

☐ Monitoring of the above condition(s) is required until the roof is replaced or repaired.

☐ Tree limbs extend over or touch the roof.  It is recommended they be trimmed back.  Damage may occur at any time and maintainence is required.

☐The roofing material is not correct for the pitch of the roof.  This may cause leakage at any time and should be closely monitored until it is replaced.

RIDGE CAPS   ☒GOOD   ☐NEEDS ATTENTION   ☒NOT VISIBLE   ☐NOT PRESENT   ☐SEE COMMENT # _____

☐ The following condition(s) are present in the ridge cap shingles/covering: ☐Cracking   ☐Missing   ☐Curling   ☐Deterioration ☐Missing Aggregate   ☐Lifting   ☐Popped nail heads   ☐_____

☐ Repairs to the ridge cap are required because a portion of the roof covering is defective for one or more of the above  reasons (the roof may be leaking now or may start to leak at any time if repairs are not made):   Immediate attention is required.

COMMENTS: _____
_____
_____
_____

**RESIDENTIAL ENGINEERING SERVICES, LLC   (860-643-6247)   PAGE** 31
© 2002 William F. Neal  Residential Engineering Services, LLC   rev 3.00

EXHIBIT 19

CLIENT # 09402

CHIMNEY (EXTERIOR)  ☑GOOD    ☐NEEDS ATTENTION    ☐NOT VISIBLE    ☐NOT PRESENT    ☐SEE COMMENT # _____

☑There are __1__ chimneys in this home with a total of __2__ flues. _____ of the flues are capped and are not visible for inspection.

☐ Some of the mortar between the bricks in the chimney is deteriorated and/or missing. This condition can allow water penetration into the house or interior of the chimney causing further damage. Immediate repairs and further evaluation by a lisenced professional are required.

☐ Some of the bricks are deteriorated and should be replaced. This condition can allow water penetration into the house or interior of the chimney causing further damage. Immediate repairs and further evaluation by a lisenced professional are required.

☐One or more chimneys has cracks that are not a structural concern at this time. Repair and monitoring are required.

☐One or more chimneys is in the following condition: ☐ cracks that are a structural concern ☐ pulling away from the house ☐ otherwise in hazardous condition. Immediate attention and further evaluation by a lisenced professional are required.

☐The chimney height is too low for the following reason(s): ☐Less than 3' higher than where it rises above the roof line ☐Less than 2' higher than any part of the roof within 10' of where is rises above the roof line. Correction is recommended.

☐ Smoke stains on the chimney exterior indicate that the chimney may not have drafted well in the past, and may continue to have drafting problems.

CHIMNEY CROWN    ☑GOOD    ☐NEEDS ATTENTION    ☐NOT VISIBLE    ☐NOT PRESENT    ☐SEE COMMENT # _____

☑All or part of the chimney crown was not visible during this inspection. Further evaluation by a lisenced professional is required.

☐The masonry chimney crown is ☐cracked ☐eroded. The crown should be repaired/replaced. The damaged chimney crown may be leaking water or may start to leak water at any time. A leak in this area can damage the chimney, the interior of the house, or attached appliances. Immediate repairs and further evaluation by a lisenced professional are required.

☐ Non acceptable repairs have been made to the crown. Immediate correction is necessary to remove a potential hazard. The chimney should not be used until repairs have been made.

INTERIOR OF FLUE(S):    ☐GOOD    ☐NEEDS ATTENTION    ☑NOT VISIBLE    ☐NOT PRESENT    ☐SEE COMMENT # _____

☑FLUE LINER IS: ☑CLAY TILE    ☐STEEL    ☐ALUMINUM    ☐MASONRY    ☐UNLINED    ☐UNKNOWN

☑The flue(s) are partially or completely not visible. Inspection by a lisenced professional are strongly recommended.

☐One or more flues is in a hazardous condition because of: ☐Deterioration ☐Cracking ☐Open joints ☐Cleaning is needed ☐No liner Immediate attention and further evaluation is required.

CLEAN-OUT    ☑GOOD    ☐NEEDS ATTENTION    ☐NOT VISIBLE    ☑NOT PRESENT    ☐SEE COMMENT # _____

☐ One or more clean-out doors is: ☐rusted or sealed closed ☐ damaged ☐ missing ☐loose ☐ not accessible for inspection Recommended action(s): ☐ Immediate Attention ☐ Repair ☐ Maintenance ☐ Monitor ☐ Further Evaluation

☐ One or more clean-out: ☐ is full of ash ☐ has pieces of flue tile in it ☐ has evidence of past water ☐ has water in it Recommended action(s): ☐ Immediate Attention ☐ Repair ☐ Maintenance ☐ Monitor ☐ Further Evaluation

FLASHINGS    ☑GOOD    ☐NEEDS ATTENTION    ☑NOT VISIBLE    ☐NOT PRESENT    ☐SEE COMMENT # _____

☐The flashing(s) are: ☐loose ☐damaged ☐missing ☐not installed properly - water may leak into the house at any time. Repairs are necessary. These comments applies to the: ☐ chimney(s) ☐ plumbing vent(s) ☐ skylight(s) ☐cupola(s) ☐ _____

☐The flashing(s) have been tarred. This is a temporary repair that indicates the flashing(s) may have leaked water in the past. Since this is a temporary repair, the flashing(s) may start to leak again at any time. It is recommended the flashing(s) be replaced the next time the roof covering is replaced. These flashings should be monitored and maintained on a regular basis. These comments applies to the: ☐ chimney(s) ☐ plumbing vent(s) ☐ skylight(s) ☐cupola(s) ☐ _____

VENT STACK (S)    ☑GOOD    ☐NEEDS ATTENTION    ☐NOT VISIBLE    ☐NOT PRESENT    ☐SEE COMMENT # _____

☐ One or more plumbing vents on the roof of this home are deficient for the following reason(s): ☐Less than 6" above roof ☐Closer than 1' from a vertical surface. Repairs are recommended.

COMMENTS: _____

_____
_____
_____
_____

RESIDENTIAL ENGINEERING SERVICES, LLC    (860-643-6247)    PAGE 32
© 2002 William F. Neal    Residential Engineering Services, LLC    rev 3.00

EXHIBIT 19

CLIENT # 09402

| ANTENNA(S) | ☐GOOD | ☐NEEDS ATTENTION | ☐NOT VISIBLE | ☒NOT PRESENT | ☐SEE COMMENT # _____ |

☐ It is recommended you consider removing the antenna on this roof if it will not be used. Antennas can cause stress to the structure of the house as well as be a potential lightning attractor.

| LIGHTNING RODS | ☐GOOD | ☐NEEDS ATTENTION | ☐NOT VISIBLE | ☒NOT PRESENT | ☐SEE COMMENT # _____ |

☐ This home has lightning rods which ☐ are not grounded ☐ not properly attached. Immediate attention.

---

## GARAGE

GARAGE: ☒YES ☐NO      THE GARAGE IS: ☒ATTACHED ☐DETACHED ☐SEPARATED FROM THE HOUSE BY A BREEZEWAY

THE SIZE OF THE GARAGE IS APPROXIMATELY: _____ ' Wide X 23 ' Deep

NUMBER OF VEHICLE DOORS: ☐0 ☐1 ☐2 ☒3 ☐4 ☐____      NUMBER OF PERSONNEL DOORS: ☐0 ☒1 ☐2 ☐3 ☐4 ☐____

TYPE OF VEHICLE DOOR(S): ☒OVERHEAD ☐SWINGING ☐HINGED ☐SLIDING ☐NONE ☐_____

THE INTERIOR OF THE GARAGE IS FINISHED WITH: ☒DRYWALL ☐STUD CONSTRUCTION ☐MASONRY ☐_____

| AUTOMATIC OPENER (S) | ☐GOOD | ☒NEEDS ATTENTION | ☐NOT VISIBLE | ☐NOT PRESENT | ☒SEE COMMENT # 1 |

☐The mechanism on your garage door opener that automatically reverses the door should the door strike an object while closing is not operating properly or is not present. For your safety as well as that of your children and pets it is very important this receive immediate attention.

☐ The automatic garage door opener has been disconnected and was unable to be tested.

☐ The automatic garage door opener cover is missing. Replacement is required for safety.

☐ The automatic garage door opener does not function properly. Repairs are necessary.

| VEHICLE DOOR (S) | ☒GOOD | ☐NEEDS ATTENTION | ☐NOT VISIBLE | ☐NOT PRESENT | ☒SEE COMMENT # 1 |

☐ It is recommended the interior of the garage door be painted or stained to help prevent deterioration and/or dry rot due to water absorption.

☐ The garage vehicle door is in need of attention for the following reason(s): ☐The window(s) have cracks or broken glass ☐There is dry rot in the door: ☐ panel(s) ☐ frames ☐The track is not attached to the frame properly ☐The track is warped/bent ☐ Loose hinge ☐ Missing hinge Repairs are necessary.

| VEHICLE DOOR SPRINGS | ☒GOOD | ☐NEEDS ATTENTION | ☐NOT VISIBLE | ☐NOT PRESENT | ☐SEE COMMENT # _____ |

☒The springs are ☐tension springs ☒torsion springs

☐There are no safety cables or wires inside the tension springs. It is recommended you install safety cables. Safety cables will help protect you, other people, and your car from possible serious injury if a garage door spring suddenly breaks while under tension.

☐ One or more garage door springs are ☐loose ☐damaged ☐missing ☐stretched/worn ☐broken ☐not properly attached ☐Not balanced properly. ☐Repairs are necessary. ☐Immediate attention.

| VEHICLE DOOR LOCK(S) | ☒GOOD | ☐NEEDS ATTENTION | ☐NOT VISIBLE | ☐NOT PRESENT | ☐SEE COMMENT # _____ |

☐ The vehicle door lock(s) have been disabled for safe operation of the automatic garage door opener(s).
☐ The vehicle door lock(s) are ☐ loose ☐ missing ☐ damaged ☐ do not align with the track slots. Repairs are necessary.

| WALL SURFACES | ☒GOOD | ☐NEEDS ATTENTION | ☐NOT VISIBLE | ☐NOT PRESENT | ☐SEE COMMENT # _____ |

COMMENTS: (#1) Vehicle doors/openers do not function - Repair

---

RESIDENTIAL ENGINEERING SERVICES, LLC   (860-643-6247)   PAGE 33
© 2002 William F. Neal   Residential Engineering Services, LLC   rev 3.00

EXHIBIT 19

CLIENT # 09402

☐ The walls in this area: ☐ have typical drywall cracks ☐ have water stains ☐ have water damage ☐ have wetness from an active water leak ☐ has mechanical damage ☐ has peeling paint ☐ loose tape at seams ☐ popped nail heads ☐ evidence of repairs
Recommended action(s): ☐ Immediate Attention ☐ Repair ☐ Maintenance ☐ Monitor ☐ Further Evaluation

**CEILING** ☒ GOOD ☐ NEEDS ATTENTION ☐ NOT VISIBLE ☐ NOT PRESENT ☐ SEE COMMENT # _____

☐ The ceiling in this area: ☐ has typical drywall cracks ☐ has water stains ☐ has water damage ☐ has wetness from an active water leak ☐ has mechanical damage ☐ has peeling paint ☐ loose tape at seams ☐ popped nail heads ☐ evidence of repairs
Recommended action(s): ☐ Immediate Attention ☐ Repair ☐ Maintenance ☐ Monitor ☐ Further Evaluation

**WINDOW(S)** ☒ GOOD ☐ NEEDS ATTENTION ☐ NOT VISIBLE ☐ NOT PRESENT ☐ SEE COMMENT # _____

☐ Repair to one or more window(s) is recommended for the following reason(s): ☐ Crack(s) were noted in one or more window panes ☐ Broken or missing glass was noted in windows ☐ The window(s) are painted/swelled closed ☐ Do not open/close correctly ☐ The latch/handle for the window is ☐ loose ☐ missing ☐ broken. ☐ There is chipped or peeling paint on the window frame/sash/sill ☐ There are broken sash cord(s) in one or more window(s) ☐ Do not stay raised when open ☐ Rot is present ☐ _____ . Repairs are necessary.

☐ There is visible moisture between the panes of the insulated glass window(s). This indicates a leak in the seal between the panes of glass. Repair.

**FOUNDATION WALLS** ☒ GOOD ☐ NEEDS ATTENTION ☒ NOT VISIBLE ☐ NOT PRESENT ☐ SEE COMMENT # _____

**MATERIAL** ☒ CONCRETE ☐ HOLLOW BLOCK ☐ STONE ☐ BRICK ☐ _____

☐ Minor cracks were noted in the foundation. These are not a structural concern at this time. ☐ Some of these cracks have been repaired. Monitor.

☐ Cracks requiring repair were noted in the foundation walls. These ☐ are ☐ are not a structural concern at this time.

**GARAGE FLOOR** ☒ GOOD ☐ NEEDS ATTENTION ☒ NOT VISIBLE ☐ NOT PRESENT ☐ SEE COMMENT # _____

**MATERIAL** ☒ CONCRETE ☐ STONE ☐ BRICK ☐ GRAVEL ☐ DIRT ☐ _____

☐ Minor cracks were noted in the garage floor. These are not a structural concern at this time. ☐ Some of these cracks have been repaired.

☐ Cracks requiring repair were noted in the garage floor. These ☐ are ☐ are not a structural concern at this time.

**FUME BARRIER** ☐ GOOD ☐ NEEDS ATTENTION ☐ NOT VISIBLE ☒ NOT PRESENT ☐ SEE COMMENT # _____

☐ The fume barrier required to protect against fires caused by combustion appliances installed in the garage, in the event of a gasoline leak, is either missing or is not 18" high. Immediate correction is required.

**STEP(S) TO HOUSE** ☒ GOOD ☐ NEEDS ATTENTION ☐ NOT VISIBLE ☐ NOT PRESENT ☐ SEE COMMENT # _____

☐ The steps from the garage to the house are deficient for the following reason(s): ☐ Missing handrail ☐ The stairs are not level ☐ The step(s) has a riser height which is too high ☐ The steps are not stable
Immediate attention is required.

**PERSONNEL DOOR(S)** ☒ GOOD ☐ NEEDS ATTENTION ☐ NOT VISIBLE ☐ NOT PRESENT ☐ SEE COMMENT # _____

☐ The personnel door between the garage and the house does not appear to be rated for fire protection. Immediate attention is required.

☐ Repair to the door(s) is recommended for the following reason(s): ☐ The door does not open/close freely in its frame ☐ The door is loose on its hinges ☐ The doorknob is loose/missing ☐ The door is physically damaged ☐ The doorframe is physically damaged ☐ The door latch is missing ☐ The door does not latch when closed ☐ Broken glass present in door lite(s). Repairs are necessary.

**GARAGE FIRE WALL** ☒ GOOD ☐ NEEDS ATTENTION ☒ NOT VISIBLE ☐ NOT PRESENT ☐ SEE COMMENT # _____

☐ There are holes or other openings in the garage fire wall. Immediate attention is required.

☐ The partition between the garage and the living spaces does not appear to be rated for fire protection. Immediate attention is required.

**CABINETS/COUNTERS** ☒ GOOD ☐ NEEDS ATTENTION ☐ NOT VISIBLE ☐ NOT PRESENT ☐ SEE COMMENT # _____

**COMMENTS:** _____

_____

_____

_____

_____

**RESIDENTIAL ENGINEERING SERVICES, LLC   (860-643-6247)    PAGE 34**
© 2002 William F. Neal   Residential Engineering Services, LLC   rev 3.00

EXHIBIT 19

CLIENT # 09402

☐ The cabinets in this area are: ☐ not securely attached to the structure ☐ have damaged hardware ☐ have loose hardware ☐ have missing hardware ☐ are water damaged ☐ have cracked/broken glass ☐ are physically damaged ☐_____ Repairs are necessary.

☐ The counters in this area are: ☐ not securely attached ☐ water damaged ☐ backsplash not caulked ☐ caulk deteriorated ☐ delaminating ☐ physically damaged ☐_____ . Repairs are necessary.

ELECTRICAL OUTLETS    ☒GOOD    ☐NEEDS ATTENTION    ☐NOT VISIBLE    ☐NOT PRESENT    ☐SEE COMMENT #_____
WIRING AND SWITCHES

☐One or more electric outlets/switches is defective and hazardous for the following reasons. Use may result in electric shock and severe injury: ☐ The outlet is physically damaged. ☐The outlet is a grounding type but there is no ground installed ☐The outlet is wired with "reversed polarity" (the wires connected to the outlet are reversed) ☐Switch is broken ☐Switch does not function ☐_____ Immediate attention is required.

☐One or more electrical junction boxes, outlet boxes, or switch boxes ☐is uncovered ☐have damaged covers ☐is not properly attached to the structure. Immediate attention is required.
☐One or more electric wires is: ☐ connected outside a junction box ☐ terminated without the ends being properly protected in a junction box ☐ not properly attached to the structure ☐ not properly clamped at boxes ☐frayed or damaged ☐_____ Immediate attention is required.

☐Electric extension cords are improperly used, are stapled or otherwise fixed to the structure, or are in a poor condition. Immediate attention is required.

☐Knob & tube wiring was noted. This is an old type of wiring that has not been used for many years. There is no ground with this type of wiring. You should consider replacing all knob & tube wiring with modern grounded wiring.

GFCI OUTLET(S)    ☒GOOD    ☐NEEDS ATTENTION    ☐NOT VISIBLE    ☐NOT PRESENT    ☐SEE COMMENT #_____

☒The GFCI(S) protecting the electric outlets in this area are located in: ☐the outlet (s)    ☐a bathroom    ☐the electric service panel ☐ garage ☐ kitchen ☐ basement ☐_____

☐The GFCI outlet(s) are defective. Repairs/replacement is necessary for the following reason(s): ☐When the GFCI was tripped the power to the outlet was not interrupted ☐The GFCI outlet did not trip when tested ☐ The GFCI was tripped and would not reset. Immediate attention is required.

