

# STATE OF CONNECTICUT

*INSURANCE DEPARTMENT*

October 6, 2015

## ***NOTICE TO ALL INSURERS WRITING HOMEOWNERS INSURANCE IN CONNECTICUT***

It has come to the Insurance Department's (the "Department") attention as a result of various news reports[1] and meetings with senior State officials that a number of Connecticut homeowners are concerned that they may have home foundations that are crumbling or otherwise deteriorating, the cause of which is unclear. News reports state that this degradation to foundations has happened over a period of years and indicate that affected homes built in the late 1980's may be experiencing crumbling foundations today. To the Department's knowledge, however, no homes have abruptly collapsed or caved in as a result of a deteriorating foundation.

The Department has received at least one complaint from a homeowner whose insurer sought to non-renew the individual's homeowner's policy due to a crumbling foundation issue. The Department hereby directs that no insurer take any action to cancel or non-renew an affected homeowner's insurance coverage as a result of a foundation found to be crumbling or otherwise deteriorating. The Department expects that any non-renewal action taken by insurers be strictly in accordance with its underwriting guidelines and rules that are filed with and recorded effective by the Department.

If you have any questions concerning this Notice, please contact George Bradner, Director Property and Casualty Division at (860) 297-3866 or via email at George.Bradner@ct.gov.

*Katharine L. Wade*

Katharine L. Wade
Insurance Commissioner

---

[1] George Colli, Investigative Reporter (August, 2015 and follow-up articles). NBC Connecticut Troubleshooters. Retrieved from http://www.nbcconnecticut.com/troubleshooters

EXHIBIT 23

www.ct.gov/cid

P.O. Box 816 • Hartford, CT 06142-0816
An Equal Opportunity Employer