UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CHRISTOPHER D. LESTER AND<br>MONICA G. LESTER | : | 3:16-cv-00909-JAM |
| v. | : | |
| LIBERTY MUTUAL FIRE INSURANCE<br>COMPANY | : | DECEMBER 19, 2017 |

## CONSENT MOTION FOR EXTENSION OF TIME

Pursuant to Fed. R. Civ. P. 6 and Local Rule 7(b), the defendant, Liberty Mutual Fire Insurance Company ("Liberty"), hereby moves the Court for an extension of time of fourteen (14) days from the scheduled date of December 29, 2017, up to and including **January 12, 2018**, within which to file a reply brief in support of its motion for summary judgment.

Due to the exponential proliferation of these lawsuits, counsel for Liberty needs additional time to review the plaintiffs' opposition and formulate a response.  Counsel has depositions scheduled for this week which make meeting the current deadline for filing a reply difficult.  Counsel for Liberty will then be out-of-state for the holidays from December 22, 2017 through the current due date of December 29, 2017.

The undersigned has contacted Attorney Danforth, counsel for the plaintiffs, and he consents to the granting of this motion.

WHEREFORE, the defendant hereby requests that its Motion for Extension of Time, be granted.

***ORAL ARGUMENT IS NOT REQUESTED***

DEFENDANT,
LIBERTY MUTUAL FIRE INSURANCE
COMPANY


By  /s/ Kieran W. Leary _____
    Kieran W. Leary (ct29484)
    Howd & Ludorf, LLC
    65 Wethersfield Avenue
    Hartford, CT  06114-1121
    (860) 249-1361
    (860) 249-7665 (Fax)
     E-Mail:  kleary@hl-law.com


## CERTIFICATION

This is to certify that on **December 19, 2017**, a copy of the foregoing **Consent Motion for Extension of Time** was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

Brian D. Danforth, Esq.
Tolisano & Danforth, LLC
P.O. Box 676
Ellington, CT  06029
860 871-2422
bdanforth@tanddlaw.com

                           ___/s/ Kieran W. Leary_____
                           Kieran W. Leary

2