☐It is strongly recommended Ground Fault Circuit Interrupters (GFCI's) be installed to protect all exterior, basement, garage, bathroom, and countertop electrical outlets to help prevent electrical shock and possible electrocution. Please see the GFCI brochure included with your inspection packet.

LIGHTING/CEILING FAN(S)☒GOOD    ☐NEEDS ATTENTION    ☐NOT VISIBLE    ☐NOT PRESENT    ☐SEE COMMENT #_____

☐ The lighting fixture(s): ☐ not securely attached ☐ have missing bulbs ☐ are missing ☐ have exposed wires ☐ did not operate when tested ☐ are damaged. ☐ Repairs are required. ☐Immediate attention.

☐ The ceiling fan(s): ☐ not securely attached ☐ have missing bulbs ☐ are missing, leaving exposed wires ☐ did not operate when tested ☐ are damaged ☐ were not balanced properly. ☐ Repairs are required. ☐Immediate attention.

GENERAL COMMENTS ABOUT THE GARAGE

☐Firewood is stored in the garage. This is conducive to infestation by termites and/or carpenter ants. This wood should be removed to an exterior location at least fifteen feet from the house or other structure.

☒The garage had ☒shelving ☒cabinets ☒stored goods ☐ debris or was ☒otherwise in a cluttered condition preventing complete observation of some or all of the garage features.

## MISCELLANEOUS INTERIOR FEATURES

CHIMNEY (INTERIOR)    ☒GOOD    ☐NEEDS ATTENTION    ☒NOT VISIBLE    ☐NOT PRESENT    ☐SEE COMMENT #_____

☐ Some of the mortar between the bricks in the chimney is deteriorated and/or missing. Immediate repairs and further evaluation by a lisenced professional are required.

COMMENTS: _____

_____

_____

_____

_____

RESIDENTIAL ENGINEERING SERVICES, LLC    (860-643-6247)    PAGE 35
© 2002 William F. Neal   Residential Engineering Services, LLC   rev 3.00

EXHIBIT 19

CLIENT # 09402

☐ Some of the bricks are deteriorating due to moisture and should be repaired. Immediate repairs and further evaluation by a lisenced professional are required.

☐ One or more chimneys have cracks that are not a structural concern at this time.

☐ One or more chimneys: ☐ have cracks that are a structural concern ☐ otherwise in hazardous condition. Immediate attention is required.

CLEAN-OUT    ☒GOOD   ☐NEEDS ATTENTION   ☐NOT VISIBLE   ☐NOT PRESENT   ☐SEE COMMENT # _____

☐ One or more clean-out doors is: ☐ rusted or sealed closed ☐ damaged ☐ missing ☐ loose ☐ not accessible for inspection Immediate repairs are required.

☐ One or more clean-out: ☐ is full of ash ☐ has pieces of flue tile in it ☐ has evidence of past water ☐ has water in it Immediate repairs and further evaluation by a lisenced professional are required.

FIREPLACE(S)    ☐NO   ☒YES (NUMBER: ☒1 ☐2 ☐3 ☐4 ☐5 ☐6 ☐___ )   GAS LOGS? ☐ YES ☒NO

WOOD STOVE INSERT? ☐ YES ☒NO (IF A WOOD STOVE INSERT IS PRESENT PLEASE SEE WOOD STOVE SECTION BELOW. SOME OR ALL OF THE FIREPLACE FEATURES MAY NOT BE VISIBLE AND WERE NOT INSPECTED)

☐ Smoke stains on the fireplace may indicate that the flue may not have drafted well in the past. Monitor.

DAMPER    ☒GOOD   ☐NEEDS ATTENTION   ☐NOT VISIBLE   ☐NOT PRESENT   ☐SEE COMMENT # _____

☐ One or more fireplace damper(s) is ☐ damaged ☐ missing ☐ loose ☐ does not open/close correctly ☐ has missing hardware. Repairs are necessary.

FIRE CHAMBER    ☒GOOD   ☐NEEDS ATTENTION   ☒NOT VISIBLE   ☐NOT PRESENT   ☐SEE COMMENT # _____

☐ There are cracks in the mortar and fire chamber masonry in one or more fireplaces. Immediate repairs and further evaluation by a lisenced professional are required.

☐ Efflorescence is present in one or more fireplaces. This may indicate water leakage from the exterior portions of the chimney. Immediate repairs and further evaluation by a lisenced professional are required.

ASH PIT    ☐GOOD   ☐NEEDS ATTENTION   ☒NOT VISIBLE   ☐NOT PRESENT   ☐SEE COMMENT # _____

☐ One or more ashpit doors is: ☐ rusted or sealed closed ☐ damaged ☐ missing ☐ loose ☐ not accessible for inspection Repairs are necessary.

CHIMNEY    ☒GOOD   ☐NEEDS ATTENTION   ☒NOT VISIBLE   ☐NOT PRESENT   ☐SEE COMMENT # _____

☒The flue(s) are partially or completely not visible. Inspection by a lisenced professional is strongly recommended.

☐ One or more flues requires repair for safety because of: ☐ Deterioration ☐ Cracking ☐ Open joints ☐ Cleaning is needed ☐ No liner Immediate repairs and further evaluation by a lisenced professional are required.

SCREEN/DOORS    ☒GOOD   ☐NEEDS ATTENTION   ☐NOT VISIBLE   ☐NOT PRESENT   ☐SEE COMMENT # _____

☐ One or more fireplace screen/doors ☐ do not open/close correctly ☐ are damaged ☐ are not securely attached. Immediate attention is required.

HEARTH    ☒GOOD   ☐NEEDS ATTENTION   ☐NOT VISIBLE   ☐NOT PRESENT   ☐SEE COMMENT # _____

☐ The fireplace hearth has: ☐ Cracks or loose masonry ☐ The hearth is not level or has shifted/dropped. Immediate attention is required.

SUPPLIMENTAL HEATING APPLIANCE(S) ☒NO ☐YES
This home has the following stoves that provide supplimental heat: ☐_____ Wood ☐_____Coal ☐_____Pellet ☐_____Gas

EXTERIOR    ☐GOOD   ☐NEEDS ATTENTION   ☐NOT VISIBLE   ☐NOT PRESENT   ☐SEE COMMENT # _____

☐ One or more cracks were noted in the wood stove. Immediate attention is required.

**COMMENTS:** _____

_____

_____

_____

_____

**RESIDENTIAL ENGINEERING SERVICES, LLC  (860-643-6247)     PAGE 36**
© 2002 William F. Neal   Residential Engineering Services, LLC   rev 3.00

EXHIBIT 19

CLIENT # 09402

DOORS                    ☐GOOD    ☐NEEDS ATTENTION    ☐NOT VISIBLE    ☐NOT PRESENT    ☐SEE COMMENT # _____

☐ One or more wood stove doors do not open/close correctly.  Immediate attention is required.

DAMPER                   ☐GOOD    ☐NEEDS ATTENTION    ☐NOT VISIBLE    ☐NOT PRESENT    ☐SEE COMMENT # _____

☐ One or more  wood stove damper: ☐ does not open/close correctly ☐ has missing hardware. Repairs are necessary.

GASKETS                  ☐GOOD    ☐NEEDS ATTENTION    ☐NOT VISIBLE    ☐NOT PRESENT    ☐SEE COMMENT # _____

☐ One or more  wood stove door gaskets are deteriorated. Repairs are necessary.

FLUE                     ☐GOOD    ☐NEEDS ATTENTION    ☐NOT VISIBLE    ☐NOT PRESENT    ☐SEE COMMENT # _____

☐One or more  flues requires repair for safety because of: ☐Deterioration  ☐Open joints  ☐Cleaning is needed
Immediate attention is required.

FIRE SAFETY              ☐GOOD    ☐NEEDS ATTENTION    ☐NOT VISIBLE    ☐NOT PRESENT    ☐SEE COMMENT # _____

☐ One or more  wood stove is closer than 36" from combustible materials.  Immediate attention is required.

☐ One or more smoke pipe of this wood stove is closer than 18" from combustible materials.  Immediate attention is required.

SMOKE/FIRE DETECTORS    ☒YES  ☐NO

# OF DETECTORS __6__    # OPERATIONAL __6__    # INOPERATIONAL __0__    # INACCESSIBLE __0__

☐ One or more smoke detector may part of a home security system and could not be tested.

☐One or more of the smoke detectors in this home are located closer than 12" from a wall to ceiling intersection or otherwise improperly  placed and require immediate attention.  See the smoke detector brochure included with your inspection package for additional information.

☐This building has ☐no smoke detectors ☐inoperable smoke detectors ☐an inadequate number of smoke detectors ☐outdated smoke detectors. Immediate attention is required.  It is strongly recommended you correct this situation for the safety of yourself and your family.  You should call your local fire marshal or the Connecticut fire marshal at (860) 238-6623 for more information.

INTERIOR STAIRWAYS

☒YES  ☐NO    BASEMENT STAIRWAY
☒YES  ☐NO    STAIRWAY(S) BETWEEN LIVING LEVELS
☐YES  ☒NO    ATTIC STAIRWAY
☐YES  ☒NO    _____

RAILINGS                 ☒GOOD    ☐NEEDS ATTENTION    ☐NOT VISIBLE    ☐NOT PRESENT    ☐SEE COMMENT # _____

☐The railing on  one or more stairway(s) is substandard for the following reasons, which constitute a safety hazard: ☐It should extend completely from top to bottom of the stairway.    ☐It should be easy to grip.    ☐It is not securely attached to the structure of the house. ☐ One or both sides of the stairway are open but not protected by a handrail.   ☐The handrail is either too high or too low, making it difficult to grasp. ☐ Missing handrail ☐Railing is not "childproof"    Immediate attention is required.
☐ Basement Stairway ☐ Stairway between Living Levels ☐ Attic Stairway ☐ _____

TREADS                   ☒GOOD    ☐NEEDS ATTENTION    ☐NOT VISIBLE    ☐NOT PRESENT    ☐SEE COMMENT # _____

☐ The tread(s) on the stairway are ☐ loose ☐ broken.  Immediate attention is required.
☐ Basement Stairway ☐ Stairway between Living Levels ☐ Attic Stairway ☐ _____

RISERS                   ☒GOOD    ☐NEEDS ATTENTION    ☐NOT VISIBLE    ☐NOT PRESENT    ☐SEE COMMENT # _____

☐ The riser(s) on the stairway are ☐ loose ☐ broken ☐uneven in height.  Immediate attention is required.
☐ Basement Stairway ☐ Stairway between Living Levels ☐ Attic Stairway ☐ _____

**COMMENTS:** _____

_____

_____

_____

EXHIBIT 19

CLIENT # 09402

LIGHTING    ☒GOOD  ☐NEEDS ATTENTION  ☐NOT VISIBLE  ☐NOT PRESENT  ☐SEE COMMENT #_____

☐ There is inadequate lighting in the stairway. Immediate attention is required.
☐ Basement Stairway ☐ Stairway between Living Levels ☐ Attic Stairway ☐ _____

☐THIS IS AN HISTORIC HOME. VARIOUS FEATURES OF THE STAIRWAYS IN THIS HOME MAY NOT CONFORM TO CURRENT STANDARDS. AN ASSESSMENT HAS BEEN MADE AS TO WHETHER OR NOT ANY CONCERNS REQUIRING REMEDY ARE VISIBLE.

## KITCHEN

COOKING FUEL: ☒ELECTRICITY  ☐NATURAL GAS  ☐PROPANE  ☐_____

RANGE VENTED? ☐NO  ☒YES  TYPE: ☒RECIRCULATION  ☐THROUGH WALL  ☐THROUGH CEILING  ☐_____
☐ The kitchen vent fan: ☐ did not operate ☐ is excessively noisy ☐ is not properly vented

SINK MATERIAL: ☒STAINLESS STEEL  ☐PORCELAIN  ☐SYNTHETIC  ☐_____

☐ The water to this home was shut off at the time of this inspection. Only a visual inspection of the plumbing fixtures has been made.

SINK    ☒GOOD  ☐NEEDS ATTENTION  ☐NOT VISIBLE  ☐NOT PRESENT  ☐SEE COMMENT #_____

☒Stored goods beneath the sink prevented complete observation of the sink features.

☐ The following conditions are present beneath the sink: ☐ active water leaks ☐ dry rot ☐ temporary repairs. Repairs are necessary.
☐ evidence of past leaks. Monitoring is recommended.

☐ The sink is not securely attached to the wall or counter top or cabinet. Repairs are necessary.

☐The sink has a back-siphon potential. This means the water level in the sink can rise over the spout of the faucet. This should be corrected in order to prevent contamination of the household water supply.

DRAINAGE    ☒GOOD  ☐NEEDS ATTENTION  ☐NOT VISIBLE  ☐NOT PRESENT  ☐SEE COMMENT #_____

☐ The sink drainage: ☐ is slow ☐ is leaking ☐ has temporary repairs. Repairs are necessary.

FAUCETS    ☒GOOD  ☐NEEDS ATTENTION  ☐NOT VISIBLE  ☐NOT PRESENT  ☐SEE COMMENT #_____

☐ The sink faucet(s) are in need of attention for the following reason(s): ☐ The water faucet is leaking ☐The sink spigot is leaking ☐The sprayer fixture is leaking. Repairs are necessary.

SHUT-OFFS    ☒GOOD  ☐NEEDS ATTENTION  ☐NOT VISIBLE  ☐NOT PRESENT  ☐SEE COMMENT #_____

☐ The shut-off valve(s) beneath the sink: ☐are leaking ☐handle is missing. Repairs are necessary.

DISPOSAL    ☐GOOD  ☒NEEDS ATTENTION  ☐NOT VISIBLE  ☐NOT PRESENT  ☐SEE COMMENT #_____
Note: The disposal is checked for leaks and proper drainage only. It is not tested for any of it's other functions.

☒ The garbage disposal: ☐ motor activated, but the blades did not rotate ☐ motor did not activate ☐ has been disconnected from the household wiring ☒was excessively noisy ☐ has exposed wiring connections. Repairs are necessary.

DISHWASHER    ☒GOOD  ☐NEEDS ATTENTION  ☐NOT VISIBLE  ☐NOT PRESENT  ☐SEE COMMENT #_____
Note: The dishwasher is checked for leaks and proper drainage only. It is not tested for any of it's other functions.

☐ The dishwasher was not tested due to stored goods in the appliance.

☐ The dishwasher: ☐ has active water leaks ☐ did not operate when turned on ☐ was not connected to the power supply ☐ was not connected to the water supply ☐ door seal is deteriorated/missing. Repairs are necessary.

☐Dry rot was noted beneath the dishwasher. Repairs are necessary.

COMMENTS: _____

_____
_____
_____

RESIDENTIAL ENGINEERING SERVICES, LLC   (860-643-6247)    PAGE 38
© 2002 William F. Neal   Residential Engineering Services, LLC   rev 3.00

EXHIBIT 19

CLIENT # 09402

FLOOR                    ☒GOOD    ☐NEEDS ATTENTION    ☐NOT VISIBLE    ☐NOT PRESENT    ☐SEE COMMENT # _____

☐The floor in this area:  ☐ has water stains  ☐ has mildew  ☐ has water damage  ☐ has wetness from an active water leak  ☐ is not level  ☐ has damaged covering(s)  ☐ is buckled  ☐ has loose tiles  ☐ has missing tiles  ☐cracked tiles
Recommended action(s):  ☐ Immediate Attention  ☐ Repair  ☐ Maintenance  ☐ Monitor  ☐ Further Evaluation

WALL SURFACES            ☒GOOD    ☐NEEDS ATTENTION    ☐NOT VISIBLE    ☐NOT PRESENT    ☐SEE COMMENT # _____

☐ The walls in this area:  ☐ have typical drywall cracks  ☐ have water stains  ☐ have water damage  ☐ have wetness from an active water leak  ☐ has mechanical damage  ☐ has peeling paint  ☐ loose tape at seams  ☐ popped nail heads  ☐ evidence of repairs
Recommended action(s):  ☐ Immediate Attention  ☐ Repair  ☐ Maintenance  ☐ Monitor  ☐ Further Evaluation

CEILING                  ☒GOOD    ☐NEEDS ATTENTION    ☐NOT VISIBLE    ☐NOT PRESENT    ☐SEE COMMENT # _____

☐ The ceiling in this area:  ☐ has typical drywall cracks  ☐ has water stains  ☐ has water damage  ☐ has wetness from an active water leak  ☐ has mechanical damage  ☐ has peeling paint  ☐ loose tape at seams  ☐ popped nail heads  ☐ evidence of repairs
Recommended action(s):  ☐ Immediate Attention  ☐ Repair  ☐ Maintenance  ☐ Monitor  ☐ Further Evaluation

DOORS & KNOB             ☒GOOD    ☐NEEDS ATTENTION    ☐NOT VISIBLE    ☐NOT PRESENT    ☐SEE COMMENT # _____

☐ Repair to the door(s) is recommended for the following reason(s):  ☐The door does not open/close freely in its frame  ☐ The door is loose on its hinges  ☐ The doorknob is loose/missing  ☐ The door is physically damaged  ☐The doorframe is physically damaged  ☐ The door latch is  ☐ loose  ☐ missing  ☐ The door does not latch when closed  ☐ Broken glass present in door lite(s). Repairs are necessary.

WINDOW(S)                ☒GOOD    ☐NEEDS ATTENTION    ☐NOT VISIBLE    ☐NOT PRESENT    ☐SEE COMMENT # _____

☐ Repair to one or more window(s) is recommended for the following reason(s):  ☐Crack(s) were noted in one or more window panes  ☐Broken or missing glass was noted in windows  ☐ The window(s) are painted/swelled closed  ☐ Do not open/close correctly  ☐ The latch/handle for the window is  ☐ loose  ☐ missing  ☐ broken.  ☐ There is chipped or peeling paint on the window frame/sash/sill  ☐ There are broken sash cord(s) in one or more window(s)  ☐ Do not stay raised when open  ☐ Rot is present
☐ _____ . Repairs are necessary.

☐ There is visible moisture between the panes of the insulated glass window(s). This indicates a leak in the seal between the panes of glass.

CABINETS/COUNTERS        ☒GOOD    ☐NEEDS ATTENTION    ☐NOT VISIBLE    ☐NOT PRESENT    ☐SEE COMMENT # _____

☐ The cabinets in this area are:  ☐ not securely attached to the structure  ☐ have damaged hardware  ☐ have loose hardware  ☐ have missing hardware  ☐ are water damaged  ☐ have cracked/broken glass  ☐ are physically damaged  ☐_____
Repairs are necessary.

☐ The counters in this area are:  ☐ not securely attached  ☐ water damaged  ☐ backsplash not caulked  ☐ caulk deteriorated  ☐ delaminating  ☐ physically damaged  ☐ _____ . Repairs are necessary.

ELECTRICAL OUTLETS       ☒GOOD    ☐NEEDS ATTENTION    ☐NOT VISIBLE    ☐NOT PRESENT    ☐SEE COMMENT # _____
WIRING AND SWITCHES

☐One or more electric outlets/switches is defective and hazardous for the following reasons. Use may result in electric shock and severe injury:  ☐ The outlet is physically damaged.  ☐The outlet is a grounding type but there is no ground installed  ☐The outlet is wired with "reversed polarity" (the wires connected to the outlet are reversed)  ☐Switch is broken  ☐Switch does not function  ☐ _____
Immediate attention is required.

☐One or more electrical junction boxes, outlet boxes, or switch boxes  ☐is uncovered  ☐have damaged covers  ☐is not properly attached to the structure. Immediate attention is required.
☐One or more electric wires is:  ☐ connected outside a junction box  ☐ terminated without the ends being properly protected in a junction box  ☐ not properly attached to the structure  ☐ not properly clamped at boxes  ☐frayed or damaged  ☐ _____
Immediate attention is required.

☐Electric extension cords are improperly used, are stapled or otherwise fixed to the structure, or are in a poor condition. Immediate attention is required.

☐Knob & tube wiring was noted. This is an old type of wiring that has not been used for many years. There is no ground with this type of wiring.

COMMENTS: _____

_____
_____
_____
_____

RESIDENTIAL ENGINEERING SERVICES, LLC  (860-643-6247)    PAGE 39
© 2002 William F. Neal   Residential Engineering Services, LLC   rev 3.00

EXHIBIT 19

CLIENT # 09402

You should consider replacing all knob & tube wiring with modern grounded wiring.

GFCI OUTLET(S)    ☒GOOD    ☐NEEDS ATTENTION    ☐NOT VISIBLE    ☐NOT PRESENT    ☐SEE COMMENT # _____

☒The GFCI(S) protecting the electric outlets in this area are located in: ☒the outlet (s)    ☐a bathroom    ☐the electric service panel
☐ garage ☐ kitchen ☐ basement ☐ _____

☐The GFCI outlet(s) are defective. Repairs/replacement is necessary for the following reason(s): ☐When the GFCI was tripped the power to the outlet was not interrupted ☐The GFCI outlet did not trip when tested ☐ The GFCI was tripped and would not reset. Immediate attention is required.

☐It is strongly recommended Ground Fault Circuit Interrupters (GFCI's) be installed to protect all exterior, basement, garage, bathroom, and countertop electrical outlets to help prevent electrical shock and possible electrocution. Please see the GFCI brochure included with your inspection packet.

LIGHTING/CEILING FAN(S) ☒GOOD    ☐NEEDS ATTENTION    ☐NOT VISIBLE    ☐NOT PRESENT    ☐SEE COMMENT # _____

☐ The lighting fixture(s): ☐ not securely attached ☐ have missing bulbs ☐ are missing ☐ have exposed wires ☐ did not operate when tested ☐ are damaged.        ☐ Repairs are required. ☐Immediate attention.

☐ The ceiling fan(s): ☐ not securely attached ☐ have missing bulbs ☐ are missing, leaving exposed wires ☐ did not operate when tested ☐ are damaged ☐ were not balanced properly.        ☐Repairs are required. ☐Immediate attention.

HEATING    ☒GOOD    ☐NEEDS ATTENTION    ☐NOT VISIBLE    ☐NOT PRESENT    ☐SEE COMMENT # _____

The heating source for this area is provided by: ☒a central heating system ☐ a separate heating system installed within this area
☐ This area has no installed heating system

☐ The following comments apply to the heating system in this area: ☐ cover is ☐loose ☐ damaged ☐ missing ☐ has exposed wiring connections ☐ thermostat is damaged ☐ thermostat is missing ☐ plumbing is leaking ☐ fan is noisy ☐no heat to unit. Repairs are necessary.

## BATHROOM(S)

| | BASEMENT | 1ST | 2ND | 3RD FLOOR AND IS A | FULL | HALF BATH | LAUNDRY |
|---|---|---|---|---|---|---|---|
| BATHROOM #1 IS LOCATED ON THE | ☐ | ☒ | ☐ | ☐ | ☐ | ☒ | ☒ |
| BATHROOM #2 IS LOCATED ON THE | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ |
| BATHROOM #3 IS LOCATED ON THE | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ |
| BATHROOM #4 IS LOCATED ON THE | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| BATHROOM #5 IS LOCATED ON THE | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| BATHROOM #6 IS LOCATED ON THE | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**TUB/SHOWER**    ☒GOOD    ☐NEEDS ATTENTION    ☐NOT VISIBLE    ☐NOT PRESENT    ☐SEE COMMENT # _____

☐ The tub/shower pan: ☐is cracked ☐is damaged ☐have temporary repairs ☐_____. Repairs are necessary.
This applies to bathroom ☐1 ☐2 ☐3 ☐4 ☐5 ☐6

☐Repairs have been made to the tub/shower pan. These should be monitored and maintained on an ongoing basis.

☐ The tub/shower enclosure is in need of attention for the following reason(s): ☐ The caulking and/or grout is deteriorated/missing ☐ The tile in the enclosure is loose/ missing ☐ There are indications of dry rot or other damage to the dry wall behind the tub/shower enclosure. Repair. This applies to bathroom ☐1 ☐2 ☐3 ☐4 ☐5 ☐6

FAUCETS    ☒GOOD    ☐NEEDS ATTENTION    ☐NOT VISIBLE    ☐NOT PRESENT    ☐SEE COMMENT # _____

☐ The faucet(s) are in need of attention for the following reason(s): ☐ The water faucet is leaking ☐The spigot is leaking ☐The sprayer fixture is leaking ☐The shower diverter is leaking. Repairs are necessary.
This applies to bathroom ☐1 ☐2 ☐3 ☐4 ☐5 ☐6

SHOWER HEAD    ☒GOOD    ☐NEEDS ATTENTION    ☐NOT VISIBLE    ☐NOT PRESENT    ☐SEE COMMENT # _____

☐ The shower head fixture(s) ☐are leaking ☐are missing. Repairs are necessary.
This applies to bathroom ☐1 ☐2 ☐3 ☐4 ☐5 ☐6

COMMENTS: _____
_____
_____
_____
_____

RESIDENTIAL ENGINEERING SERVICES, LLC    (860-643-6247)    PAGE 40
© 2002 William F. Neal   Residential Engineering Services, LLC   rev 3.00

EXHIBIT 19

**CLIENT # 09402**

DRAINAGE    ☒GOOD    ☐NEEDS ATTENTION    ☐NOT VISIBLE    ☐NOT PRESENT    ☐SEE COMMENT # _____

☐ The drainage in is need of attention for the following reason(s): ☐The drainage is slow ☐ The trap is leaking
☐ The drain does not open/close properly ☐ The drain linkage is disconnected ☐ has temporary repairs. Repair is necessary.
This applies to bathroom ☐1    ☐2    ☐3    ☐4    ☐5    ☐6

**LAVATORY**

SINK    ☒GOOD    ☐NEEDS ATTENTION    ☐NOT VISIBLE    ☐NOT PRESENT    ☐SEE COMMENT # _____

☐ Stored goods beneath the sink prevented complete observation of the sink features.
This applies to bathroom ☐1    ☐2    ☐3    ☐4    ☐5    ☐6

☐ The following conditions are present beneath the sink: ☐ active water leaks ☐ dry rot ☐ temporary repairs. Repairs are necessary.
☐ evidence of past leaks. Monitoring is recommended.
This applies to bathroom ☐1    ☐2    ☐3    ☐4    ☐5    ☐6

☐ The sink is not securely attached to the wall or counter top or cabinet. Repairs are necessary.
This applies to bathroom ☐1    ☐2    ☐3    ☐4    ☐5    ☐6

☐The sink has a back-siphon potential. This means the water level in the sink can rise over the spout of the faucet. This should becorrected in order
to prevent contamination of the household water supply.
This applies to bathroom ☐1    ☐2    ☐3    ☐4    ☐5    ☐6

DRAINAGE    ☒GOOD    ☐NEEDS ATTENTION    ☐NOT VISIBLE    ☐NOT PRESENT    ☐SEE COMMENT # _____

☐ The drainage: ☐ is slow ☐ is leaking ☐ has temporary repairs. Repairs are necessary.
This applies to bathroom ☐1    ☐2    ☐3    ☐4    ☐5    ☐6

FAUCETS    ☒GOOD    ☐NEEDS ATTENTION    ☐NOT VISIBLE    ☐NOT PRESENT    ☐SEE COMMENT # _____

☐ The faucet(s) are in need of attention for the following reason(s): ☐ The water faucet is leaking ☐The sink spigot is leaking
☐The sprayer fixture is leaking. Repairs are necessary.
This applies to bathroom ☐1    ☐2    ☐3    ☐4    ☐5    ☐6

SHUT-OFFS    ☒GOOD    ☐NEEDS ATTENTION    ☐NOT VISIBLE    ☐NOT PRESENT    ☐SEE COMMENT # _____

☐ The shut-off valve(s) beneath the sink: ☐are leaking ☐handle is missing. Repairs are necessary.
This applies to bathroom ☐1    ☐2    ☐3    ☐4    ☐5    ☐6

**TOILET**    ☒GOOD    ☐NEEDS ATTENTION    ☐NOT VISIBLE    ☐NOT PRESENT    ☐SEE COMMENT # _____

☐ The toilet: ☐base is not securely attached to the floor ☐ tank is not securely attached to the base ☐base is cracked ☐ tank is cracked
☐ tank is leaking ☐ tank plumbing does not function correctly ☐fills constantly. Repairs are necessary
This applies to bathroom ☐1    ☐2    ☐3    ☐4    ☐5    ☐6

SHUT OFF    ☒GOOD    ☐NEEDS ATTENTION    ☐NOT VISIBLE    ☐NOT PRESENT    ☐SEE COMMENT # _____

☐ The shut-off valve on the toilet ☐is leaking ☐handle is missing. Repairs are necessary.
This applies to bathroom ☐1    ☐2    ☐3    ☐4    ☐5    ☐6

DRAINAGE    ☒GOOD    ☐NEEDS ATTENTION    ☐NOT VISIBLE    ☐NOT PRESENT    ☐SEE COMMENT # _____

☐ The toilet drainage in is need of attention for the following reason(s): ☐The drainage in the toilet is slow ☐ There is leaking at the base of the
toilet. Repairs are necessary.
This applies to bathroom ☐1    ☐2    ☐3    ☐4    ☐5    ☐6

VENT FAN    ☒GOOD    ☐NEEDS ATTENTION    ☐NOT VISIBLE    ☐NOT PRESENT    ☐SEE COMMENT # _____

☐ One or more bathroom vent fan(s) ☐did not operate at the time of the inspection ☐has excessive noise and/or vibration. Repairs are necessary.
This applies to bathroom ☐1    ☐2    ☐3    ☐4    ☐5    ☐6

**COMMENTS:** _____

_____
_____
_____

EXHIBIT 19

CLIENT # 09402

FLOOR                 ☒GOOD    ☐NEEDS ATTENTION    ☐NOT VISIBLE    ☐NOT PRESENT    ☐SEE COMMENT # _____

☐The floor in this area: ☐ has water stains ☐ has mildew ☐ has water damage ☐ has wetness from an active water leak ☐ is not level ☐ has damaged covering(s) ☐ is buckled ☐ has loose tiles ☐ has missing tiles ☐cracked tiles
This applies to bathroom ☐1  ☐2  ☐3  ☐4  ☐5  ☐6
Recommended action(s): ☐ Immediate Attention  ☐ Repair  ☐ Maintenance  ☐ Monitor  ☐ Further Evaluation

WALL SURFACES         ☒GOOD    ☐NEEDS ATTENTION    ☐NOT VISIBLE    ☐NOT PRESENT    ☐SEE COMMENT # _____

☐ The walls in this area: ☐ have typical drywall cracks ☐ have water stains ☐ have water damage ☐ have wetness from an active water leak ☐ has mechanical damage ☐ has peeling paint ☐ loose tape at seams ☐ popped nail heads ☐ evidence of repairs
This applies to bathroom ☐1  ☐2  ☐3  ☐4  ☐5  ☐6
Recommended action(s): ☐ Immediate Attention  ☐ Repair  ☐ Maintenance  ☐ Monitor  ☐ Further Evaluation

CEILING               ☒GOOD    ☐NEEDS ATTENTION    ☐NOT VISIBLE    ☐NOT PRESENT    ☐SEE COMMENT # _____

☐ The ceiling in this area: ☐ has typical drywall cracks ☐ has water stains ☐ has water damage ☐ has wetness from an active water leak ☐ has mechanical damage ☐ has peeling paint ☐ loose tape at seams ☐ popped nail heads ☐ evidence of repairs
This applies to bathroom ☐1  ☐2  ☐3  ☐4  ☐5  ☐6
Recommended action(s): ☐ Immediate Attention  ☐ Repair  ☐ Maintenance  ☐ Monitor  ☐ Further Evaluation

DOORS & KNOB          ☐GOOD    ☒NEEDS ATTENTION    ☐NOT VISIBLE    ☐NOT PRESENT    ☐SEE COMMENT # _____

☒Repair to the door(s) is recommended for the following reason(s): ☐The door does not open/close freely in its frame ☒The door is loose on its hinges ☐ The doorknob is loose/missing ☐ The door is physically damaged ☐The doorframe is physically damaged ☐ The door latch is ☐ loose ☐ missing ☐ The door does not latch when closed ☐ Broken glass present in door lite(s). Repairs are necessary.
This applies to bathroom ☒1  ☐2  ☐3  ☐4  ☐5  ☐6

SAFETY LOCK           ☒GOOD    ☐NEEDS ATTENTION    ☐NOT VISIBLE    ☐NOT PRESENT    ☐SEE COMMENT # _____

☐ One or more lock(s) on the bathroom door is not a safety lock, i.e. cannot be opened from outside the bathroom door. It is recommended that this lock be removed or replaced with a s safety type locking mechanism.
This applies to bathroom ☐1  ☐2  ☐3  ☐4  ☐5  ☐6

WINDOW(S)             ☒GOOD    ☐NEEDS ATTENTION    ☐NOT VISIBLE    ☐NOT PRESENT    ☐SEE COMMENT # _____

☐ Repair to one or more window(s) is recommended for the following reason(s): ☐Crack(s) were noted in one or more window panes ☐Broken or missing glass was noted in windows ☐ The window(s) are painted/swelled closed ☐ Do not open/close correctly ☐ The latch/handle for the window is ☐ loose ☐ missing ☐ broken. ☐ There is chipped or peeling paint on the window frame/sash/sill ☐ There are broken sash cord(s) in one or more window(s) ☐ Do not stay raised when open ☐ Rot is present ☐_____ . Repairs are necessary.
This applies to bathroom ☐1  ☐2  ☐3  ☐4  ☐5  ☐6

☐ There is visible moisture between the panes of the insulated glass window(s). This indicates a leak in the seal between the panes of glass.
This applies to bathroom ☐1  ☐2  ☐3  ☐4  ☐5  ☐6

CABINETS/COUNTERS     ☒GOOD    ☐NEEDS ATTENTION    ☐NOT VISIBLE    ☒NOT PRESENT    ☐SEE COMMENT # _____

☐ The cabinets in this area are: ☐ not securely attached to the structure ☐ have damaged hardware ☐ have loose hardware ☐ have missing hardware ☐ are water damaged ☐ have cracked/broken glass ☐ are physically damaged ☐_____
Repairs are necessary.
This applies to bathroom ☐1  ☐2  ☐3  ☐4  ☐5  ☐6

☐ The counters in this area are: ☐ not securely attached ☐ water damaged ☐ backsplash not caulked ☐ caulk deteriorated ☐ delaminating ☐ physically damaged ☐_____ . Repairs are necessary.
This applies to bathroom ☐1  ☐2  ☐3  ☐4  ☐5  ☐6

ELECTRICAL OUTLETS    ☒GOOD    ☐NEEDS ATTENTION    ☐NOT VISIBLE    ☐NOT PRESENT    ☐SEE COMMENT # _____
WIRING AND SWITCHES

☐One or more electric outlets/switches is defective and hazardous for the following reasons. Use may result in electric shock and severe injury:

**COMMENTS:** _____

_____

_____

_____

_____

EXHIBIT 19

CLIENT # 09402

☐ The outlet is physically damaged. ☐The outlet is a grounding type but there is no ground installed ☐The outlet is wired with "reversed polarity" (the wires connected to the outlet are reversed) ☐Switch is broken ☐Switch does not function ☐ _____
Immediate attention is required.
This applies to bathroom ☐1   ☐2   ☐3   ☐4   ☐5   ☐6

☐One or more electrical junction boxes, outlet boxes, or switch boxes ☐is uncovered ☐have damaged covers ☐is not properly attached to the structure. Immediate attention is required.
This applies to bathroom ☐1   ☐2   ☐3   ☐4   ☐5   ☐6
☐One or more electric wires is: ☐ connected outside a junction box ☐ terminated without the ends being properly protected in a junction box ☐ not properly attached to the structure ☐ not properly clamped at boxes ☐frayed or damaged ☐ _____
Immediate attention is required.
This applies to bathroom ☐1   ☐2   ☐3   ☐4   ☐5   ☐6

☐Electric extension cords are improperly used, are stapled or otherwise fixed to the structure, or are in a poor condition. Immediate attention is required.
This applies to bathroom ☐1   ☐2   ☐3   ☐4   ☐5   ☐6

☐Knob & tube wiring was noted. This is an old type of wiring that has not been used for many years. There is no ground with this type of wiring. You should consider replacing all knob & tube wiring with modern grounded wiring.
This applies to bathroom ☐1   ☐2   ☐3   ☐4   ☐5   ☐6

GFCI OUTLET(S)    ☒GOOD    ☐NEEDS ATTENTION    ☐NOT VISIBLE    ☐NOT PRESENT    ☐SEE COMMENT # _____

☒The GFCI(S) protecting the electric outlets in this area are located in: ☒the outlet (s)   ☐a bathroom   ☐the electric service panel ☐ garage ☐ kitchen ☐ basement ☐ _____

☐The GFCI outlet(s) are defective. Repairs/replacement is necessary for the following reason(s): ☐When the GFCI was tripped the power to the outlet was not interrupted ☐The GFCI outlet did not trip when tested ☐ The GFCI was tripped and would not reset.
Immediate attention is required.
This applies to bathroom ☐1   ☐2   ☐3   ☐4   ☐5   ☐6

☐It is strongly recommended Ground Fault Circuit Interrupters (GFCI's) be installed to protect all exterior, basement, garage, bathroom, and countertop electrical outlets to help prevent electrical shock and possible electrocution. Please see the GFCI brochure included with your inspection packet.
This applies to bathroom ☐1   ☐2   ☐3   ☐4   ☐5   ☐6

LIGHTING/CEILING FAN(S) ☒GOOD    ☐NEEDS ATTENTION    ☐NOT VISIBLE    ☐NOT PRESENT    ☐SEE COMMENT # _____

☐ The lighting fixture(s): ☐ not securely attached ☐ have missing bulbs ☐ are missing ☐ have exposed wires ☐ did not operate when tested ☐ are damaged. Repairs are required.
This applies to bathroom ☐1   ☐2   ☐3   ☐4   ☐5   ☐6

☐ The ceiling fan(s): ☐ not securely attached ☐ have missing bulbs ☐ are missing, leaving exposed wires ☐ did not operate when tested ☐ are damaged ☐ were not balanced properly. Repairs are required.
This applies to bathroom ☐1   ☐2   ☐3   ☐4   ☐5   ☐6

HEATING    ☒GOOD    ☐NEEDS ATTENTION    ☐NOT VISIBLE    ☐NOT PRESENT    ☐SEE COMMENT # _____

The heating source for this area is provided by: ☒ central heating system ☐ a separate heating system installed within this area ☐ This area has no installed heating system:  This applies to bathroom ☐1   ☐2   ☐3   ☐4   ☐5   ☐6

☐ The following comments apply to the heating system in this area: ☐ cover is ☐loose ☐ damaged ☐ missing ☐ has exposed wiring connections ☐ thermostat is damaged ☐ thermostat is missing ☐ plumbing is leaking ☐ fan is noisy ☐no heat to unit. Repairs are necessary.
This applies to bathroom ☐1   ☐2   ☐3   ☐4   ☐5   ☐6

## LIVING AREAS

**THIS HOME HAS THE FOLLOWING LIVING AREAS**

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| ☒LIVING ROOM | ON THE ☐ BASEMENT | ☒1ST | ☐2ND | ☐3RD, FLOOR IS: | ☒WOOD | ☐CARPET | ☐VINYL | ☐CERAMIC |
| ☒FAMILY ROOM | ON THE ☐ BASEMENT | ☒1ST | ☐2ND | ☐3RD, FLOOR IS: | ☒WOOD | ☐CARPET | ☐VINYL | ☐CERAMIC |
| ☒DINING ROOM | ON THE ☐ BASEMENT | ☒1ST | ☐2ND | ☐3RD, FLOOR IS: | ☒WOOD | ☐CARPET | ☐VINYL | ☐CERAMIC |

COMMENTS: _____
_____
_____
_____

RESIDENTIAL ENGINEERING SERVICES, LLC   (860-643-6247)    PAGE 43
© 2002 William F. Neal   Residential Engineering Services, LLC   rev 3.00

EXHIBIT 19

CLIENT # 09402

| | | 1ST | 2ND | 3RD, FLOOR IS: | WOOD | CARPET | VINYL | CERAMIC |
|---|---|---|---|---|---|---|---|---|
| ☐OFFICE | ON THE ☐ BASEMENT | ☐1ST | ☐2ND | ☐3RD, FLOOR IS: | ☐WOOD | ☐CARPET | ☐VINYL | ☐CERAMIC |
| ☐DEN | ON THE ☐ BASEMENT | ☐1ST | ☐2ND | ☐3RD, FLOOR IS: | ☐WOOD | ☐CARPET | ☐VINYL | ☐CERAMIC |
| ☐LIBRARY | ON THE ☐ BASEMENT | ☐1ST | ☐2ND | ☐3RD, FLOOR IS: | ☐WOOD | ☐CARPET | ☐VINYL | ☒CERAMIC |
| ☒FOYER | ON THE ☐ BASEMENT | ☒1ST | ☐2ND | ☐3RD, FLOOR IS: | ☐WOOD | ☒CARPET | ☐VINYL | ☒CERAMIC |
| ☒HALL | ON THE ☐ BASEMENT | ☐1ST | ☒2ND | ☐3RD, FLOOR IS: | ☐WOOD | ☒CARPET | ☐VINYL | ☐CERAMIC |
| ☐_____* | ON THE ☐ BASEMENT | ☐1ST | ☐2ND | ☐3RD, FLOOR IS: | ☐WOOD | ☐CARPET | ☐VINYL | ☐CERAMIC |

**FLOOR**          ☒GOOD    ☐NEEDS ATTENTION    ☐NOT VISIBLE    ☐NOT PRESENT    ☐SEE COMMENT # _____

☐The floor in this area: ☐ has water stains ☐ has mildew ☐ has water damage ☐ has wetness from an active water leak ☐ is not level ☐ has damaged covering(s) ☐ is buckled ☐ has loose tiles ☐ has missing tiles ☐cracked tiles
This comment applies to the: ☐Living Room ☐Family Room ☐Dining Room ☐Office ☐ Den ☐Library ☐Foyer ☐ Hall ☐ Other*
Recommended action(s): ☐ Immediate Attention ☐ Repair ☐ Maintenance ☐ Monitor ☐ Further Evaluation

**WALL SURFACES**      ☒GOOD    ☐NEEDS ATTENTION    ☐NOT VISIBLE    ☐NOT PRESENT    ☐SEE COMMENT # _____

☐ The walls in this area: ☐ have typical drywall cracks ☐ have water stains ☐ have water damage ☐ have wetness from an active water leak ☐ has mechanical damage ☐ has peeling paint ☐ loose tape at seams ☐ popped nail heads ☐ evidence of repairs
This comment applies to the: ☐Living Room ☐Family Room ☐Dining Room ☐Office ☐ Den ☐Library ☐Foyer ☐ Hall ☐ Other*
Recommended action(s): ☐ Immediate Attention ☐ Repair ☐ Maintenance ☐ Monitor ☐ Further Evaluation

**CEILING**          ☒GOOD    ☐NEEDS ATTENTION    ☐NOT VISIBLE    ☐NOT PRESENT    ☐SEE COMMENT # _____

☐ The ceiling in this area: ☐ has typical drywall cracks ☐ has water stains ☐ has water damage ☐ has wetness from an active water leak ☐ has mechanical damage ☐ has peeling paint ☐ loose tape at seams ☐ popped nail heads ☐ evidence of repairs
This comment applies to the: ☐Living Room ☐Family Room ☐Dining Room ☐Office ☐ Den ☐Library ☐Foyer ☐ Hall ☐ Other*
Recommended action(s): ☐ Immediate Attention ☐ Repair ☐ Maintenance ☐ Monitor ☐ Further Evaluation

**DOORS & KNOB**      ☒GOOD    ☐NEEDS ATTENTION    ☐NOT VISIBLE    ☐NOT PRESENT    ☐SEE COMMENT # _____

☐ Repair to the door(s) is recommended for the following reason(s): ☐The door does not open/close freely in its frame ☐ The door is loose on its hinges ☐ The doorknob is loose/missing ☐ The door is physically damaged ☐The doorframe is physically damaged ☐ The door latch is ☐ loose ☐ missing ☐ The door does not latch when closed ☐ Broken glass present in door lite(s). Repairs are necessary.
This comment applies to the: ☐Living Room ☐Family Room ☐Dining Room ☐Office ☐ Den ☐Library ☐Foyer ☐ Hall ☐ Other*

**WINDOW(S)**        ☒GOOD    ☐NEEDS ATTENTION    ☐NOT VISIBLE    ☐NOT PRESENT    ☐SEE COMMENT # _____

☐ Repair to one or more window(s) is recommended for the following reason(s): ☐Crack(s) were noted in one or more window panes ☐Broken or missing glass was noted in windows ☐ The window(s) are painted/swelled closed ☐ Do not open/close correctly ☐ The latch/handle for the window is ☐ loose ☐ missing ☐ broken. ☐ There is chipped or peeling paint on the window frame/sash/sill ☐ There are broken sash cord(s) in one or more window(s) ☐ Do not stay raised when open ☐ Rot is present ☐ _____ . Repairs are necessary.
This comment applies to the: ☐Living Room ☐Family Room ☐Dining Room ☐Office ☐ Den ☐Library ☐Foyer ☐ Hall ☐ Other*

☐ There is visible moisture between the panes of the insulated glass window(s). This indicates a leak in the seal between the panes of glass.
This comment applies to the: ☐Living Room ☐Family Room ☐Dining Room ☐Office ☐ Den ☐Library ☐Foyer ☐ Hall ☐ Other*

**CABINETS/COUNTERS**    ☒GOOD    ☐NEEDS ATTENTION    ☐NOT VISIBLE    ☐NOT PRESENT    ☐SEE COMMENT # _____

☐ The cabinets in this area are: ☐ not securely attached to the structure ☐ have damaged hardware ☐ have loose hardware ☐ have missing hardware ☐ are water damaged ☐ have cracked/broken glass ☐ are physically damaged ☐_____
Repairs are necessary.
This comment applies to the: ☐Living Room ☐Family Room ☐Dining Room ☐Office ☐ Den ☐Library ☐Foyer ☐ Hall ☐ Other*

☐ The counters in this area are: ☐ not securely attached ☐ water damaged ☐ backsplash not caulked ☐ caulk deteriorated ☐ delaminating ☐ physically damaged ☐ _____ . Repairs are necessary.
This comment applies to the: ☐Living Room ☐Family Room ☐Dining Room ☐Office ☐ Den ☐Library ☐Foyer ☐ Hall ☐ Other*

**ELECTRICAL OUTLETS**    ☒GOOD    ☐NEEDS ATTENTION    ☐NOT VISIBLE    ☐NOT PRESENT    ☐SEE COMMENT # _____
**WIRING AND SWITCHES**

☐One or more electric outlets/switches is defective and hazardous for the following reasons. Use may result in electric shock and severe injury:

**COMMENTS:** _____

_____

_____

_____

EXHIBIT 19

CLIENT # 09402

☐ The outlet is physically damaged. ☐The outlet is a grounding type but there is no ground installed ☐The outlet is wired with "reversed polarity" (the wires connected to the outlet are reversed) ☐Switch is broken   ☐Switch does not function ☐ _____
Immediate attention is required.
This comment applies to the: ☐Living Room ☐Family Room ☐Dining Room ☐Office ☐ Den ☐Library ☐Foyer ☐ Hall ☐ Other*

☐One or more electrical junction boxes, outlet boxes, or switch boxes ☐is uncovered ☐have damaged covers ☐is not properly attached to the structure. Immediate attention is required.
This comment applies to the: ☐Living Room ☐Family Room ☐Dining Room ☐Office ☐ Den ☐Library ☐Foyer ☐ Hall ☐ Other*
☐One or more electric wires is: ☐ connected outside a junction box ☐ terminated without the ends being properly protected in a junction box ☐ not properly attached to the structure ☐ not properly clamped at boxes ☐frayed or damaged ☐ _____
Immediate attention is required.
This comment applies to the: ☐Living Room ☐Family Room ☐Dining Room ☐Office ☐ Den ☐Library ☐Foyer ☐ Hall ☐ Other*

☐Electric extension cords are improperly used, are stapled or otherwise fixed to the structure, or are in a poor condition. Immediate attention is required.
This comment applies to the: ☐Living Room ☐Family Room ☐Dining Room ☐Office ☐ Den ☐Library ☐Foyer ☐ Hall ☐ Other*

☐Knob & tube wiring was noted. This is an old type of wiring that has not been used for many years. There is no ground with this type of wiring. You should consider replacing all knob & tube wiring with modern grounded wiring.
This comment applies to the: ☐Living Room ☐Family Room ☐Dining Room ☐Office ☐ Den ☐Library ☐Foyer ☐ Hall ☐ Other*

GFCI OUTLET(S)          ☐GOOD     ☐NEEDS ATTENTION     ☐NOT VISIBLE     ☒NOT PRESENT     ☐SEE COMMENT # _____

☐The GFCI(S) protecting the electric outlets in this area are located in: ☐the outlet (s)   ☐a bathroom   ☐the electric service panel ☐ garage ☐ kitchen ☐ basement ☐_____

☐The GFCI outlet(s) are defective. Repairs/replacement is necessary for the following reason(s): ☐When the GFCI was tripped the power to the outlet was not interrupted ☐The GFCI outlet did not trip when tested  ☐ The GFCI was tripped and would not reset. Immediate attention is required.
This comment applies to the: ☐Living Room ☐Family Room ☐Dining Room ☐Office ☐ Den ☐Library ☐Foyer ☐ Hall ☐ Other*

☐It is strongly recommended Ground Fault Circuit Interrupters (GFCI's) be installed to protect all exterior, basement, garage, bathroom, and countertop electrical outlets to help prevent electrical shock and possible electrocution. Please see the GFCI brochure included with your inspection packet.
This comment applies to the: ☐Living Room ☐Family Room ☐Dining Room ☐Office ☐ Den ☐Library ☐Foyer ☐ Hall ☐ Other*

LIGHTING/CEILING FAN(S) ☒GOOD     ☐NEEDS ATTENTION     ☐NOT VISIBLE     ☐NOT PRESENT     ☐SEE COMMENT # _____

☐ The lighting fixture(s): ☐ not securely attached ☐ have missing bulbs ☐ are missing ☐ have exposed wires ☐ did not operate when tested ☐ are damaged. Repairs are required.
This comment applies to the: ☐Living Room ☐Family Room ☐Dining Room ☐Office ☐ Den ☐Library ☐Foyer ☐ Hall ☐ Other*

☐ The ceiling fan(s): ☐ not securely attached ☐ have missing bulbs ☐ are missing, leaving exposed wires ☐ did not operate when tested ☐ are damaged ☐ were not balanced properly. Repairs are required.
This comment applies to the: ☐Living Room ☐Family Room ☐Dining Room ☐Office ☐ Den ☐Library ☐Foyer ☐ Hall ☐ Other*

HEATING          ☒GOOD     ☐NEEDS ATTENTION     ☐NOT VISIBLE     ☐NOT PRESENT     ☐SEE COMMENT # _____

The heating source for this area is provided by: ☐ a central heating system ☐ a separate heating system installed within this area ☐ This area has no installed heating system:
This comment applies to the: ☐Living Room ☐Family Room ☐Dining Room ☐Office ☐ Den ☐Library ☐Foyer ☐ Hall ☐ Other*

☐ The following comments apply to the heating system in this area: ☐ cover is ☐loose ☐ damaged ☐ missing ☐ has exposed wiring connections ☐ thermostat is damaged ☐ thermostat is missing ☐ plumbing is leaking ☐ fan is noisy ☐no heat to unit. Repairs are necessary.
This comment applies to the: ☐Living Room ☐Family Room ☐Dining Room ☐Office ☐ Den ☐Library ☐Foyer ☐ Hall ☐ Other*

## BEDROOMS

**THIS HOME HAS THE FOLLOWING BEDROOMS**
☒BEDROOM #1   ON THE ☐ BASEMENT ☐1ST ☒2ND  ☐3RD, FLOOR IS: ☐WOOD ☒CARPET ☐VINYL ☐CERAMIC
**COMMENTS:** _____
_____
_____
_____

**RESIDENTIAL ENGINEERING SERVICES, LLC   (860-643-6247)     PAGE 45**
© 2002 William F. Neal   Residential Engineering Services, LLC   rev 3.00

EXHIBIT 19

CLIENT # 09402

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ☒BEDROOM #2 | ON THE ☐ BASEMENT | ☐1ST | ☒2ND | ☐3RD, FLOOR IS: | ☐WOOD | ☒CARPET ☐VINYL | ☐CERAMIC |
| ☒BEDROOM #3 | ON THE ☐ BASEMENT | ☐1ST | ☒2ND | ☐3RD, FLOOR IS: | ☐WOOD | ☒CARPET ☐VINYL | ☐CERAMIC |
| ☒BEDROOM #4 | ON THE ☐ BASEMENT | ☐1ST | ☐2ND | ☐3RD, FLOOR IS: | ☐WOOD | ☐CARPET ☐VINYL | ☐CERAMIC |
| ☐BEDROOM #5 | ON THE ☐ BASEMENT | ☐1ST | ☐2ND | ☐3RD, FLOOR IS: | ☐WOOD | ☐CARPET ☐VINYL | ☐CERAMIC |
| ☐BEDROOM #6 | ON THE ☐ BASEMENT | ☐1ST | ☐2ND | ☐3RD, FLOOR IS: | ☐WOOD | ☐CARPET ☐VINYL | ☐CERAMIC |

**FLOOR**          ☒GOOD    ☐NEEDS ATTENTION    ☐NOT VISIBLE    ☐NOT PRESENT    ☐SEE COMMENT # _____

☐The floor in this area: ☐ has water stains ☐ has mildew ☐ has water damage ☐ has wetness from an active water leak ☐ is not level ☐ has damaged covering(s) ☐ is buckled ☐ has loose tiles ☐ has missing tiles ☐cracked tiles
This comment applies to the: ☐Bed Room #1 ☐Bed Room #2 ☐Bed Room #3 ☐Bed Room #4 ☐Bed Room #5 ☐Bed Room #6
Recommended action(s): ☐ Immediate Attention ☐ Repair ☐ Maintenance ☐ Monitor ☐ Further Evaluation

**WALL SURFACES**      ☒GOOD    ☐NEEDS ATTENTION    ☐NOT VISIBLE    ☐NOT PRESENT    ☐SEE COMMENT # _____

☐ The walls in this area: ☐ have typical drywall cracks ☐ have water stains ☐ have water damage ☐ have wetness from an active water leak ☐ has mechanical damage ☐ has peeling paint ☐ loose tape at seams ☐ popped nail heads ☐ evidence of repairs
This comment applies to the: ☐Bed Room #1 ☐Bed Room #2 ☐Bed Room #3 ☐Bed Room #4 ☐Bed Room #5 ☐Bed Room #6
Recommended action(s): ☐ Immediate Attention ☐ Repair ☐ Maintenance ☐ Monitor ☐ Further Evaluation

**CEILING**          ☒GOOD    ☐NEEDS ATTENTION    ☐NOT VISIBLE    ☐NOT PRESENT    ☐SEE COMMENT # _____

☐ The ceiling in this area: ☐ has typical drywall cracks ☐ has water stains ☐ has water damage ☐ has wetness from an active water leak ☐ has mechanical damage ☐ has peeling paint ☐ loose tape at seams ☐ popped nail heads ☐ evidence of repairs
This comment applies to the: ☐Bed Room #1 ☐Bed Room #2 ☐Bed Room #3 ☐Bed Room #4 ☐Bed Room #5 ☐Bed Room #6
Recommended action(s): ☐ Immediate Attention ☐ Repair ☐ Maintenance ☐ Monitor ☐ Further Evaluation

**DOORS & KNOB**      ☒GOOD    ☐NEEDS ATTENTION    ☐NOT VISIBLE    ☐NOT PRESENT    ☐SEE COMMENT # _____

☐ Repair to the door(s) is recommended for the following reason(s): ☐The door does not open/close freely in its frame ☐ The door is loose on its hinges ☐ The doorknob is loose/missing ☐ The door is physically damaged ☐The doorframe is physically damaged ☐ The door latch is ☐ loose ☐ missing ☐ The door does not latch when closed ☐ Broken glass present in door lite(s). Repairs are necessary.
This comment applies to the: ☐Bed Room #1 ☐Bed Room #2 ☐Bed Room #3 ☐Bed Room #4 ☐Bed Room #5 ☐Bed Room #6

**WINDOW(S)**        ☒GOOD    ☐NEEDS ATTENTION    ☐NOT VISIBLE    ☐NOT PRESENT    ☐SEE COMMENT # _____

☐ Repair to one or more window(s) is recommended for the following reason(s): ☐Crack(s) were noted in one or more window panes ☐Broken or missing glass was noted in windows ☐ The window(s) are painted/swelled closed ☐ Do not open/close correctly ☐ The latch/handle for the window is ☐ loose ☐ missing ☐ broken. ☐ There is chipped or peeling paint on the window frame/sash/sill ☐ There are broken sash cord(s) in one or more window(s) ☐ Do not stay raised when open ☐ Rot is present ☐ _____ . Repairs are necessary.
This comment applies to the: ☐Bed Room #1 ☐Bed Room #2 ☐Bed Room #3 ☐Bed Room #4 ☐Bed Room #5 ☐Bed Room #6

☐ There is visible moisture between the panes of the insulated glass window(s). This indicates a leak in the seal between the panes of glass.
This comment applies to the: ☐Bed Room #1 ☐Bed Room #2 ☐Bed Room #3 ☐Bed Room #4 ☐Bed Room #5 ☐Bed Room #6

**CABINETS/COUNTERS**   ☐GOOD    ☐NEEDS ATTENTION    ☐NOT VISIBLE    ☒NOT PRESENT    ☐SEE COMMENT # _____

☐ The cabinets in this area are: ☐ not securely attached to the structure ☐ have damaged hardware ☐ have loose hardware ☐ have missing hardware ☐ are water damaged ☐ have cracked/broken glass ☐ are physically damaged ☐_____
Repairs are necessary.
This comment applies to the: ☐Bed Room #1 ☐Bed Room #2 ☐Bed Room #3 ☐Bed Room #4 ☐Bed Room #5 ☐Bed Room #6

☐ The counters in this area are: ☐ not securely attached ☐ water damaged ☐ backsplash not caulked ☐ caulk deteriorated ☐ delaminating ☐ physically damaged ☐ _____ . Repairs are necessary.
This comment applies to the: ☐Bed Room #1 ☐Bed Room #2 ☐Bed Room #3 ☐Bed Room #4 ☐Bed Room #5 ☐Bed Room #6

**ELECTRICAL OUTLETS**   ☒GOOD    ☐NEEDS ATTENTION    ☐NOT VISIBLE    ☐NOT PRESENT    ☐SEE COMMENT # _____
**WIRING AND SWITCHES**

☐One or more electric outlets/switches is defective and hazardous for the following reasons. Use may result in electric shock and severe injury: ☐ The outlet is physically damaged. ☐The outlet is a grounding type but there is no ground installed ☐The outlet is wired with "reversed polarity"

**COMMENTS:** _____

_____

_____

_____

EXHIBIT 19

CLIENT # 09402

(the wires connected to the outlet are reversed) ☐Switch is broken  ☐Switch does not function ☐ _____
Immediate attention is required.
   This comment applies to the: ☐Bed Room #1    ☐Bed Room #2    ☐Bed Room #3    ☐Bed Room #4    ☐Bed Room #5  ☐Bed Room #6

☐One or more electrical junction boxes, outlet boxes, or switch boxes ☐is uncovered ☐have damaged covers ☐is not properly attached to the structure.  Immediate attention is required.
   This comment applies to the: ☐Bed Room #1    ☐Bed Room #2    ☐Bed Room #3    ☐Bed Room #4    ☐Bed Room #5  ☐Bed Room #6
☐One or more electric wires is: ☐ connected outside a junction box ☐ terminated without the ends being properly protected in a junction box ☐ not properly attached to the structure ☐ not properly clamped at boxes ☐frayed or damaged ☐ _____
Immediate attention is required.
   This comment applies to the: ☐Bed Room #1    ☐Bed Room #2    ☐Bed Room #3    ☐Bed Room #4    ☐Bed Room #5  ☐Bed Room #6

☐Electric extension cords are improperly used, are stapled or otherwise fixed to the structure, or are in a poor condition. Immediate attention is required.
   This comment applies to the: ☐Bed Room #1    ☐Bed Room #2    ☐Bed Room #3    ☐Bed Room #4    ☐Bed Room #5  ☐Bed Room #6

☐Knob & tube wiring was noted.  This is an old type of wiring that has not been used for many years. There is no ground with this type of wiring. You should consider replacing all knob & tube wiring with modern grounded wiring.
   This comment applies to the: ☐Bed Room #1    ☐Bed Room #2    ☐Bed Room #3    ☐Bed Room #4    ☐Bed Room #5  ☐Bed Room #6

GFCI OUTLET(S)          ☐GOOD    ☐NEEDS ATTENTION    ☐NOT VISIBLE    ☒NOT PRESENT    ☐SEE COMMENT # _____

☐The GFCI(S) protecting the electric outlets in this area are located in: ☐the outlet (s)  ☐a bathroom   ☐the electric service panel ☐ garage ☐ kitchen ☐ basement ☐_____

☐The GFCI outlet(s) are defective. Repairs/replacement is necessary for the following reason(s): ☐When the GFCI was tripped the power to the outlet was not interrupted ☐The GFCI outlet did not trip when tested ☐ The GFCI was tripped and would not reset. Immediate attention is required.
   This comment applies to the: ☐Bed Room #1    ☐Bed Room #2    ☐Bed Room #3    ☐Bed Room #4    ☐Bed Room #5  ☐Bed Room #6

☐It is strongly recommended Ground Fault Circuit Interrupters (GFCI's) be installed to protect all exterior, basement, garage, bathroom, and countertop electrical outlets to help prevent electrical shock and possible electrocution.  Please see the GFCI brochure included with your inspection packet.
   This comment applies to the: ☐Bed Room #1    ☐Bed Room #2    ☐Bed Room #3    ☐Bed Room #4    ☐Bed Room #5  ☐Bed Room #6

LIGHTING/CEILING FAN(S) ☒GOOD    ☐NEEDS ATTENTION    ☐NOT VISIBLE    ☐NOT PRESENT    ☐SEE COMMENT # _____

☐ The lighting fixture(s): ☐ not securely attached ☐ have missing bulbs ☐ are missing ☐ have exposed wires ☐ did not operate when tested ☐ are damaged.  Repairs are required.
   This comment applies to the: ☐Bed Room #1    ☐Bed Room #2    ☐Bed Room #3    ☐Bed Room #4    ☐Bed Room #5  ☐Bed Room #6

☐ The ceiling fan(s): ☐ not securely attached ☐ have missing bulbs ☐ are missing, leaving exposed wires ☐ did not operate when tested ☐ are damaged ☐ were not balanced properly. Repairs are required.
   This comment applies to the: ☐Bed Room #1    ☐Bed Room #2    ☐Bed Room #3    ☐Bed Room #4    ☐Bed Room #5  ☐Bed Room #6

HEATING          ☒GOOD    ☐NEEDS ATTENTION    ☐NOT VISIBLE    ☐NOT PRESENT    ☐SEE COMMENT # _____

The heating source for this area is provided by: ☒a central heating system ☐ a separate heating system installed within this area ☐ This area has no installed heating system:
   This comment applies to the: ☐Bed Room #1    ☐Bed Room #2    ☐Bed Room #3    ☐Bed Room #4    ☐Bed Room #5  ☐Bed Room #6

☐ The following comments apply to the heating system in this area: ☐ cover is ☐loose ☐ damaged ☐ missing ☐ has exposed wiring connections ☐ thermostat is damaged ☐ thermostat is missing ☐ plumbing is leaking ☐ fan is noisy ☐no heat to unit.  Repairs are necessary.
   This comment applies to the: ☐Bed Room #1    ☐Bed Room #2    ☐Bed Room #3    ☐Bed Room #4    ☐Bed Room #5  ☐Bed Room #6

## ATTIC

THIS HOME ☒HAS    ☐DOES NOT HAVE AN ATTIC

COMMENTS: _____
_____
_____
_____

EXHIBIT 19

CLIENT # 09402

☐THIS IS AN HISTORIC HOME WITH A VARIETY OF STRUCTURAL MEMBER SIZES, COMPOSITIONS, AND SPACINGS. NO ATTEMPT HAS BEEN MADE TO DETERMINE ALL OF THE POSSIBLE COMBINATIONS OF THESE FACTORS. RATHER, AN ASSESSMENT HAS BEEN MADE AS TO WHETHER OR NOT ANY STRUCTURAL CONCERNS REQUIRING REMEDY ARE VISIBLE.

NOTE: THE SIZES OF THE STRUCTURAL MEMBERS AND THE MEASUREMENTS OF THE STRUCTURAL SYSTEM LISTED BELOW ARE *APPROXIMATE* MEASUREMENTS MADE FOR REFERENCE PURPOSES. THEY ARE NOT INTENDED TO REPRESENT NOR DO THEY REPRESENT ANY ATTEMPT TO PERFORM ENGINEERING CALCULATIONS TO DETERMINE THE STRUCTURAL ADEQUACY OF THE DESIGN NOR TO REPRESENT ANY ATTEMPT TO DETERMINE IF SOME PARTICULAR CODE IS OR IS NOT SATISFIED BY THE STRUCTURAL MEMBERS.

THE LOCATION OF THE ATTIC ENTRANCE(S): ☒HALLWAY ☐ CLOSET ☐ BEDROOM ☐ GARAGE ☐ _____

ACCESS TO THE ATTIC IS VIA: ☐HATCH  ☐STAIRWAY  ☒PULL DOWN STEPS

　　　　☐The pull down steps are in a poor and/or unsafe condition. Immediate attention is required.

　　　　☒The entry to the attic is not sealed or weather stripped to prevent loss of warm air during the winter. Adding weather stripping would help save energy.

　　　　☒The entry to the attic is not insulated to prevent loss of heat during the winter. Adding insulation would help save energy.

THE ATTIC IS　☐0%　☐0-25%　☐25-50%　☐50-75%　☒75-100%　☐100% ACCESSIBLE. ONLY THOSE ATTIC FEATURES WHICH WERE VISIBLE ARE INSPECTED AND REPORTED ON.

☒DURING THIS INSPECTION THE ATTIC WAS ENTERED
　　☐THE ENTIRE ATTIC WAS ACCESSIBLE
　　☒THE ATTIC WAS OBSERVED BUT WAS NOT COMPLETELY ACCESSIBLE BECAUSE: ☒NO WALKWAY ☐COMPLETE INSULATION COVERAGE ☐ SPACE TOO RESTRICTIVE ☒STORED GOODS ☐MECHANICAL EQUIPMENT

☐DURING THIS INSPECTION THE ATTIC WAS NOT ENTERED BUT WAS OBSERVED FROM THE ACCESS BECAUSE: ☐NO WALKWAY ☐COMPLETE INSULATION COVERAGE ☐ SPACE TOO RESTRICTIVE ☐STORED GOODS ☐MECHANICAL EQUIPMENT

ATTIC INSULATION (It is recommended the attic be insulated to a minimum of R-30. For fiberglass, R-30 is 9", R-19 is 6", and R-11 is 3 ½".)

　　The insulation is ☐not visible ☒partially visible.

　　The insulation type is: ☒batting ☐loose ☐blanket ☐sheet ☐foam ☐none ☐not visible

　　The insulation material is: ☒glass of mineral fiber ☐cellulose or wood fiber ☐foam ☐mica or perlite ☐undetermined

　　The approximate insulation thickness is ___10___ inches.

　　The vapor barrier is: ☒kraft ☐plastic ☐foil ☐not present ☒not visible

　　☐The attic insulation needs attention for the following reason(s): ☐two vapor barriers are present ☐the vapor barrier is on the wrong side of the insulation. Correction is required.

　　☐Insulation was observed on the rafters in the attic and/or knee space(s). Rafter insulation can cause heat damage to the roof covering. It is suggested that it be removed for this reason.

　　☐A vapor barrier was present on this insulation. Vapor barriers on rafter insulation can trap moisture that may cause damage to the roof decking. If the insulation is left in place it is strongly recommended the vapor barrier either be removed or destroyed by scoring it with a sharp knife. During this inspection the vapor barriers and insulation were **not** removed. Therefore it is unknown whether or not such damage is present.

THE ROOF DECKING CONSISTS OF ☒PLYWOOD ☐PLANKS ☐BATTENS ☐_____
　　☐This roof has a layer of asphalt shingles over wooden shingles on battens. When the roof needs to be replaced in the future all layers of shingles will need to be removed and appropriate roof decking will need to be installed.
WATER STAINS ARE PRESENT ON:
　　☐ Decking ☐Rafters ☐Insulation ☐ Near plumbing vent(s) ☐Near chimney ☐ On attic end walls ☐ Near attic vents
MILDEW IS PRESENT ON:
　　☐ Decking ☐Rafters ☐Insulation ☐ Near plumbing vent(s) ☐Near chimney ☐ On attic end walls ☐ Near attic vents
WETNESS OR MOISTURE FROM AN ACTIVE WATER LEAK IS PRESENT ON:
　　☐ Decking ☐Rafters ☐Insulation ☐ Near plumbing vent(s) ☐Near chimney ☐ On attic end walls ☐ Near attic vents

COMMENTS: _____
_____
_____
_____

EXHIBIT 19

CLIENT # 09402

**WATER DAMAGE IS PRESENT ON:**
☐ Decking  ☐ Rafters  ☐ Insulation  ☐ Near plumbing vent(s)  ☐ Near chimney  ☐ On attic end walls  ☐ Near attic vents

**THE ATTIC FRAMING IS:**  ☒ CONVENTIONAL CONSTRUCTION  ☐ TRUSS CONSTRUCTION  ☐ POST & BEAM CONSTRUCTION

JOISTS  ☐ GOOD  ☐ NEEDS ATTENTION  ☒ NOT VISIBLE  ☐ NOT PRESENT  ☐ SEE COMMENT # _____
☐ SIZE 2 X 4  ☐ 12" o/c  ☐ 16" o/c  ☐ 19– ½" o/c  ☐ 24" o/c  GUSSETS AT  DISCONTINUITIES:  ☐ YES  ☐ NO
☐ SIZE 2 X 6  ☐ 12" o/c  ☐ 16" o/c  ☐ 19– ½" o/c  ☐ 24" o/c  GUSSETS AT  DISCONTINUITIES:  ☐ YES  ☐ NO
☒ SIZE 2 X 8  ☐ 12" o/c  ☒ 16" o/c  ☐ 19– ½" o/c  ☐ 24" o/c  GUSSETS AT  DISCONTINUITIES:  ☐ YES  ☐ NO
☐ SIZE 2X10  ☐ 12" o/c  ☐ 16" o/c  ☐ 19– ½" o/c  ☐ 24" o/c  GUSSETS AT  DISCONTINUITIES:  ☐ YES  ☐ NO
☐ SIZE 2X12  ☐ 12" o/c  ☐ 16" o/c  ☐ 19– ½" o/c  ☐ 24" o/c  GUSSETS AT  DISCONTINUITIES:  ☐ YES  ☐ NO

☐ One or more joists are ☐ cracked ☐ deflected ☐ warped ☐ rotted ☐ improperly cut ☐ improperly attached. Immediate attention is required.

RAFTERS  ☒ GOOD  ☐ NEEDS ATTENTION  ☒ NOT VISIBLE  ☐ NOT PRESENT  ☐ SEE COMMENT # _____
☐ SIZE 2 X 4  ☐ 12" o/c  ☐ 16" o/c  ☐ 19– ½" o/c  ☐ 24" o/c  COLLAR TIES PRESENT:  ☐ NO  ☐ YES - ☐ BOLTED  ☐ NAILED
☐ SIZE 2 X 6  ☐ 12" o/c  ☐ 16" o/c  ☐ 19– ½" o/c  ☐ 24" o/c  COLLAR TIES PRESENT:  ☐ NO  ☐ YES - ☐ BOLTED  ☐ NAILED
☒ SIZE 2 X 8  ☐ 12" o/c  ☒ 16" o/c  ☐ 19– ½" o/c  ☐ 24" o/c  COLLAR TIES PRESENT:  ☐ NO  ☒ YES - ☐ BOLTED  ☒ NAILED
☐ SIZE 2X10  ☐ 12" o/c  ☐ 16" o/c  ☐ 19– ½" o/c  ☐ 24" o/c  COLLAR TIES PRESENT:  ☐ NO  ☐ YES - ☐ BOLTED  ☐ NAILED
☐ SIZE 2X12  ☐ 12" o/c  ☐ 16" o/c  ☐ 19– ½" o/c  ☐ 24" o/c  COLLAR TIES PRESENT:  ☐ NO  ☐ YES - ☐ BOLTED  ☐ NAILED

☐ One or more rafters are ☐ cracked ☐ deflected ☐ warped ☐ rotted ☐ improperly cut ☐ improperly attached. Immediate attention is required.

TRUSSES  ☐ GOOD  ☐ NEEDS ATTENTION  ☐ NOT VISIBLE  ☒ NOT PRESENT  ☐ SEE COMMENT # _____
☐ One or more trusses are ☐ cracked ☐ deflected ☐ warped ☐ rotted ☐ improperly cut ☐ improperly attached. Immediate attention is required.

RIDGE BEAM  ☒ GOOD  ☐ NEEDS ATTENTION  ☒ NOT VISIBLE  ☐ NOT PRESENT  ☐ SEE COMMENT # _____

☐ Purlins are present beneath the ridge beam:  Load Transfer OK?  ☐ YES  ☐ NO

☐ One or more ridge beams are ☐ cracked ☐ deflected ☐ warped ☐ rotted ☐ improperly cut ☐ improperly attached. Immediate attention is required.

CHIMNEY (INTERIOR)  ☐ GOOD  ☐ NEEDS ATTENTION  ☐ NOT VISIBLE  ☒ NOT PRESENT  ☐ SEE COMMENT # _____

☐ Some of the mortar between the bricks in the chimney is deteriorated and/or missing. It should be replaced after removing all loose and deteriorated mortar. This is called "re-pointing".

☐ Some of the bricks are deteriorating due to moisture and should be repaired. This is called "spalling".

☐ One or more chimneys has cracks that are not a structural concern at this time. Repair and monitoring is required.

☐ One or more chimneys has cracks that are a structural concern. Immediae attention and further evaluation is required.

PLUMBING STACKS  ☒ GOOD  ☐ NEEDS ATTENTION  ☐ NOT VISIBLE  ☐ NOT PRESENT  ☐ SEE COMMENT # _____

One or more plumbing stacks are in the following condition:  ☐ do not extend through the roof  ☐ physically damaged  ☐ not properly connected. Immediate correction is required.

WINDOW(S)  ☐ GOOD  ☐ NEEDS ATTENTION  ☐ NOT VISIBLE  ☒ NOT PRESENT  ☐ SEE COMMENT # _____

☐ Repair to one or more window(s) is recommended for the following reason(s):  ☐ Crack(s) were noted in one or more window panes ☐ Broken or missing glass was noted in windows  ☐ The window(s) are painted/swelled closed  ☐ Do not open/close correctly ☐ The latch/handle for the window is ☐ loose ☐ missing ☐ broken.  ☐ There is chipped or peeling paint on the window frame/sash/sill ☐ There are broken sash cord(s) in one or more window(s)  ☐ Do not stay raised when open  ☐ Rot is present ☐ _____ . Repairs are necessary.

☐ There is visible moisture between the panes of the insulated glass window(s). This indicates a leak in the seal between the panes of glass.

ATTIC VENTILATION  ☒ GOOD  ☐ NEEDS ATTENTION  ☒ NOT VISIBLE  ☐ NOT PRESENT  ☐ SEE COMMENT # _____
The attic has the following type(s) of ventilation:  ☐ Gable  ☒ Soffit  ☒ Ridge  ☐ Roof  ☐ Vent fan

☐ The amount of ventilation provided in the attic does not appear to meet current standards. It is suggested that additional ventilation be provided sometime in the future. Doing this when the roof next needs replacement is a good time to consider this. Current standards

**COMMENTS:** _____
_____
_____
_____

**RESIDENTIAL ENGINEERING SERVICES, LLC**  (860-643-6247)  PAGE 49
© 2002 William F. Neal  Residential Engineering Services, LLC  rev 3.00

EXHIBIT 19

CLIENT # 09402

of practice recommend 1 square foot of free ventilation area for each 300 square feet of attic floor area if a vapor barrier is present and 2 square feet/300 square feet of floor area if no vapor barrier is present.

☐ Some or all of the attic ventilation is from gable windows. The attic requires ventilation year round to allow heat and moisture to exit the attic space. It is suggested that these windows be left open year round, and that screens and louvers be added to the window to prevent entry of the elements and animals which might gain entry.

☐ There are soffit, ridge, and gable vents present in this home. It is recommended that the gable vents be sealed off to prevent water entry.

ELECTRICAL OUTLETS   ☒GOOD   ☐NEEDS ATTENTION   ☒NOT VISIBLE   ☐NOT PRESENT   ☐SEE COMMENT # _____
WIRING AND SWITCHES

☐One or more electric outlets/switches is defective and hazardous for the following reasons. Use may result in electric shock and severe injury: ☐ The outlet is physically damaged. ☐The outlet is a grounding type but there is no ground installed ☐The outlet is wired with "reversed polarity" (the wires connected to the outlet are reversed) ☐Switch is broken ☐Switch does not function ☐ _____ Immediate attention is required.

☐One or more electrical junction boxes, outlet boxes, or switch boxes ☐is uncovered ☐have damaged covers ☐is not properly attached to the structure. Immediate attention is required.
☐One or more electric wires is: ☐ connected outside a junction box ☐ terminated without the ends being properly protected in a junction box ☐ not properly attached to the structure ☐ not properly clamped at boxes ☐frayed or damaged ☐ _____ Immediate attention is required.

☐Electric extension cords are improperly used, are stapled or otherwise fixed to the structure, or are in a poor condition. Immediate attention is required.

☐Knob & tube wiring was noted. This is an old type of wiring that has not been used for many years. There is no ground with this type of wiring. You should consider replacing all knob & tube wiring with modern grounded wiring.

GFCI OUTLET(S)        ☐GOOD   ☐NEEDS ATTENTION   ☐NOT VISIBLE   ☒NOT PRESENT   ☐SEE COMMENT # _____

☐The GFCI(S) protecting the electric outlets in this area are located in: ☐the outlet (s)   ☐a bathroom   ☐the electric service panel ☐ garage ☐ kitchen ☐ basement ☐_____

☐The GFCI outlet(s) are defective. Repairs/replacement is necessary for the following reason(s): ☐When the GFCI was tripped the power to the outlet was not interrupted ☐The GFCI outlet did not trip when tested ☐ The GFCI was tripped and would not reset. Immediate attention is required.

LIGHTING/CEILING FAN(S)☒GOOD   ☐NEEDS ATTENTION   ☐NOT VISIBLE   ☐NOT PRESENT   ☐SEE COMMENT # _____
☐ The lighting fixture(s): ☐ not securely attached ☐ have missing bulbs ☐ are missing ☐ have exposed wires ☐ did not operate when tested ☐ are damaged. Repairs are required.

WHOLE HOUSE FAN        ☐GOOD   ☐NEEDS ATTENTION   ☐NOT VISIBLE   ☐NOT PRESENT   ☐SEE COMMENT # _____
Note: When using a whole house fan exterior doors and windows need to be open to provide proper air flow. Failure to do so can cause backdraft in the flues and/or vents of combustion appliances which can be extremely hazardous.
☒ The whole house fan was winterized (insulated) and could not be operated at the time of the inspection.

☐ The whole house fan: ☐ did not operate when turned on ☐ belt is loose ☐ belt is damaged ☐ belt is missing ☐ vibrates excessively when in operation ☐ motor is noisy when in operation ☐ louvers do not open/close properly ☐ louvers are damaged ☐ louvers are missing Repairs are necessary.

GENERAL COMMENTS ABOUT THE ATTIC:
☐ One or more vent fans are venting directly into the attic. This may cause mildew or other moisture related problems. It is strongly recommended that the vent fan be directly vented to the exterior of the attic.

☐ One or more recessed lighting fixtures is covered with insulation. This could create a fire hazard. Correction is strongly recommended.

COMMENTS: _____
_____
_____
_____
_____

EXHIBIT 19

CLIENT # 09402

## ADDITIONAL INFORMATION GIVEN TO CLIENT

X    INSPECTION STANDARDS (American Society of Home Inspectors®, *Standards of Practice)*

X    GROUND FAULT INTERRUPTERS (US Consumer Product Safety Commission, *Product Fact Sheet No. 99*)

X    CARBON MONOXIDE (US Consumer Product Safety Commission, *The "Senseless" Killer*)

X    SMOKE DETECTORS (US Consumer Product Safety Commission, *Smoke Detectors Can Save Your Life*)

X    MAINTAINING  YOUR HOME (American Society of Home Inspectors®)

X    ELECTRICAL SAFETY (American Society of Home Inspectors®, *Electrical Power & Safety in Your Home*)

    SEPTIC SYSTEMS (Prepared by *Residential Engineering Services, LLC*)

WELLS  (Prepared by *Residential Engineering Services, LLC*)

**The information contained in any of these publications given at the completion of the inspection as well as the pre-inspection agreement, are part of this inspection report.**

**COMMENTS:** _____

_____

_____

_____

**RESIDENTIAL ENGINEERING SERVICES, LLC   (860-643-6247)    PAGE** 51
© 2002 William F. Neal  Residential Engineering Services, LLC   rev 3.00

EXHIBIT 19

CLIENT # 09402

# RESIDENTIAL ENGINEERING SERVICES, LLC
### 457 Center Street  Manchester, CT  06040   (860) 643-6247

## RADON MEASUREMENT REPORT

**CLIENT**
Monica Lester
105 Farmstead Road
East Hartford, CT 06118

**PROPERTY INSPECTED**
24 Laurel Drive
Willington, CT

---

**BUILDING DESCRIPTION:**      3200 sq. ft.    Year Built: 1999

Foundation: ☒Basement ☐Slab ☐Crawl Space    Walls: ☒Concrete ☐Block ☐Brick ☐Stone ☐ _____

Basement: ☒Unfinished ☐Fully Finished ☐Partially Finished    Floor: ☒Concrete ☐Gravel ☐Dirt ☐ _____

Estimate of Tightness : ☒Tight ☐Moderate ☐ Loose    Vapor Barriers in Basement?: ☐Yes ☒No ☐N/A

Crawl Space Vents:  Open During Test? ☐Yes ☐No ☒N/A    Normally Open Year Round?: ☐Yes ☐No ☒N/A

Additional Basement Ventilation: ☐Yes ☒No ☐N/A  Describe: _____

Potential for Attic Depressurization?: ☐Yes ☒No ☐N/A  Describe: _____

Potential Radon Entry Points in Basement?: ☐Yes ☒No ☐N/A  Describe: _____

Active radon mitigation system?: ☐Yes ☒No  Describe: _____

---

Start:  Date 11-01-05  Time 1:30  AM ⊙PM          Stop:  Date _____  Time _____  AM  PM

Occupied During Test?: ☒Yes ☐No      Who Was Present @ Start?: ☒Buyer ☐Seller ☒Realtor ☐ _____

Room tested: _____          Floor level: ☒Basement ☐1st ☐2nd ☐3rd

---

**PROTOCOLS OBSERVED**

| | | |
|---|---|---|
| ⊙Yes No N/A  House closed 12 hours before test? | Yes No N/A  House closed at end of test? | |
| ⊙Yes No N/A  Detectors away from heat/drafts? | ⊙Yes No N/A  Detectors have 4" clearance? | |
| ⊙Yes No N/A  Detectors 20" min. above floor? | ⊙Yes No N/A  Detectors 1' min. from walls? | |
| ⊙Yes No N/A  Detectors 3' min. from exterior opening? | ⊙Yes No N/A  Anti-interference measures taken? | |
| Yes No ⊙N/A  Active mitigation system operating? | Yes No ⊙N/A  24 hrs. before test start? | |
| Yes No N/A  Wind Velocity:  >25 MPH  For >2 hrs? | Yes No N/A  Rain:  >1/2" per 24 Hrs? | |

☐CRM  2575098      ☐CRM  2575100      ☐CRM  2575233      ☐CRM  2575077
☐CRM  1304006      ☐CRM  1304009      ☐CRM  1334091      ☐CRM  1304191
☐CRM  1331015      ☐CRM  1304197      ☐CRM  1659067      ☒CRM  1659068
☐CRM  1766108      ☐CRM  1766109

**COMMENTS:** _____

---

EXHIBIT 19

CLIENT # 09402

# RESIDENTIAL ENGINEERING SERVICES, LLC

457 CENTER STREET  MANCHESTER, CT  06040    (860) 643-6247

## SEPTIC SYSTEM INSPECTION

### PAGE 1 OF 4

**CLIENT**       Monica Lester       569-6041
              105 Farmstead Road    East Hartford, CT 06118
**PROPERTY INSPECTED**       24 Laurel Drive    Willington, CT
**RECORDS ON FILE WITH GOVERNING AGENCY**
☑TOWN OF WILLINGTON, CT -or- ☐_____   REGIONAL HEALTH DEPARTMENT  ON _10/25_

A SEPTIC SYSTEM SITE PLAN ☑WAS   ☐WAS NOT   REPORTED TO BE ON FILE

RECORDS OF PREVIOUS COMPLAINTS AND OR PROBLEMS ☐WERE   ☐WERE NOT  REPORTED

---

**GROUND CONDITIONS:**  ☒DRY  ☐WET  ☐SNOW COVER  ☐HIGH WATER TABLE

VISIBLE SIGNS OF SURFACE WETNESS, EFFLUENT BREAKOUT, AND/OR OTHER CONCERNS?
☒NO   ☐YES _____

INDICATION OF PIPING UNDER DRIVEWAYS, ETC., OR OTHER POSSIBILITIES OF DAMAGE/CRUSHING?
☒NO   ☐YES _____

☒SEPTIC SYSTEM  ☐CESS POOL   ☐UNKNOWN

**TANK:** ☒CONCRETE  ☐METAL  ☐BLOCK  ☐BRICK  ☐STONE  ☐OTHER _____

EST. SIZE 1250 GALLONS       # CHAMBERS ☐1  ☒2  ☐3  ☐UNKNOWN

COVER DEPTH IN GROUND __1_ FT _O_ IN      TANK DEPTH IN GROUND __1_ FT _O_ IN
☐ IT IS RECOMMENDED THAT A RISER BE INSTALLED TO BRING THE COVER TO WITHIN 6" OF GRADE

**TANK INSPECTED FROM:**       ☐INLET COVER   ☐CENTER COVER  ☒OUTLET COVER

**INLET BAFFLE:** OK? ☐YES ☐NO ☒NOT VISIBLE   **OUTLET BAFFLE:** OK? ☒YES ☐NO ☐NOT VISIBLE

**WATER LEVEL IN TANK:** ☒NORMAL ☐HIGH ☐LOW

---

☐There is a filter in the outlet baffle. The filter should be cleaned at each pumping, however more frequent cleaning may be required.

☐The outlet baffle is not vented. This does not allow proper flow or venting for the leeching system. A properly vented baffle should be installed.

☐The outlet baffle in the tank is severely deteriorated and/or missing  Immediate repair of the baffle is necessary.
☐Because of the condition of the baffle there is a likelihood the leaching fields have been damaged.

☐ The outlet baffle is partially deteriorated but appears to be functional at this time. It is recommended the baffle be checked each time the tank is pumped and replaced if it becomes necessary.

☐Solid materials are present inside the outlet baffle. The tank should be pumped immediately.

☐Sludge and/or scum were noted inside the outlet baffle and/or inside the outlet pipe. This indicates the tank may have not have been serviced properly in the past and also indicates the leaching fields may have been damaged.

---

**COMMENTS:** _____
_____
_____
_____
_____

---

RESIDENTIAL ENGINEERING SERVICES, LLC  (860-643-6247)    PAGE 55
© 2002 William F. Neal  Residential Engineering Services, LLC  rev 3.00

EXHIBIT 19

CLIENT # 09402

# RESIDENTIAL ENGINEERING SERVICES, LLC

457 Center Street   Manchester, CT  06040    (860) 643-6247
**SEPTIC SYSTEM  INSPECTION**
**PAGE 2 OF 4**

During this test a fluorescent dye is added to the septic system.  This dye is  environmentally safe and harmless to plumbing fixtures, pipes, lawns, plants, pets, and children.  The purpose of this test is to determine if any effluent from the septic system is reaching the surface of the ground on this or adjoining properties.  If it is, it will be indicated by the presence of the dye.  This is a gross test of the system that should uncover major problems with the system, but is not a complete engineering inspection of the system.  The dye test is neither a warranty nor a guarantee that the system is free from defects now or in the future.

## WATER INTRODUCED INTO SEPTIC SYSTEM

| BEDROOMS | X | 75 GAL. | = | FLOW REQ'D |
|----------|---|---------|---|-----------|
| 3 | X | 75 GAL. | = | 225 |

| FIXTURES | # | X | FLOW RATE | | = | GPM |
|----------|---|---|-----------|---|---|-----|
| | | | ESTIMATED | MEASURED | | |
| BATH TUB | | X | 4.0 GPM | | = | |
| LAVATORY | | X | 2.0 GPM | | = | |
| KITCHEN | | X | 2.5 GPM | | = | |
| HOSE BIBB | 1 | X | 5.9 GPM | 5.0 | = | 5.0 |
| | | | | Total Flow | = | 5.0 |

GAL REQ'D/GPM = ( 225 ) / ( 5.0 ) = 45  MINUTES OF FLOW REQ'D

☐ House not occupied, additional water used in test.  Addition water flowed: _____ gal.

☐ This home has fewer than three bedrooms, minimum 225 gal. test required.

COMMENTS: _____

_____

_____

_____

RESIDENTIAL ENGINEERING SERVICES, LLC   (860-643-6247)      PAGE 56
© 2002 William F. Neal   Residential Engineering Services, LLC   rev 3.00

EXHIBIT 19

CLIENT # 09402

# RESIDENTIAL ENGINEERING SERVICES, LLC
### 457 Center Street  Manchester, CT  06040    (860) 643-6247
## SEPTIC SYSTEM  INSPECTION REPORT
### PAGE 3 OF 4

SITE PLAN AVAILABLE?    ☐ YES  ☒ NO

**DISTRIBUTION BOX(ES)** (Information in this section is provided based upon information contained in the site plan, if available)

NUMBER OF BOXES: _____    ☒ UNKNOWN

NUMBER OF BRANCHES: _____    ☒ UNKNOWN

FLOW DISTRIBUTION/INDICATED BLOCKAGE:    ☒ GOOD FLOW, NO BLOCKAGE INDICATED

☐ POOR FLOW, BLOCKAGE MAY BE INDICATED

A    B

$\overline{AC} \approx 30$ Ft.

$\overline{BC} \approx 41$ Ft.

C  → TO LEECHING SYSTEM

☐ Please refer to the attached plan for information and details about this septic system

## SITE PLAN
Note:  Drawing is not to scale, dimensions are approximate.

COMMENTS: _____

EXHIBIT 19

CLIENT # 09402

# RESIDENTIAL ENGINEERING SERVICES, LLC

### 457 Center Street   Manchester, CT  06040     (860) 643-6247
### SEPTIC SYSTEM INSPECTION REPORT
### PAGE 4 OF 4

Based on the depth of sludge in the tank it is recommended the septic tank be pumped:
☒Immediately  (☐Solid materials are inside baffle)    ☐Within one year    ☐In two to three years

☒DURING THIS TEST NEITHER LEAKAGE TO THE SURFACE OF THE GROUND NOR BACK-UP OF FLOW INTO THE TANK WAS OBSERVED.  THE SEPTIC SYSTEM INCLUDING THE LEACHING FIELDS OPERATED SATISFACTORILY AT THE TIME OF THIS TEST.

☐DURING THIS TEST LEAKAGE TO THE SURFACE OF THE GROUND WAS OBSERVED, INDICATING THE LEACHING FIELDS HAVE A SERIOUS PROBLEM THAT REQUIRES CORRECTION.

☐DURING THIS TEST A SIGNIFICANT AMOUNT OF WATER BACKED UP INTO THE SEPTIC TANK, INDICATING A SERIOUS PROBLEM WITH THE LEACHING FIELDS THAT REQUIRES CORRECTION.

☐DURING THIS TEST A MODERATE AMOUNT OF WATER BACKED UP INTO THE SEPTIC TANK, INDICATING SOME DAMAGE TO THE LEACHING FIELDS MAY HAVE OCCURRED.  HOWEVER, AT THE TIME OF THIS TEST THE SEPTIC SYSTEM APPEARS TO BE OPERATING IN A SATISFACTORY MANNER.

☒**IT IS OUR OPINION THAT AT THE TIME OF THIS INSPECTION THE SEPTIC SYSTEM WAS FUNCTIONING IN A SATISFACTORY MANNER.**

☐**IT IS OUR OPINION THAT AT THE TIME OF THIS INSPECTION THE SEPTIC SYSTEM WAS *NOT* FUNCTIONING IN A SATISFACTORY MANNER.  REPAIRS AND OR REPLACEMENT BY A LICENSED SEPTIC SYSTEM CONTRACTOR ARE NECESSARY.**

THIS SEPTIC SYSTEM INSPECTION IS BASED ON VISUAL OBSERVATIONS OF THE CONDITION OF THE TANK, BAFFLES,  VISIBLE ENDS OF PIPING, ASSESSMENT OF PROPER FLOW CAPACITY WITHIN THE SYSTEM, EXAMINATION OF THE SITE FOR WETNESS AND/OR SEPTIC SYSTEM EFFLUENT ON THE SURFACE, AND A DYE TEST TO CHECK FOR BLEEDING OR LEAKAGE OF EFFLUENT TO THE GROUND SURFACE.  THIS IS NEITHER A WARRANTY NOR GUARANTY OF THE EXPECTED LIFE OF THE SYSTEM BUT RATHER A REPORT ON ITS CONDITION AT THE TIME OF INSPECTION.

Signature of Inspector:_____    Date: 11-01-2005

COMMENTS: _____

_____

_____

_____

EXHIBIT 19

# Wood Destroying Insect Infestation Inspection Report
This is not a structural damage report. This form may not be altered.

| Section I. General Information | Company's Business Lic. No: | FHA/VA Case No. (if any): |
|---|---|---|
| Inspection Company, Address, & Phone: | B-1848 | |

Residential Engineering Services, LLC
457 Center Street
Manchester, CT 06040

Property Address:
24 LAUREL DRIVE
WILLINGTON, CT

Inspector's Name:
William P. Neal

Structure(s) Inspected:
HOUSE & ATTACHED GARAGE ONLY

**Section II.   Inspection Findings**  This report is indicative of the condition of the subject structure(s) *on the date of the inspection only* and is *Not* to be construed as an express or implied warranty or guarantee against latent, concealed, or future infestation or defects. Any such warranty or service agreement to provide future treatment or inspections may be provided as a separate attachment and only if indicated in Section IV. *See Section IX on side 2 for important information.*  Based on a careful visual inspection of the readily accessible areas of the structure(s) inspected:

[X] a.  **No Visible** evidence of a wood destroying insect infestation was observed.

[ ] b.  **Visible** evidence of a wood destroying insect infestation was observed as follows:

[ ]  Live insects; (description & location): _____

[ ]  Insect parts, frass, exit holes, or shelter tubes; (description & location): _____

[ ]  Damage from wood destroying insects was noted in the following area(s): _____

Regarding visible evidence of wood destroying insects: The inspector may find wood which has been damaged by insects. Any damage noted should be considered only as evidence of current or previous infestation of wood destroying insects. If box b is checked above, *it should be understood that some degree of damage, including hidden damage, may be present.* The inspector's training and experience do not qualify the inspector in damage evaluation or any other building construction technology and/or repair. Upon receipt of this report, the Seller or the Seller's Agent shall notify the Buyer that any damage should be examined by a qualified individual to determine the need for repair.

Any visible evidence observed above appears :

[ ]  **Active;** treatment recommended at this time  (Note: FHA and VA require treatment for all active infestations)
[ ]  **Inactive;** no treatment recommended at this time
[ ]  **Activity and need for treatment cannot be determined without further investigation.** Reason: _____

In many cases, based upon visible signs of infestation by wood destroying insects, it is not possible without benefit of subsequent inspections and evaluations over a period of time to ascertain whether an infestation is active or inactive. If a warranty or service agreement is in effect, the company which issued the warranty or service agreement should be contacted. If no warranty or service agreement is in effect, the inspecting company or another company may provide treatment, if requested and permitted by regulations, for an additional fee.

[ ] It appears that the structure(s) or a portion thereof may have been previously treated. Evidence of previous treatment: _____

This company can give no assurances with regard to work that may have been previously performed by other companies. The company which treated the property should be contacted by the Buyer for treatment and warranty information.

**Section III. Treatment**  was/is scheduled to be performed by the inspecting company:   [ ] Yes  [ ] No      Date: _____
Treatment Description:

**Section IV.   Attachments**  The following listed attachments are integral parts of this inspection report:

**Section V.  Obstructions & Inaccessible Areas**
The following areas of the structure(s) inspected were obstructed or inaccessible (see item 4 on side 2):

The inspector may write out inaccessible areas or use the following key:

| [X] Basement | 5-6-7-9-14 |
| [X] Crawl Space | |
| [X] Main Level | 1-3-4-6-7-3-9 |
| [X] Attic | 5-11-13- |
| [X] Garage | 1-5-6-7-14 |
| [X] Exterior | 16 |
| [X] Porch | 13 |
| [ ] Addition | |
| [ ] Other | |

| 1. fixed ceilings | 12. only visual access |
| 2. suspended ceiling | 13. no access beneath |
| 3. fixed wall covering | 14. cluttered condition |
| 4. floor covering | 15. standing water |
| 5. insulation | 16. dense vegetation |
| 6. cabinets or shelving | 17. exterior coverings |
| 7. stored items | 18. window well covers |
| 8. furnishings | 19. wood pile |
| 9. appliances | 20. snow |
| 10. no access or entry | 21. unsafe conditions |
| 11. limited access | |

**Section VI.  Additional Comments**  (may be continued on side 2)

**Section VII. Inspector's Signature:**  Neither I nor the company for which I am acting have had, presently have, or contemplate having any interest in the property.

X _____

Certification or Registration No: (if applicable)  S-3499

Date of Inspection:  11-1-05

**Section VIII.  Statement of Buyer & Seller**  This report is integral to, and a necessary part of the inspecting company's full disclosure as to the scope and inherent limitations of the inspection and report of findings. It is most important that the interested parties acknowledge this advice. The Seller hereto agrees that all known property history information regarding WDI infestation, damage from infestation, and treatment history has been disclosed to the Buyer.

Signature of  [ ] Seller(s)
              [ ] Owner(s)
                  (if refinancing)  X

Date:

The undersigned hereby acknowledges receipt of a copy of this report

Buyer's Signature:

X

Date:

This report must be signed by the Buyer and Seller as applicable. A legible copy of this signature page must be returned to the inspecting company by the person ordering this inspection. **See section IX on side 2 regarding the scope & limitations of the inspection & this report.**

Forms VA 26-8850 and HUD-92053 are obsolete after 9/30/95.     Submit an Original and two copies.     Side 1     form NPCA-1 (6/95)

EXHIBIT 19





# RESIDENTIAL ENGINEERING SERVICES, LLC
### 457 CENTER STREET MANCHESTER, CT 06040
### (860) 643-6247 FAX: (860) 643-8700

## SEPTIC SYSTEM MAINTENANCE & CARE TIPS

1. The tank should be pumped at least every three to five years for the purpose of removing accumulated sludge. It is suggested that you have the tank pumped when you take residence and then again after one year of residence and set your pumping schedule, in consultation with your septic service company, based on the amount of sludge that has accumulated. This is the single most important thing you can do to protect your system and extend its life.

2. Commercially available "additives" and "enhancers", whether "chemical" or "biological", are of questionable effectiveness and are not recommended for use.

3. Grease and oil from kitchen wastes is not easily digested by the anaerobic bacteria at work in the tank. The grease and oil float on the surface of the tank where they may be able to be discharged into the leaching field and serve to clog the soil. Moderate amounts of grease and oil entering the system are unavoidable and can be handled. However, large amounts of grease from frying or other sources should not be poured down the drain but disposed of elsewhere. Failure to do so can cause the leaching field to fail.

4. Coffee grounds, cigarette butts, sanitary napkins, paper towels, facial tissues, disposable diapers, plastics, metals, and similar items do not readily decompose in the septic tank. They can eventually clog the inlet or outlet and therefore should not be flushed into the system.

5. Avoid discharging harsh chemicals such as gasoline, paint thinners and solvents into the system. They will have an adverse effect on the bacteria necessary for your tank to function properly.

6. "Garbage disposals" or "food grinders" that are attached to the kitchen sink and discharge into the septic system should not be used. They can overload the system with solids. If you have one, it is recommended you have it removed or use it sparingly. A recent study indicated if a food grinder is used the septic tank capacity should be increased by a least 50% to accommodate the increased solid entering the system.

7. Minimize water use in your home by installing water saving devices on your sinks, showers, toilets, etc. Do not discharge clear water from such sources as your down spouts, sump pump, etc. into your septic system. Excess water will dramatically decrease its effectiveness. Prompt repair of leaky faucets and toilets will help to maintain system performance.

8. Heavy vehicles driving over the leaching field can crush the pipes and result in very expensive repairs.

9. Don't plant trees, shrubbery, or bushes with deep roots over the leaching field. The roots can clog the pipes.

10. If you have a water softener, don't discharge the salt brine from it into your septic system. The salt is not broken down and can damage your leaching field. It also is a source of pollution and can pollute ground water and your well.

11. The appearance of a thick, black, vile smelling liquid on the surface of the ground and/or the smell of sewage either outside or inside your home indicates a serious problem with your system. A professional service company should be called immediately.

12. If you open a septic system for inspection, do not use matches or an open flame near the opening(s). The gases produced by the decomposing sewage can explode and cause serious injury or death.

EXHIBIT 19

# CONNECTICUT HOME INSPECTION STANDARDS OF PRACTICE

## 1. INTRODUCTION AND REQUIRED DISCLOSURE TO CONSUMER

1.1   The Connecticut Home Inspection Standards of Practice are designed to promote excellence and exemplary practice in the home inspection industry. The Home Inspector should be able to perform a professional inspection and produce a quality report by following the various sections of the Standards of Practice.

Home Inspectors are required to abide by the following Standards of Practice as promulgated by the Connecticut Home Inspection Licensing Board, Department of Consumer Protection, 165 Capitol Avenue, Hartford, Connecticut, 06106. Inquiries and complaints concerning the licensee's work may be directed to the Department in writing.

| Retain this copy of the Standards of Practice and initial as proof of receipt. |
|---|
| Consumer          Date          Home Inspector          Date |

## 2. PURPOSE AND SCOPE

2.1   The purpose of these Standards of Practice is to establish a minimum and uniform standard for private, fee-paid home inspectors who provide or offer to provide a home inspection for compensation or other valuable consideration or to hold oneself out to the public as qualified to provide such service. Home inspection means an examination and written evaluation of two or more of the following components of a residential building: Heating, cooling, plumbing and electrical systems, structural components, foundation, roof, masonry, structure, exterior and interior components and any other related residential housing components. *Home Inspections* performed to these Standards of Practice are intended to provide the client with information regarding the condition of the *systems* and *components* of the home as inspected at the time of the *Home Inspection*.

2.2   The *inspector* shall:

    A. *inspect:*

        1. *readily accessible systems* and *components* of homes listed in these Standards of Practice.

        2. *installed systems* and *components* of homes listed in these Standards of Practice.

    B. *report:*

        1. on those *systems* and *components* inspected which, in the professional opinion of the inspector, are significantly deficient or are near the end of their service lives.

        2. a reason why, if not self-evident, the *system* or *component* is *significantly deficient* or near the end of its service life.

        3. the inspector's recommendations to correct or monitor the reported deficiency.

        4. on any *systems* and *components* designated for inspection in these Standards of Practice which were present at the time of the *Home Inspection* but were not inspected and a reason they were not inspected.

2.3   These Standards of Practice are not intended to limit inspectors from:

    A. including other inspections services, *systems* or *components* in addition to those required by these Standards of Practice.

    B. specifying repairs, provided the *inspector* is appropriately, qualified and willing to do so.

    C. excluding *systems* and *components* from the inspection if requested by the client.

## 3. STRUCTURAL SYSTEM

3.1   The *inspector* shall:

    A. *inspect:*

        1. the *structural components* including foundations and framing.

        2. By probing a *representative number* of structural components where deterioration is suspected or where clear indications of possible deterioration exist. Probing is NOT required when probing would damage any finished surface or where no deterioration is visible.

    B. *describe:*

        1. the foundation and report the methods used to *inspect* the *under-floor crawl space and/or basement area*.

        2. the floor structure.

        3. the wall structure.

        4. the ceiling structure.

        5. the roof structure and report the methods used to inspect the attic.

3.2   The *inspector* is NOT required to:

    A. provide any *engineering service* or *architectural service*.

    B. offer an opinion as to the adequacy of any *structural system* or *component*.

## 4.   EXTERIOR

4.1   The *inspector* shall:

    A. *inspect*

        1. the exterior wall covering, flashing and trim.

        2. all exterior doors.

        3. attached decks, balconies, stoops, steps, porches, and their associated railings.

        4. the eaves, soffits, and fascias where accessible from the ground level.

        5. the vegetation, grading, surface drainage, and retaining walls on the property when any of these are likely to adversely affect the building.

        6. walkways, patios, and driveways leading to dwelling entrances.

B. describe the exterior wall covering.

4.2   The *inspector* is NOT required to:

    A. *inspect*.

        1. screening, shutters, awnings, and similar seasonal accessories.

        2. fences.

        3. geological, geotechnical or hydrological conditions.

EXHIBIT 19

2. the *alarm systems* and *components.*

3. the low voltage wiring, *systems* and *components.*

4. the ancillary wiring, *systems* and *components* not a part of the primary electrical power distribution *system.*

B. measure amperage, voltage, or impedance.

**8. HEATING SYSTEM**

8.1  **The *inspector* shall:**

A. *inspect*

1. the installed heating equipment.

2. the vent systems, flues, and chimneys.

B. *describe:*

1. the energy source.

2. the heating method by its distinguishing characteristics.

8.2  **The *inspector* is NOT required to:**

A. *inspect*

1. the interiors of flues or chimneys which are not *readily accessible.*

2. the heat exchanger.

3. the humidifier or dehumidifier.

4. the electronic air filter.

5. the solar space heating *system.*

B. determine heat supply adequacy or distribution balance.

**9. AIR CONDITIONING SYSTEMS**

9.1  **The *inspector* shall:**

A. *inspect* the installed central and through-wall cooling equipment.

B. *describe:*

1. the energy source.

2. the cooling method by its distinguishing characteristics.

9.2  **The inspector is NOT required to:**

A. *inspect* electronic air filters.

B. *determine* cooling supply adequacy or distribution balance.

**10. INTERIOR**

10.1 **The *inspector* shall:**

A. *inspect*

1. the walls, ceilings, and floors.

2. the steps, stairways, and railings.

3. the countertops and a *representative number* of installed cabinets.

4. a *representative number* of doors and windows.

5. garage doors and garage door operators.

10.2 **The *inspector* is NOT required to:**

A. *inspect*

1. the paint, wallpaper, and other finish treatments.

2. the carpeting.

3. the window treatments.

4. the central vacuum systems.

5. the *household appliances.*

6. *recreational facilities.*

**11. INSULATION AND VENTILATION**

11.1 **The *inspector* shall:**

A. *inspect*

1. the insulation and vapor retarders in unfinished spaces.

2. the ventilation of attics and foundation areas.

3. the mechanical ventilation *systems.*

B. *describe:*

1. the insulation and vapor retarders in unfinished spaces.

2. the absence of insulation in unfinished spaces at conditioned surfaces.

11.2 **The *inspector* is NOT required to:**

A. disturb insulation or vapor retarders.

B. determine indoor air quality.

**12. FIREPLACES AND SOLID FUEL BURNING APPLIANCES**

12.1 **The *inspector* shall:**

A. *inspect*

1. the *system components.*

2. The vent *systems,* flues, and chimneys.

B. *describe:*

1. the fireplaces and *solid fuel burning appliances.*

EXHIBIT 19

## Glossary of Italicized Terms

*Alarm Systems.* Warning devices, installed or free-standing, including but not limited to: carbon monoxide detectors, flue gas and other spillage detectors, security equipment, ejector pumps and smoke alarms.

*Architectural Service.* Any practice involving the art and science of building design for construction of any structure or grouping of structures and the use of space within and surrounding the structures or the design for construction, including but not specifically limited to, schematic design, design development, preparation of construction contract documents, and administration of the construction contract.

*Automatic Safety Controls.* Devices designed and installed to protect systems and components from unsafe conditions.

*Component.* A part of a system.

*Decorative.* Ornamental; not required for the operation of the essential systems and components of a home.

*Describe.* To report a system or component by its type or other observed, significant characteristics to distinguish it from other systems or components.

*Dismantle.* To take apart or remove any component, device or piece of equipment that would not be taken apart or removed by a homeowner in the course of normal and routine home owner maintenance.

*Engineering Service.* Any professional service or creative work requiring engineering education, training, and experience and the application of special knowledge of the mathematical, physical and engineering sciences to such professional service or creative work as consultation, investigation, evaluation, planning, design and supervision of construction for the purpose of assuring compliance with the specifications and design, in conjunction with structures, buildings, machines, equipment, works or processes.

*Further Evaluation.* Examination and analysis by a qualified professional, tradesman or service technician beyond that provided by the home inspection.

*Home Inspection.* The process by which an inspector visually examines the readily accessible systems and components of a home and which describes those systems and components in accordance with these Standards of Practice.

*Household Appliances.* Kitchen, laundry, and similar appliances, whether installed or free-standing.

*Inspect.* To examine readily accessible systems and components of a building in accordance with these Standards of Practice, using normal operating controls and opening readily openable access panels.

*Inspector.* A person hired to examine any system or component of a building in accordance with these Standards of Practice.

*Installed.* Attached such that removal requires tools.

*Normal Operating Controls.* Devices such as thermostats, switches or valves intended to be operated by the homeowner.

*Readily Accessible.* Available for visual inspection without requiring moving of personal property, dismantling, destructive measures, or any action which will likely involve risk to persons or properly.

*Readily Openable Access Panel.* A panel provided for homeowner inspection and maintenance that is within normal reach, can be removed by one person, and is not sealed in place.

*Recreational Facilities.* Spas, saunas, steam, baths, swimming pools, exercise, entertainment, athletic, playground or other similar equipment and associated accessories.

*Report.* To communicate in writing.

*Representative Number.* One component per room for multiple similar interior components such as windows and electric outlets; one component on each side of the building for multiple similar exterior components.

*Roof Drainage Systems.* Components used to carry water off a roof and away from a building.

*Significantly Deficient.* Unsafe or not functioning.

*Shut Down.* A state in which a system or component cannot be operated by normal operating controls.

*Solid Fuel Burning Appliances.* A hearth and fire chamber or similar prepared place in which a fire may be built and which is built in conjunction with a chimney; or a listed assembly of a fire chamber, its chimney and related factory made parts designed for unit assembly without requiring field construction.

*Structural Component.* A component that supports non-variable forces or weights (dead loads) and variable forces or weights (live loads).

*System.* A combination of interacting or independent components, assembled to carry out one or more functions.

*Technically Exhaustive.* An investigation that involves dismantling, the extensive use of advance techniques, measurements, instruments, testing, calculations, or other means.

*Under-floor Crawl Space.* The area within the confines of the foundation and between the ground and the underside of the floor.

*Unsafe.* A condition in a readily accessible, installed system or component which is judge to be a significant risk of personal injury during normal, day-to-day use. The risk may be due to damage, deterioration, improper installation or a change in accepted residential construction standards.

*Wiring Methods.* Identification of electrical conductors or wires by their general type, such as non-metallic sheathed cable" ("Romex"), "armored cable" ("bx") or "knob and tube", etc.

CHIstandards.doc rev. 02/15/01

EXHIBIT 19

# SMOKE DETECTORS

. . .warn you in time
to escape from
a fire





SINGLE LEVEL

# THE BEST PLACE FOR YOUR SMOKE DETECTORS:

. . .outside the bedrooms

. . .each level in the home

MULTI-STORY





# TAKE CARE OF THEM:

. . .test monthly

. . .replace battery
once a year,
**or**
when they make a
"chirping" sound

EXHIBIT 19

# KNOW HOW TO ESCAPE:

. . .always help those who need help

. . .plan your escape route and practice leaving your home

. . .decide one place outside where family members should meet





## ...BUY IT!
## ...TAKE CARE OF IT!
## ...YOUR LIFE MAY
## DEPEND ON IT!



To report a product hazard or a product-related injury, write to the U.S. Consumer Product Safety Commission, Washington, D.C. 20207, or call the toll-free hotline: 800-638-2772. A teletypewriter for the deaf is available on the following numbers: National 800-638-8270, Maryland only 800-492-8104.

003103

# SMOKE DETECTORS



# CAN SAVE YOUR LIFE

EXHIBIT 19

# No. 99: GROUND-FAULT CIRCUIT INTERRUPTER (GFCI)

## (REVISED February 1991)

An inexpensive electrical device, if installed in household branch circuits, could prevent over two-thirds of the approximately 310 electrocutions still occurring each year in and around the home. In addition, injuries to many thousands of consumers from electric shock and burns could also be prevented by installation of this device. The device is a ground-fault circuit-interrupter (GFCI). The GFCI is designed to protect people from severe or fatal electric shocks. Because a GFCI detects ground faults, it can also prevent some electrical fires and reduce the severity of others by interrupting the flow of electric current.

### The Problem

Have you ever experienced an electrical shock? If you did, the shock probably happened because your hand or some other part of your body contacted a source of electrical current and your body provided a path for the electrical current to go to ground, so that you received a shock.

An unintentional electric path between a source of current and a grounded surface is referred to as a "ground-fault." Ground faults occur when current is "leaking" somewhere; in effect, electricity is escaping to the ground. How it leaks is very important. If you body provides a path to ground for this leakage, you could be injured, burned, severely shocked, or electrocuted.

### Some examples of consumer accidents underscore this hazard:

Two children, ages five and six, were electrocuted in Texas when a plugged-in hairdryer fell into the tub in which they were bathing.

A Three-year-old Kansas girl was electrocuted when she touched a faulty countertop appliance and a water spigot.

A 52-year-old man was planning to work in the crawl space under his house. He had the 3-prong cord plug from the lamp plugged into an extension cord which was plugged into a GFCI-protected outdoor receptacle on the porch. The ground was wet under the house. When he touched the case of the lamp in search of the on/off switch, he received an electrical shock but was not electrocuted since he was protected by the GFCI. The lamp was later tested and showed it was leaking an extreme amount of current.

The two electrocutions occurred because the electrical current escaping from the appliance travelled through the victim to ground (in these cases, the grounded plumbing fixtures). Had a GFCI been installed, these deaths would probably have been prevented because a GFCI would have sensed the current flowing to ground and would have switched off the power before the electrocution occurred.

### How the GFCI Works

In the home wiring system, the GFCI constantly monitors electricity flowing in a circuit to "sense" any loss of current. If the current flowing through the circuit differs by a small amount from that returning, the GFCI quickly switches off power to that circuit. The GFCI interrupts power faster than a wink of an eye to prevent a lethal dose of electricity. You may receive a painful shock, but you should not be electrocuted or receive a serious shock injury.

### Here is how the GFCI could work in your house:

Suppose a bare wire inside an appliance touches the metal case. The case is then charged with electricity. If you touch the appliance with one hand while the other hand is touching a ground metal object, like a water faucet, you will receive a shock. If the appli-



ance is plugged into an outlet protected by a GFCI, the power will be shut off before a fatal shock would occur.

PRODUCT SAFETY FACT SHEET

FROM THE U.S. CONSUMER PRODUCT SAFETY COMMISSION, WASHINGTON, D.C. 20207.

EXHIBIT 19

### Availability of GFCIs

Three common types of ground-fault circuit-interrupters are available for home use: wall-receptacle, circuit breaker and portable plug-in type.

**Receptacle Type.** This type of GFCI is used in place of standard duplex receptacle found throughout the house. It fits into the standard outlet box and protects you against "ground faults" whenever an electrical product is plugged into the outlet. Most receptacle-type GFCIs can be installed so that they also protect other electrical outlets further "down stream" in the branch circuit.




RESET
TEST

RECEPTACLE

**Circuit Breaker Type.** In homes equipped with circuit breakers rather than fuses, a circuit breaker GFCI may be installed in a panel box to give protection to selected circuits. The circuit breaker GFCI serves a dual purpose—not only will it shut off electricity in the event of a "ground-fault," but it will also trip when a short circuit or an overload occurs. Protection covers the wiring and each outlet, lighting fixture, heater, etc., served by the branch circuit protected by the GFCI in the panel box.

CIRCUIT BREAKER

**Portable Type.** Where permanent GFCIs are not practical, portable GFCIs may be used. One type contains the GFCI circuitry in a plastic enclosure with plug blades in the back and receptacle slots in the front. It can be plugged into a receptacle; then, the electrical product is plugged into the GFCI. Another type of portable GFCI is an extension cord combined with a GFCI. It adds flexibility in using receptacles that are not protected by GFCIs.



PLUG-IN

### Where GFCIs Should Be Considered

In homes built to comply with the National Electrical Code (the Code), GFCI protection is required for most outdoor receptacles (since 1973), bathroom receptacle circuits (since 1975), garage wall outlets (since 1978), some kitchen receptacles (since 1987), and all receptacles in crawl spaces and unfinished basements (since 1990).

Owners of homes that do not have GFCIs installed in all those critical areas specified in the latest version of the Code should consider having them installed. For broad protection, GFCI circuit breakers may be added in many panels of older homes to replace ordinary circuit breakers. For homes protected by fuses, you are limited to receptacle or portable-type GFCIs, and these may be installed in areas of greatest exposure, such as the bathroom, kitchen, basement, garage, and outdoor circuits.

A GFCI should be used whenever operating electrically-powered garden equipment (mower, hedge trimmer, edger, etc.). Consumers can obtain similar protection by using GFCI's with electric tools (drills, saws, sanders, etc.) for do-it-yourself work in and around the house.

EXHIBIT 19

ground-fault circuit interrupter—3

### Installing GFCIs

Circuit breaker and receptacle-type GFCIs may be installed in your home by a qualified electrician. Receptacle-type GFCIs may be installed by knowledgeable consumers familiar with electrical wiring practices who also follow the instructions accompanying the device. When in doubt about the proper procedure, contact a qualified electrician. Do not attempt to install it yourself.

The portable GFCI requires no special knowledge or equipment to install.

Test the GFCI once a month to make certain it is working at all times. To check the unit, press the "test" button. There will be an indicator to show if it is working properly or not. If it is working, it will disconnect the power from the protected circuit or outlet. If not, have the device replaced. Press the "reset" button to restore power.

To report a product hazard or a product-related injury, write to the U.S. Consumer Product Safety Commission, Washington, D.C. 20207, or call the toll-free hot-line: 800-638-CPSC. A teletypewriter for the deaf is available on the following numbers: National 800-638-8270, Maryland only 800-492-8104.

This document is in the public domain. It may be reproduced without change in part or in whole by an individual or organization without permission. If it is reproduced, however, the Commission would appreciate knowing how it is used. Write to the U.S. Consumer Product Safety Commission, Office of Information and Public Affairs, Washington, D.C. 20207.

**PRODUCT SAFETY, IT'S NO ACCIDENT**



★U.S.GPO:1991-0-521-419/20488

EXHIBIT 19

# RESIDENTIAL ENGINEERING SERVICES, LLC



**457 CENTER STREET, MANCHESTER, CT 06040**

## PRIVATE WELL MAINTENANCE & CARE TIPS

1. Drilled wells usually have a 6" diameter steel casing and are anywhere from 50 to several hundred feet deep. The pump is usually suspended near (not on) the bottom of the well. The pump discharge water pipe and the electrical wires that service the pump come into your home.

2. Check your well at least once a year. Check the casing, etc., for cracks and leaks. These can be found using a strong light and/or mirror to inspect the top and the inside of the casing. Cracks will allow water, possibly contaminated, to enter the well. It is suggested that you have your well water tested once a year by a state certified testing laboratory.

3. Insure the ground slopes away from the well casing to avoid contamination by ground water.

4. Make sure the top of the well is sealed with a tight fitting well cap.

5. The septic system and animal pens should be a least 75 feet from the well.

6. It is not recommended that chemicals, used motor oil, anti-freeze, litter box contents, or any other chemically or biologically hazardous material be dumped on the ground, within 75 feet of the well. Refer to the manufacturer's recommendations for disposal.

7. If you have an underground fuel tank, it is recommended that it be checked for leaks.

8. If you have a swimming pool, the backwash should be kept at least 75 feet away from the well.

9. The use of pesticides or other chemicals should be monitored to prevent contamination of the well. Read all manufacturers' warnings and suggestions for proper usage.

10. Gardens should be a minimum of 75 feet from your well.

11. Avoid flushing any chemicals into the septic tank, such as: chemical degreasers, paint thinners & cleaners, gasoline, kerosene, etc. These materials will not be broken down in the septic system and may find their way into the source of your well.

12. Burning stumps with gasoline, fuel oil, or kerosene is not recommended.

EXHIBIT 19

**FILE # 09402**

# RESIDENTIAL ENGINEERING SERVICES, LLC



457 Center Street
Manchester, CT 06040
(860) 643-6247

## INVOICE



DAID
11-01-05

| TERMS | DATE | INVOICE# |
|---|---|---|
| Upon Receipt | November 1, 2005 | 09402 |

**Bill To:**

Monica Lester
105 Farmstead Road
East Hartford, CT 06118

| Description | Rate | Amount |
|---|---|---|
| 24 Laurel Drive Willington, CT | $1120.00 | $1120.00 |
| ADD RADON INITAC | $125.00 | $125.00 |

**Total**  ~~$1120.00~~

$1245.00

EXHIBIT 19